FILED

2003 DEC -3 P 12: 13

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER<br>CIVIL NO. 3:02CV2252 (CFD)(WIG) |
| V. | : | |
| COMMISSIONER JOHN ARMSTRONG,<br>ET AL. | :<br>: | DECEMBER 2, 2003 |

## APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance on behalf of all defendants in their official and individual capacities in the above-captioned case.

Dated at Hartford, Connecticut, this 2nd day of December, 2003.

DEFENDANTS
Commissioner John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: /s/ Robert F. Vacchelli
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Tel:  (860) 808-5450
E-Mail:  robert.vacchelli@po.state.ct.us
Federal Bar #ct05222

1

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 2nd day of December, 2003:

    Luis Fernandez, Inmate No. 279900
    Cheshire Correctional Institution
    900 Highland Avenue
    Cheshire, CT  06410

 

*/s/ Robert F. Vacchelli*
Robert F. Vacchelli
Assistant Attorney General