FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 DEC -3 P 12: 13

U.S. DISTRICT COURT

| | |
|---|---|
| LUIS FERNANDEZ | PRISONER<br>: CIVIL NO. 3:02CV2252 (CFD)(WIG) |
| v. | : |
| COMMISSIONER JOHN ARMSTRONG, ET AL. | : DECEMBER 2, 2003 |

## MOTION FOR EXTENSION OF TIME

The defendants, John Armstrong, et al., by and through their undersigned counsel and pursuant to Rule7(b), Local Rules of the United States District Court, respectfully request a 30 day extension of time, to and including December 31, 2003 within which to file an answer or motion addressed to the complaint in the above captioned case.

The additional time is needed to permit counsel to marshal the facts and law for the defense.

This is defendants' first request with respect to this time limitation. Plaintiff pro se inmate could not be contacted in advance of this writing to ascertain his position with respect to this motion.

Wherefore, the defendants request a 30 day extension of time, to and including December 31, 2003, within which to file an answer or motion addressed to the complaint in the above captioned case.

DEFENDANTS
Commissioner John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: /s/ Robert F. Vacchelli
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05222
E-Mail: robert.vacchelli@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 2nd day of December, 2003:

Luis Fernandez, Inmate No. 279900
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

/s/ Robert F. Vacchelli
Robert F. Vacchelli
Assistant Attorney General