UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LUIS FERNANDEZ  :  2003 DEC 10 P 4:09  PRISONER
                :  Case No. 3:02CV2252
V.              :  (CFD)(WIG)

COMMISSIONER JOHN ARMSTRONG, et Al :   Dec. 8, 2003

### PLAINTIFF'S RESPONSE TO MOTION FOR EXTENSION OF TIME

The Plaintiff pro se, in good faith consents to defendants Commissioner John Armstrong, et al extension of time of 30 days dated Dec. 2, 2003 within which to file an Answer or Motion addressed to the Complaint in the above meritfull case.

The Plaintiff
Respectfully Submitted

Luis Fernandez
ID 279900
Cheshire C.I.
900 Highland Ave.,
Cheshire, CT 06410

## CERTIFICATION

I hereby Certify that a copy Carbon of the foregoing was mailed to the following on this 8 day of December, 2003:

Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street,
Hartford, CT 06105

Luis Fernandez
The Plaintiff