UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Luis Fernandez
Name of Plaintiff/Petitioner

v.                                        Case No. 3:02CV2252(CFD)

Commissioner John Armstrong, et al
Name of Defendant/Respondent

**MOTION FOR APPOINTMENT OF COUNSEL**

PERSONAL/FINANCIAL DATA

1. Your full name: Luis Fernandez
   Your present mailing address: Cheshire C.I., 900 highland Ave, Cheshire, CT 06410

   Telephone number: (—) —

2. Are you presently employed? YES ___ NO ✓

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings. _____

   Weekly earnings: _____

4. If you are not presently employed, please provide the name and address of your last employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving. I was employed by Cheshire D.O.C., 900 highland Ave, Cheshire, CT 06410 on date 1/28/03 earning $5.25

1 of 7

Date last worked: May 7, 2003

Weekly earnings: $ 5.25

5. Approximately how much money have you received in the past twelve months in the form of:

a) salary, wages, commissions, or earned income of any kind? None

b) interest, dividends, rents or investments of any kind? None

c) gifts or inheritances of any kind? None

6. How much money do you have in any checking or savings account(s)?

Checking: ⌀

Savings: ⌀

Prison account: ⌀

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? YES ____ NO ✓

If YES, describe the property and state the approximate value: _____

8. How much money do you owe others? I don't know

For each debt, state the name of the creditor and the amount owed:
CREDITOR                                              AMOUNT OWED

9. List the persons who depend upon you for support, and state your relationship to them.

_____None_____

_____

_____

_____

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed?  YES ____  NO ✓

   If the answer is YES, please provide the following information for each such person:

   Name: _____

   Relationship: _____

   Employer: _____

   Weekly Earnings: _____

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney. I AM currently incarcerated and not working, were case records also show prove that I AM unable to afford Counsel. see, I.F.P. status pursuant Rule 10(A), F.R.C.P. Already granted where the Court should Consider for Appointment of Counsel Pursuant 28 U.S.C. § 1915 (d)

NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition. the plaintiff Luis Fernandez while Currently incarcerated at Cheshire D.O.C. was

(Additional space on next page)

3 of 7

been deprived of basic items of human need to keep a clean hygiene for no reason at all and denied Redness Grievance and failing to promulgate Administrative Directive regulation, intentionally denied Access to the Courts and violation guarantee Rights to the U.S.C. And Article 1 § 10.

### EFFORTS TO OBTAIN AN ATTORNEY
The Court strongly suggests that you contact a minimum of three attorneys.

13. Have you spoken with any attorney about handling your case? YES ✓ NO __

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

   a) Attorney's name __Nancy R. Capelle__

   Date you contacted this attorney __March 10, 2003__

   Method of contact (in person, by telephone, etc.) __by telephone and in writing.__

   Reason why attorney was not employed to handle your case __She regrets to inform that Attorney Tertell is not Available to Assist this writer (Plaintiff) in the Case__

   b) Attorney's name __Emmett & Glander__

   Date you contacted this attorney __March 10, 2003__

   Method of contact (in person, by telephone, etc.) __by telephone and in writing.__

   Reason why attorney was not employed to handle your case __Unfortunately, their office is not Able to represent the Case At this time__

4 of 7

c) Attorney's name __Rowena A. Moffett__

Date you contacted this attorney __Dec. 5, 2003__

Method of contact (in person, by telephone, etc.) __by telephone and in writing.__

Reason why attorney was not employed to handle your case __They are very sorry that are unable to represent the case at this time.__

15. Explain any other efforts you have made to obtain an attorney to handle your case.
__Inmate legal Ass. Programs Att. Jenna Edmonson who decline to assist do to the defendants being D.O.C. officials and because plaintiff has to demostrate Prima face which prejudice and arose a conflict of interest were the fact is that to actual make a Prima face case under 1983, Plaintiff must demostrate that defendants acted under color of law when →__

16. Please provide any other information which supports your application for the court to appoint counsel. __The Court Should Consider Appointing Counsel in this case do to the plaintiff past Medical evaluation of Paranoid disorder and depression infliction which okauly justifies appropriate an appointment of counsel were colorable claim has been presented. Citing, Hamilton v. Leavy, 117 F.3d 742, 749 (1997); the Court Should Consider the Appointment of Counsel in this case were the entitle fees to the Attorney Appointed would be determined by the Court and paid by the defendants 42 U.S.C. § 1988, citing, Ensley v. Eckenhart, — U.S. —, 103 S.Ct. 933 (1983)__

17. Do you need a lawyer who speaks a language other than English?
    YES __✓__  NO ____

    If you answered YES, what language do you speak? __Spanish__

Continue 16.

16. deprived the plaintiff of Federal Rights and, such determination has bin Already consider by this honorable Court in before granting I.F.P. status pursuant under Rule 10(A), F.R.C.P., citing, DAVIS V. UNITED STATES, 214 F.2d 594 (1954); Also, SPEARS V. UNITED STATES, supra note 56, were this case civil Complaint clearly established defendants Commissioner John Armstrong, et al. Acted under color of law and deprived the plaintiff of federal Rights. citing, BERG V. County of ALLEGHENY, 219 F.3d 261 (3d cir. 2000).

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this information to the court. See Local Rule 29(b)(4) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed. See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 29(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so. I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

12-16-03
Date

Original Signature of Movant

CHESHIRE C.I.
900 Highland Ave,
Cheshire, CT 06410
Printed Name and Address of Movant

6 of 7

If this motion is being filed AFTER the complaint has been served, the opposing party needs to be served with a copy of this motion and a certificate of service needs to be completed.

I hereby certify that a copy of the foregoing motion was mailed to:

(List all defendants or counsel for defendants with address and date mailed.)

Robert F. Vacchelli,
Assistant Attorney General,
110 Sherman Street,
Hartford, CT 06105

_____
Original Signature of Movant