UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER<br>CIVIL NO. 3:02CV2252 (CFD)(WIG) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | DECEMBER 26, 2003 |

### SECOND MOTION FOR EXTENSION OF TIME

The defendants, John Armstrong, et al., by and through their undersigned counsel and pursuant to Rule 7(b), Local Rules of the United States District Court, respectfully request a second 30 day extension of time, to and including January 30, 2004 within which to file an answer or motion addressed to the complaint in the above captioned case.

The additional time is needed because counsel is still in the process of collecting information necessary for the defense. Communications have been delayed by reason of holiday and snowstorm closings.

This is defendants' second request with respect to this time limitation. Plaintiff pro se inmate could not be contacted in advance of this writing to ascertain his position with respect to this motion.

Wherefore, the defendants request a 30 day extension of time, to and including January 30, 2004, within which to file an answer or motion addressed to the complaint in the above captioned case.

DEFENDANTS
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: /s/ Robert Vacchelli
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05222
E-Mail: robert.vacchelli@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 26th day of December, 2003:

Luis Fernandez, Inmate No. 279900
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

/s/ Robert Vacchelli
Robert F. Vacchelli
Assistant Attorney General