UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER |
| V. | : | CASE NO. 3:02CV2252 (CFD)(WIG) |
| Commissioner JOHN ARMSTRONG, et al | : | DECEMBER 30, 2003 |

## PLAINTIFF OBJECTION TO DEFENDANTS SECOND MOTION FOR EXTENSION OF TIME

The plaintiff respectfully submits this objection against defendants Commissioner John Armstrong, et al Second Motion for Extension of Time were fact is pursuant to Rule 16(c) of the Federal Rules of Civil Procedure this honorable Court Magistrate Judge William I. Garfinkel on December 3, 2003 ordered defendants to file any motions under Fed. R. Civ. P. 12(b)(6) or under Title 28 U.S.C. §1915(E) or Answer or other Reply by December 31, 2003 which the plaintiff stands with the Court's orders for defendant Commissioner John Armstrong, et al to comply with Federal Rules of Civil Procedure by December 31, 2003.

1 of 2

by: THE PLAINTIFF<br>
Luis Fernandez<br>
ID. 279900<br>
Cheshire C.I.<br>
900 Highland Ave,<br>
Cheshire, CT 06410

## CERTIFICATION

I hereby Certify that a Copy of the foregoing was mailed to the following on this 30th day of December, 2003:

Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street,
Hartford, CT 06105
Federal Bar # ct 05222

Luis Fernandez<br>
The Plaintiff

2 of 2