UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN -7 P 4:41
US DISTRICT COURT
BRIDGEPORT CT

Luis Fernandez : PRISONER
CASE NO. 3:02CV2252
V. : (CFD)(WIG)

Commissioner John : January 5, 2004
Armstrong, et Al

PROOF OF SERVICE

Luis Fernandez, states under the pains of perjury that A Copy of the Entry, Motion for Default Judgment, Notice, and Affidavit to defendants Counsel Robert F. Vacchelli, Assistant Attorney General 110 Sherman Street, Hartford, CT 06105, by placing them in an envelope and placed them in the main hall legal mailbox at the state D.O.C. Cheshire, Cheshire, on January 5, 2004

RESPECTFULLY SUBMITTED

Luis Fernandez
C.C.I.
900 highland Ave.
Cheshire, CT 06410

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER |
| | | CASE NO 3:02CV2252 |
| V. | : | (CFD)(WIG) |
| COMMISSIONER JOHN ARMSTRONG, et Al | : | JANUARY 5, 2004 |

REQUEST FOR ENTRY OF DEFAULT

To: Clerk of the Court for the district of Conn. At Bridgeport

You will please enter the default of defendants Commissioner John Armstrong, et Al under Conn. Gen. Stat § 52-119 for failure to plead or otherwise defend As provided by the Court scheduling ordered date December 3, 2003 per Rule 16(c) of Federal Rules of Civil Procedures, As Appears from the Attached Affidavit of Luis Fernandez.

RESPECTFULLY SUBMITTED

Luis Fernandez #279200
C.C.I.
900 highland Ave.
Cheshire, CT 06410

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Luis Fernandez | : | PRISONER<br>CASE NO. 3:02CV2252<br>(CFD)(WIG) |
| V. | : | |
| Commissioner John Armstrong, et Al | : | January 5, 2004 |

AFFIDAVIT FOR ENTRY OF DEFAULT

STATE of Conn.
—SS—
County of N.H.

Plaintiff Luis Fernandez, being duly sworn, deposes and says:

1) That he is the pro se Counsel in the above entitled matter.

2) That defendants Commissioner John Armstrong, et al was served with a Copy of the Summons and Complaint as appears from the proof of service on file.

3) That defendants Commissioner John Armstrong, et al has not filed or served an answer and the record shows the plaintiff in good faith had also Consented to the 30

days extension of time, to and including Dec. 31, 2003 within which defendants Commissioner John Armstrong, et al. to file an answer or motion addressed to the Complaint in the above captioned case were the Court Deputy Clerk Maria Corriette filed Dec. 3, 2003 Although more than two (2) days have elapsed since the Court First scheduled order to reply by Dec. 31, 2003 of the date on which the Appearance was filed on December 2, 2003.

RESPECTFULLY SUBMITTED

Luis Fernandez #279900
C.C.I.
900 highland Ave.
Cheshire, CT 06410

I declare under the penalty of perjury that the foregoing is true and correct signed this 5 day of January, 2004

Luis Fernandez
The Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

LUIS FERNANDEZ : PRISONER
CASE NO 3:02CV2252 (CFD)(WIG)

V. :

COMMISSIONER JOHN ARMSTRONG, et Al : JANUARY 5, 2004

## AFFIDAVIT AS TO MILITARY SERVICE

STATE OF CONNECTICUT

- SS -

COUNTY OF NEW HAVEN

Luis Fernandez, being duly sworn, deposes and says:

1) That he is the PRO SE Counsel in the above entitled matter, and makes this affidavit pursuant to the provision of the soldiers Civil Relief Act.

2) That defendants Commissioner John Armstrong, et Al has worked at the Department of Correctionals from Conn., since the plaintiff was sentence on about Oct., 2001.

3) That from the above fact, plaintiff is convinced that defendants Commissioner John Armstrong, et Al are not in the Military Service of the United States.

RESPECTFULLY sub.

Luis Bermudez
C.C.I.
900 highland Ave
Cheshire, CT 06410

UNITED STATES DISTRICT C[OURT]
DISTRICT OF CONNECTIC[UT]

Don't scan!

LUIS FERNANDEZ :

V. : CASE NO 3:02 CV 2252 (CFD) (WIG)

COMMISSIONER JOHN ARMSTRONG, et Al : JANUARY 5, 2004

# JUDGMENT

The Court having ordered that the plaintiff herein recovers of the defendants the damages sustained by them and that an inquest be taken before a jury to assess plaintiff's damages and that, upon rendering of a verdict by the jury, judgment be entered in accordance therewith; and for hearing on the ______ day of ______ 2004, before the Court and a jury, after due notice thereof to said defendants, and the jury having rendered a verdict for the plaintiff and against defendants Commissioner John Armstrong, et Al in the lump sum of $ 2,300 Million dollars Compensatory and $ 700,000.00 dollars punitive as relief requested reads in the Civil Complaint, it is hereby ORDERED, ADJUDGED and DECREED, that the plaintiff recovers of the defendants Commissioner John Armstrong, et Al the lump sum of $ 3 Million dollars, together with Costs.

DATE: ____________

____________
JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez

PRISONER
CASE NO. 3:02CV2252
(CFD) (WIG)

V.

Commissioner John Armstrong, et Al

January 5, 2004

NOTICE OF MOTION FOR JUDGMENT

To: Commissioner John Armstrong, et Al.

Please take notice that plaintiff will make application to the court, At Room ________ United States District Court, 915 Lafayette Blvd., Bridgeport, Conn. 06604 on the ________ day of ________ 2004, At 10:00 AM or As soon thereafter As Pro Se Counsel can be heard, for Entry of A Default Judgment in favor of the plaintiff and Against you, et Al for the lump Sum of $ 3 Million dollars.

RESPECTFULLY SUBMITTED

________________

Luis Fernandez #279900
C.C.I.
900 highland Ave.,
Cheshire, CT 06410