FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 JAN -9 P 12: 30

US DISTRICT COURT
BRIDGEPORT CT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER<br>CIVIL NO. 3:02CV2252(CFD)(WIG) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | JANUARY 8, 2003 |

## MEMORANDUM IN OPPOSITION TO PLAINTIFF'S NOTICE OF MOTION FOR JUDGMENT AND REQUEST FOR ENTRY OF DEFAULT DATED JANUARY 5, 2004

The defendants, John Armstrong, et al., request the court to deny plaintiff's Request for Entry of Default and Motion for Judgment dated January 5, 2004, in the above case because defendants have not failed to comply with any requirements in this case.

Apparently, plaintiff requests a default because defendants did not file a response to the Complaint by December 31, 2003, as set forth in the First Scheduling Order in this case. However, on December 26, 2003, before the deadline, defendants filed a Second Motion for Extension of Time because they have not yet received enough information from defendants to prepare a proper defense. See Motion, Attachment A.

The Second Motion for Extension of Time is still pending. Accordingly, defendants are not in default, and we urge the court to deny plaintiff's Motions.

                    DEFENDANTS
                    John Armstrong, et al.

                    RICHARD BLUMENTHAL
                    ATTORNEY GENERAL

BY: /s/ Robert F. Vacchelli
     Robert F. Vacchelli
     Assistant Attorney General
     110 Sherman Street
     Hartford, CT 06105
     Federal Bar #ct05222
     E-Mail: robert.vacchelli@po.state.ct.us
     Tel.: (860) 808-5450
     Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 8th day of January, 2004:

Luis Fernandez, Inmate No. 279900
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

/s/ Robert F. Vacchelli
Robert F. Vacchelli
Assistant Attorney General

2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER<br>CIVIL NO. 3:02CV2252 (CFD)(WIG) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | DECEMBER 26, 2003 |

### SECOND MOTION FOR EXTENSION OF TIME

The defendants, John Armstrong, et al., by and through their undersigned counsel and pursuant to Rule 7(b), Local Rules of the United States District Court, respectfully request a second 30 day extension of time, to and including January 30, 2004 within which to file an answer or motion addressed to the complaint in the above captioned case.

The additional time is needed because counsel is still in the process of collecting information necessary for the defense. Communications have been delayed by reason of holiday and snowstorm closings.

This is defendants' second request with respect to this time limitation. Plaintiff pro se inmate could not be contacted in advance of this writing to ascertain his position with respect to this motion.

Wherefore, the defendants request a 30 day extension of time, to and including January 30, 2004, within which to file an answer or motion addressed to the complaint in the above captioned case.

DEFENDANTS
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: /s/ Robert F. Vacchelli
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05222
E-Mail: robert.vacchelli@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 26th day of December, 2003:

Luis Fernandez, Inmate No. 279900
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

/s/ Robert F. Vacchelli
Robert F. Vacchelli
Assistant Attorney General

2