UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LUIS FERNANDEZ

    v.                                        PRISONER
                            Case No.   3:02CV2252 (CFD) (WIG)

JOHN ARMSTRONG, et al.

## RULING AND ORDER

The defendants seek an extension of time to file a response to the complaint.  The Motion [doc. # 18] is GRANTED.  The defendants shall file their response to the complaint on or before January 30, 2004.

SO ORDERED this the 16th day of January, 2004 at Bridgeport, Connecticut

                                                      */S/William I. Garfinkel*

                                                    U.S. Magistrate Judge