FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 JAN 26  P 12: 16

US DISTRICT COURT

| | |
|---|---|
| LUIS FERNANDEZ | PRISONER<br>CIVIL NO. 3:02CV2252 (CFD)(WIG) |
| v. | |
| JOHN ARMSTRONG, ET AL. | JANUARY 22, 2004 |

## DEFENDANTS' ANSWER WITH AFFIRMATIVE DEFENSES

### AS TO ALL COUNTS:

#### Parties

1. The defendants admit that the plaintiff is, and was at all times referenced in the Complaint, a sentenced inmate of the Connecticut Department of Correction. The rest and remainder of plaintiff's allegations on this subject are denied.

2. The defendants admit that the defendants Armstrong, Rodriguez, Ahmed, Booker, Gallick and Hannah were, at various times relevant to the plaintiff's Complaint, employed by the Connecticut Department of Correction in various positions. The rest and remainder of plaintiff's allegations on this subject are denied.

3. The defendants admit that at all times referenced in the plaintiff's Complaint, they acted under color of state law.

#### Jurisdiction and Nature of the Case and Causes of Action and Requests for Relief

1. As to all Counts and Claims and Requests for Relief, including the allegations in paragraphs 1-10 of Claim One and paragraphs 1-9 of Claim Two, the defendants admit that during the times referenced in plaintiff's Complaint, plaintiff requested and was given free basic

hygiene materials and free mailings and photocopies as allowed by Department of Correction Directives at the Cheshire Correctional Institution. The rest and remainder of the allegations claims and requests and all other such allegations wherever situated or labeled in the Complaint are denied.

## AFFIRMATIVE DEFENSES

### AS TO ALL COUNTS:

### FIRST AFFIRMATIVE DEFENSE

The allegations of the Complaint do not state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

To the extent that this case is effectively against state officials and employees in their official capacities, it is barred by the Eleventh Amendment to the United States Constitution.

### THIRD AFFIRMATIVE DEFENSE

At all times relevant to this lawsuit, the defendants acted within the scope of their duties as officials/employees of the State of Connecticut performing discretionary functions and they acted within their qualified immunity.

### FOURTH AFFIRMATIVE DEFENSE

The defendants, at all times relevant to the Complaint, were state officials/employees and their conduct was not wanton, reckless or malicious, and caused in the discharge of their duties or within the scope of their employment. They are, therefore, immune from liability pursuant to Conn. Gen. Stat. § 4-165 and under the doctrine of sovereign immunity and their common law privileges and immunities.

## FIFTH AFFIRMATIVE DEFENSE

As to all claims alleging state law causes of action, if any, such may only be maintained upon authorization by statute or by order of the State Claims Commissioner, and since the plaintiff has not and cannot demonstrate authority or authorization, this action is barred by the doctrine of sovereign immunity, the doctrine of primary jurisdiction and for failure to exhaust administrative remedies.

## SIXTH AFFIRMATIVE DEFENSE

The Federal Court should decline to exercise supplemental jurisdiction over plaintiff's state law claims, if any.

## SEVENTH AFFIRMATIVE DEFENSE

The plaintiff has failed to exhaust his administrative remedies required by the Prison Litigation Reform Act.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiff has not alleged or shown physical injury as required by the Prison Litigation Reform Act.

## NINTH AFFIRMATIVE DEFENSE

Plaintiff has failed to allege and prove personal participation or responsibility.

DEFENDANTS
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: /s/ Robert F. Vacchelli
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05222
E-Mail: robert.vacchelli@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 22nd day of January, 2004:

Luis Fernandez, Inmate No. 279900
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

/s/ Robert F. Vacchelli
Robert F. Vacchelli
Assistant Attorney General

4