UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN 27 P 4:17
US DISTRICT COURT
BRIDGEPORT

Luis Fernandez

V.

JOHN ARMSTRONG, et al

PRISONER
CASE NO. 3:02CV2252
(CFD)(WIG)

January 21, 2004

## MOTION TO STRIKE DEFENDANT'S OPPOSITION TO PLAINTIFF'S NOTICE OF MOTION FOR JUDGMENT AND REQUEST FOR ENTRY OF DEFAULT DATED JANUARY 5, 2004.

The plaintiff hereby moves pursuant under Rule 55, F.R.C.P. to strike defendants opposition to plaintiff's Notice of Motion for Judgment and Request for Entry of Default dated January 5, 2004. As discussed in more detail in the accompanying Memorandum of Law, were the defendants own negligence and recklessness resulted in failure to comply with the courts order under Rule 16(c) to response to the complaint by Dec. 31, 2003, as set forth in the first scheduling order in this case.

RESPECTFULLY SUB

_____
Luis Fernandez
ID 279900
M.W.C.I.
1153 East south st,
Suffield, CT 06080

## CERTIFICATION

This is to Certify that a copy of the foregoing has been sent, handling charges prepaid via U.S. mail to the following defendant's Attorney this 21 day of January, 2004.

Robert F. Vacchelli
Ass. Att. Gen.
110 Sherman St,
Hartford, CT 06105

_____
Luis Fernandez
ID 279900