FILED

2004 JAN 30 A 11: 48

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PRISONER

LUIS FERNANDEZ              :     CIVIL NO. 3:02CV2252 (CFD)(WIG)

v.                          :

JOHN ARMSTRONG, ET AL.      :     JANUARY 29, 2003

### MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S OPPOSITION TO PLAINTIFF'S NOTICE OF MOTION FOR JUDGMENT AND REQUEST FOR ENTRY OF DEFAULT DATED JANUARY 21, 2004

The defendants, John Armstrong, et al., request the court to deny plaintiff's pleading entitled Motion to Strike Defendant's Opposition to Plaintiff's Notice of Motion for Judgment and Request for Entry of Default dated January 21, 2004.

No Motion to Strike should be granted because defendants are not in default for failing to file a response to the Complaint in this case as plaintiff alleges. Defendants were given until January 30, 2004 to file a response. See Attachment A. Defendants filed an Answer with Affirmative Defenses by pleading dated January 22, 2004. See Court file.

Accordingly, plaintiff's Motion should be denied.

DEFENDANTS
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: /s/ Robert F. Vacchelli
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct05222
E-Mail:  robert.vacchelli@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 29th day of January, 2004:

Luis Fernandez, Inmate No. 279900
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

/s/ Robert F. Vacchelli
Robert F. Vacchelli
Assistant Attorney General

2

# ATTACHMENT A

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LUIS FERNANDEZ

v.

JOHN ARMSTRONG, et al.

Case No.    PRISONER
3:02CV2252 (CFD) (WIG)

## RULING AND ORDER

The defendants seek an extension of time to file a response to the complaint. The Motion [doc. # 18] is GRANTED. The defendants shall file their response to the complaint on or before January 30, 2004.

SO ORDERED this the 16th day of January, 2004 at Bridgeport, Connecticut

/S/William I. Garfinkel

U.S. Magistrate Judge