# UNITED STATES DISTRICT COURT
## DISTRICT FOR CONNECTICUT

2004 FEB 18 . P 4: 53

US DISTRICT
appeal...

Luis Fernandez

V.

John Armstrong, etal.

PRISONER

Case No. 3:02CV2252
(CFD)(WIG)

FEB 9, 2004

## ACTUAL NOTICE

The plaintiff request the Court to notify
him About the Ruling And order on the
Plaintiff OBJECTION TO DEFENDANTS SECOND
MOTION FOR EXTENSION OF TIME  DATE DEC.
30, 2003.

RESPECTFULLY SUBMITTED

Luis Fernandez, Pro se
M. W. C. I.
1153 Easl sl. South
Suffield, CT 06080

1 of 2

# CERTIFICATION

I hereby Certify that A Copy of the foregoing was mailed to the following defendants Attorney on this 9th day, 2004, February:

Robert F. Vaccheli
Ass. Att. Gen.
110 Sherman St.
Hartford, CT 06105

Luis Fernandez
ID. 279900