UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 FEB 18 P 4:53

LUIS FERNANDEZ

V.

JOHN ARMSTRONG, et al

PRISONER
Civil NO. 3:02CV2252
(CFD)(WIG)

FEB. 9, 2004

## MOTION FOR RESPOND AND OBJECTION TO DEFENDANTS' ANSWER WITH AFFIRMATIVE DEFENSES

The plaintiff request this Court pursuant under Rule 5(d), F.R.C.P to Consider as Admitted the Attached and Marked Exhibits "A" threw "L" in the Amended Complaint factual paragraphs "1" threw "10" in Claim I and Also include as Admitted the factual paragraphs "1 threw "9" in Claim II of the Amended Complaint were the defendants Abandon or failed to Reply in their ANSWER with AFFIRMATIVE DEFENSES DATED JANUARY 22, 2004.

The plaintiff objection to defendants Answer with AFFIRMATIVE DEFENSES Dated JANUARY 22, 2004 fails to Raise A Meritorious defense pursuant Rule 12(b), F.R.C.P., See Plaintiff Affidavit in

1 of

support Attached herein and the Court file determination before granting I.F.P. status pursuant under Rule 10(A), F.R.C.P. Citing, DAVIS v. U.S., 214 F.2d 594 (1954); Also, SPEARS v. U.S., supra Note 56., were thos Case Civil Amended Complaint clearly established defendants Acted under Color of laws and deprived the plaintiff of federal (guarantee) Rights. Citing BERG v. County OF ALLEGHENY 219 F.3d 261 (3d Cir. 2000).

## I. HISTORY OF CASE

Following the plaintiff Amended Complaint Against defendants John Armstrong, et al where I.F.P. Status has been granted.
The plaintiff on Dec. 30, 2003 objected to the defendants Second Motion for Extension of Time which no ruling as of yett.

## II. SPECIFIC FACTS

1) The plaintiff's states his Amended Complaint Consist of Approx. 58 pages including Declaratory Judgments, injuction Relief, Compensatory Damages, Punitive damages Relief and Attached Marked Exhibits "A" threw "L" in the factual paragraphs "1" threw "10" of claim I and "1" threw "9" of Claim II in support of the Civil Rights violations

by the defendants served individual and official capacity.

2) In this case the defendants John Armstrong, et al are still subject to civil suits in which as state officials they are the nominal defendants in this case and governmental immunity is inapplicable to injuctive and declaratory relief pursuant SOVEREIGN IMMUNITY 440 U.S. 410, 420.

3) The plaintiff has demostrated material facts by the attached marked exhibits "A" threw "L" in the factual paragraphs "1" threw "10" of Claim I and "1" threw "9" of Claim II in the Amended Complaint which defendants did not reply and abandon in the Answer with Affirmative Defenses dated January 22, 2004 which Allegation in the Amended Complaint are clearly true and admitted pursuant under Rule 5(d) F.R.C.P.

## III  LEGAL GROUNDS

This motion is filed pursuant Rule 5(d) and 10(A) F.R.C.P. where the plaintiff allegations in the Amended Complaint are clearly true and supported which would entitle him to relief. Citing, Conley v. Gibson, 355 U.S. 41, 78 S.Ct. 99 (1957); Scheyer v. Rhodes, 416 U.S. 232, 236, 94 S.Ct. 1683 (1974); Davis v. U.S.,

214 F.2d 594 (1954); Also, <u>SPEARS</u> v. <u>U.S.</u>, SUPRA NOTE 56, which this MOTION should be GRANTED.

Date: FEB. 9, 2004

RESPECTFULLY SUBMITTED

Luis Fernandez #279900
M.W.C.I.
1153 East St. South,
Suffield, CT 06080

ID. 279900

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following defendants Attorney this 9th day of February, 2004:

Attorney Robert F. Vaccheli
    Ass. Att. Gen.
    110 Sherman Street,
    Hartford, CT 06105

Luis Fernandez
ID. 279900