UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez

v.

John J. Armstrong, et al

FILED PRISONER
2004 MAR 18 P
U.S. DISTRICT COURT
BRIDGEPORT, CONN

CASE NO. 3:02CV2252
(CFD)(WIG)

March 10, 2004

## MOTION FOR JURY DEMAND

The plaintiff respectfully demands to a Trial by Jury were MATERIAL FACTS will be disputed in this case for the Court to consider a Jury Trial.

RESPECTFULLY SUBMITTED

Luis Fernandez
ID. 279900
M.W.C.I.
1153 East Street South,
Suffield, CT 06080

1 of 2

## CERTIFICATION

I hereby Certify that a copy of the foregoing has been sent, via Mail to the following defendants Attorney this 10th day of March, 2004.

Attorney Robert F. Vaccheli,
Ass. Att. Gen.
110 Sherman St,
Hartford, CT 06105

Luis Fernandez
Pro Se