UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
LUIS FERNANDEZ                :
                              :           PRISONER
     v.                       :  Case No. 3:03CV583(JCH)(HBF)
                              :
JOHN J. ARMSTRONG, et al.     :
```

RULING AND ORDER

Plaintiff has filed a motion asking the court to order defendants to respond to the exhibits attached to his amended complaint and an objection to the affirmative defenses included in defendants' answer.

Plaintiff states that he files his motion and objection pursuant to Rules 5(d) and 10(a), Fed. R. Civ. P. Rule 5(d) requires a party to file a certificate of service with every paper filed after the complaint. Rule 10(a) sets forth the requirements for the case caption. Thus, neither rule supports plaintiff's motion and objection.

In his motion, plaintiff states that the defendants failed to respond to the many exhibits attached to his amended complaint. Rule 8(b), Fed. R. Civ. P., requires that the answer shall contain the "defenses to each claim asserted and shall admit or deny the averments upon which the adverse party relies." As required, defendants have responded to plaintiff's allegations. They are not required to respond to exhibits or

other evidence in their answer.  Accordingly, plaintiff's motion [**doc. #34**] is **DENIED.**

In addition, plaintiff objects to the defenses included in the answer.  Plaintiff may challenge the applicability of the defenses in opposition to a motion for summary judgment or at trial.  The Federal Rules of Civil Procedure do not provide for a challenge to defenses at this stage of the proceedings.  Thus, any challenge to the defenses is premature.  Plaintiff's objection [**doc. #35**] is **OVERRULED.**

**SO ORDERED.**

Entered this 12th day of February, 2004, at Bridgeport, Connecticut.

/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE