UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**LUIS FERNANDEZ**

     v.                                              **PRISONER**
                                      Case No.     **3:02CV2252 (CFD)**

**JOHN ARMSTRONG, ET AL.**

## RULING ON PENDING MOTIONS

The plaintiff has filed a document entitled "Motion for Respond and Objection to Defendants' Answer With Affirmative Defenses." He files the motion pursuant to Rule 5(d) and 10(a) of the Federal Rules of Civil Procedure. Rule 5(d) requires that all papers filed with the court be accompanied by a certificate of service. Rule 10(a) requires a party to include a caption, tile of the action, file number and designation on any pleading filed with the court. The defendants' answer and affirmative defenses [doc. # 25] complies with both rules. In addition, the defendants' answer addresses all claims in the plaintiff's amended complaint and the allegations in the defendants' answer are not "redundant, immaterial, impertinent or scandalous." Rule 12(f), Fed. R. Civ. P. Furthermore, all of the defendants' affirmative defenses are sufficient as a matter of law. Thus, the "Motion for Respond and Objection to Defendants' Answer With Affirmative Defenses" is denied.

The plaintiff has also filed a document entitled "Motion to Strike Defendants' Opposition to Plaintiff's Notice of Motion for Judgment and Request for Entry of Default Dated January 5, 2004." Federal Rule of Civil Procedure 12(f) provides that a court may strike from "any pleading any insufficient defense or any redundant, immaterial, impertinent or scandalous matter." A memorandum, however, is not a pleading. Rule 7(a), Fed. R. Civ.

P., defines a pleading as a complaint, answer, reply to a counterclaim, answer to a cross-claim, third-party complaint or third party answer. Because a memorandum is not a pleading, the plaintiff's motion to strike is denied.

## Conclusion

The Motion to Strike [doc. # 27] and "Motion for Respond and Objection to Defendants' Answer With Affirmative Defenses" [doc. # 31] are DENIED.

SO ORDERED.

Dated at Bridgeport, Connecticut, this 17th day of March, 2004.

/S/ William I. Garfinkel
William I. Garfinkel
United States Magistrate Judge