UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
FILED

Luis Fernandez

V.

John Armstrong, et al.

2004 MAR 30 P 3    PRISONER
U.S. DISTRICT COURT    No. 3:02CV2252
BRIDGEPORT. CONN    (CFD)(WIG)

: March 25, 2004

PLAINTIFF'S RESPONSE TO DEFENDANT'S
MEMORANDUM IN OPPOSITION TO PLAINTIFF'S
MOTION IN REPLY TO DEFENDANTS IN
OPPOSITION TO PLAINTIFF'S MOTION FOR
RESPOND & OBJECTION TO DEFENDANT
ANSWER & AFFIRMATIVE DEFENSE DATED
MARCH 10, 2004.

The plaintiff, hereby response to defendant's Memorandum
in opposition to plaintiff's Motion in reply to
defendants in opposition to plaintiff's Motion for
respond & Objection to defendant Answer &
Affirmative defense dated March 10, 2004, As without
Merit.
Having said "The Court has the Authority to grant
Any Motion Rule on Judgment or Allowed response
in which A party does not objects and does not
replies too such As Admitted." Citing, VITAL V.

1 of 2

INTERFAITH MEDICAL CTR, 168 F.3d 615 (2d Cir. 1999); And MCPERSON v. COOMBE, 174 F.3d 276 (2d Cir. 1999).

In this case, defendants did not respond to or objected to the Exhibits Attached and marked in the Complaint.

Wherefore, Defendants memorandum in opposition to Plaintiff's MOTION IN REPLY to defendants in opposition to plaintiff's MOTION for Respond & Objection to defendants Answer & Affirmative defense dated March 10, 2004, is without merit and the plaintiff respectfully request that the Exhibits Attached and marked in the Complaint be admitted by this court.

RESPECTFULLY SUBMITTED)

Luis Fernandez   Pro Se
ID. 279900
N. W. C. I
1153 East Street south,
Suffield, CT 06080

CERTIFICATION

I hereby Certify that a copy of the foregoing has been sent, via mail to the following defendants Attorney this 25 day of March, 2004.
Att. Robert F. Vacchelli,
Ass. Att. Gen.
110 Sherman St.,
Hartford, CT 06105

Luis Fernandez
Pro Se

2 of 2