UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER<br>CIVIL NO. 3:02CV2252 (CFD)(WIG) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | APRIL 27, 2004 |

**DEFENDANTS' LOCAL RULE 56(a)(1) STATEMENT**

The defendants, John Armstrong, et al., by and through their undersigned counsel and pursuant to Local Rule 56(a)(1), Rules of the United States District Court for the District of Connecticut, submit the following statement of material facts as to which there is no genuine issue to be tried.

1. The plaintiff is an inmate of the Connecticut Department of Correction, MacDougall-Walker Correctional Institution in Suffield, Connecticut, currently serving twenty year and eight year sentences for drug convictions. See, Aff. of Major Hall, para. 3; Exhibit A.

2. The defendants were, at various times referenced in the plaintiff's Amended Complaint, employed by the Connecticut Department of Correction in various positions. Plaintiff's Amended Complaint, pp. 1-4; Answer, Parties, para. 2.

3. During the time periods referenced in the plaintiff's Amended Complaint, in 2002, Mr. Fernandez made many requests for free hygiene products and mail and his requests were addressed. Aff. of Major Hall, para. 4; Exhibit B.

4. During this time period, the Directives of the Department of Correction provided that inmates were required to purchase their own hygiene products and mail. Indigent inmates were eligible for a minimum of free mailings plus additional correspondence to courts as reasonably needed, and free toothbrushes, toothpaste or tooth powder, soap, shampoo, comb,

disposable razor, and sanitary napkins/tampons as appropriate. Aff. of Major Hall, para. 5; Exhibits C, D.

5. An indigent inmate is one who has less that $5.00 in his or her inmate account at admission, or whose account has not exceeded $5.00 for the previous 90 days. Aff. of Major Hall, para. 6; Exhibit D.

6. Plaintiff did not qualify as an indigent under Department of Correction Directives until on and after August 20, 2002, due to the fact that he had funds in his inmate account in excess of the level required for indigency status. Aff. of Major Hall, para. 7; Exhibit E.

7. Records of the Department of Correction show that plaintiff received free hygiene items and mail after August 20, 2002, and in some cases in advance of that date. Aff. of Major Hall, para. 8; Exhibit F.

8. In particular, documents in this case show that plaintiff received a free hygiene "care" package on August 14, 2002, containing the free products under Directive 6.10(24), and 5 free legal mail on August 22, 2002 and 2 free social mail on August 29, 2002 plus soap. Aff. of Major Hall, para. 9; Exhibit G.

9. In this same time period, the Department of Correction provided for inmates' basic needs, regardless of an inmate's ability to pay, including food, clothing, shelter and medical care. Aff. of Major Hall, para. 10; Exhibits D, H, I and J.

10. Records of the Department of Correction show that plaintiff filed grievances on these points, and his grievances were ruled upon on their merits. Aff. of Major Hall, para. 11; Exhibit B.

11. In Connecticut, there is an Inmate Legal Assistance Program ("LAP") which provides civil legal assistance to inmates in all DOC facilities. Conn. Gen. Stat. § 18-81; DOC Directive 10.3, Exhibit K. A true copy of the State's contract with LAP is attached in Exhibit L.

DEFENDANTS
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: /s/_____
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct05222
E-Mail:  robert.vacchelli@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 27th day of April, 2004:

Luis Fernandez, Inmate No. 279900
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT  06080

/s/_____
Robert F. Vacchelli
Assistant Attorney General

3

2