**FILED**

2004 APR 29 P 12: 23

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER<br>CIVIL NO. 3:02CV2252 (CFD)(WIG) |
| v. | : |  |
| JOHN ARMSTRONG, ET AL. | : | APRIL 27 2004 |

### AFFIDAVIT OF MAJOR JONATHAN HALL

State of Connecticut  )
                      ) ss: Cheshire         April 26, 2004
County of New Haven   )

The undersigned, Major Jonathan Hall, being duly sworn, deposes and says:

1. I am a Major in the Connecticut Department of Correction assigned to the Cheshire Correctional Institution in Cheshire, Connecticut.

2. As a Major, I am familiar with the records and practices of the Department of Correction and the Cheshire Correctional Institution and, at the request of the Office of the Attorney General, I have had my staff collect records responsive to the issues in the above case.

3. The plaintiff, Luis Fernandez, was, during the times referenced in his Amended Complaint in the above case, a sentenced inmate at the Cheshire Correctional Institution. On January 20, 2004, he was moved to the MacDougall-Walker Correctional Institution in Suffield, Connecticut. He is serving 20 year and 8 year sentences for drug convictions. See Movement Records; Mittimus, Exhibit A.

4. During the time periods referenced in the plaintiff's Amended Complaint, in 2002, Mr. Fernandez made many requests for free hygiene products and mail and his requests were addressed. See Grievances and Correspondence, Exhibit B.

5. During this time period, the Directives of the Department of Correction provided that inmates were required to purchase their own hygiene products and mail. Indigent inmates were eligible for a minimum of free mailings plus additional free correspondence to courts as reasonably needed, and free toothbrushes, toothpaste or tooth powder, soap, shampoo, comb, disposable razor, and sanitary napkins/tampons as appropriate. DOC Directive 10.7(4)(D), Exhibit C; DOC Directive 6.10(24), Exhibit D.

6. An indigent inmate is one who has less than $5.00 in his or her inmate account at admission, or whose account has not exceeded $5.00 for the previous 90 days. DOC Directive 6.10(3)(C), Exhibit D.

7. Plaintiff did not qualify as indigent under these Directives until on and after August 20, 2002, due to the fact that he had funds in his inmate account in excess of the level required for indigency status. Inmate Account Records, Exhibit E.

8. Records of the Department of Correction show that he received free hygiene items and mail after August 20, 2002, and in some cases in advance of that date. See Records, Exhibit F.

9. In particular, the documents in this case show that plaintiff received a free hygiene "care" package on August 14, 2002 containing the free products under Directive 6.10(24), 5 free legal mail on August 22, 2002 and 2 free social mail on August 29, 2002. Exhibit G.

2

10. In this same period, the Department of Correction provided for inmates' basic needs, regardless of an inmate's ability to pay, including food, DOC Directive 10.18, Exhibit H; Clothing, DOC Directive 6.10, Exhibit D; Shelter, DOC Directive 9.2, Exhibit I; and Medical Care, DOC Directive 8.1, Exhibit J.

11. Records of the Department of Correction show plaintiff filed grievances on these points and others, and his grievances were ruled upon on their merit. Exhibit B.

Dated at Cheshire, Connecticut, this 26 day of April, 2004.

_____
Major Jonathan Hall

Subscribed and sworn to before me this _____ day of April, 2004.

_____
Commissioner of Superior Court / Notary Public

GREGORY J. PETERS
NOTARY PUBLIC
MY COMMISSION EXPIRES SEP. 30, 2002 2005

3

DEFENDANTS
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: /s/ Robert F. Vacchelli
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05222
E-Mail: robert.vacchelli@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 27th day of April, 2004:

Luis Fernandez, Inmate No. 279900
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

/s/ Robert F. Vacchelli
Robert F. Vacchelli
Assistant Attorney General

4