# EXHIBIT A

**MITTIMUS**

C.G.S. §§ 18-23, 18-63, 18-65, 18-65a, 18-73, 18-7,
18-82, 54-2a, 54-84b, 54-92a, 54-96b, 54-97, 54-98
Pr. Bk. Sec. 43-17 to 43-20

☒ JUDGMENT   ☐ CONTINUANCE
☐ FAILURE TO MEET CONDITIONS
OF RELEASE UNDER 54-2a

**TO: Any Proper Officer**

INSTRUCTIONS TO CLERK
Prepare a separate Mittimus for each file.
TO OFFICER
Original to receiving facility; return copy to court.

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.state.ct.us

| DOCKET NO. | NAME OF DEFENDANT | DATE OF BIRTH | DATE OF DISPOSITION |
|---|---|---|---|
| DBD CR00 0110597s | Luis Fernandez | 07/22/1976 | 10/05/2001 |

NAME AND LOCATION OF RECEIVING FACILITY
Bridgeport Correctional Center

DATE SENTENCE TO BEGIN (if different)

NAME AND LOCATION OF COURT
Danbury Superior Court 146 White St. Danbury, CT

☒ CRIME(S) CONVICTED

| 1ST COUNT - STATUTE NO. | 2ND COUNT - STATUTE NO. | |
|---|---|---|
| 21a-278 (b) | 21a-279(a) | |
| DATE OF OFFENSE 10/27/2000 | DATE OF OFFENSE | DATE OF OFFENSE 10/27/2000 |

☐ CRIME(S) CHARGED

| 3RD COUNT - STATUTE NO. | 4TH COUNT - STATUTE NO. | |
|---|---|---|
| | | |
| DATE OF OFFENSE | DATE OF OFFENSE | DATE OF OFFENSE |

| 5TH COUNT - STATUTE NO. | 6TH COUNT - STATUTE NO. | |
|---|---|---|
| | | |
| DATE OF OFFENSE | DATE OF OFFENSE | DATE OF OFFENSE |

Whereas by a judgment of said court, said defendant was convicted of the above crime(s) and sentenced to imprisonment as follows;

**COUNTS AND TERMS** (If execution of portion of sentence is suspended, show only time to be served.)

| First | Second | Third | Fourth | Fifth | Sixth | TOTAL EFFECTIVE SENTENCE |
|---|---|---|---|---|---|---|
| 20 years | 7 years | | | | | 20 years |

SPECIFY HERE ANY PERTINENT CONDITIONS, IF SENTENCES ARE CONSECUTIVE AND IF PROBATION WAS ORDERED.

Sentence
        Count 1 - 20 years to serve, of which 5 years is a mandatory minimum
        Count 2 - 7 years to serve.   Concurrent with Count 1 and DBD CR00 0110598s.
Consecutive to DBD CR00 0108162s.

*PSI Attached*
Per order of Judge Gary White.

(If a person under the age of 21 receives a reformatory sentence in accordance with section 18-65a or 18-73 of the General Statutes, in no event shall the term be longer than either the maximum term of imprisonment for the crime(s) committed or for a term of more than five (5) years.)

☐ And said defendant pay to the State of Connecticut the amount of fines now unpaid as shown below and be committed to the above facility in default of payment of said fines. (A defendant may not be incarcerated for failing to pay fees or costs.)

**COUNTS AND FINES** (Show only unpaid portion of fines)

| First | Second | Third | Fourth | Fifth | Sixth | TOTAL UNPAID BALANCE |
|---|---|---|---|---|---|---|
| $0.00 | | | | | | $0.00 |

☐ The Defendant is entitled to sentence credit of _____ days.

Whereas it is ordered that said case be continued and/or transferred for future proceedings before said court.

TO BE HELD AT (Name and address of court)

☐ J.D.   ☐ G.A.   ON (Date)   SURETY BOND AMOUNT

BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to deliver said defendant to the custody of the Commissioner of Correction and/or the Warden or Administrator at the above facility and said Commissioner and/or Warden or Administrator is hereby commanded to receive and keep said defendant for the period fixed by said order or judgment of the court or until legally discharged, provided that when a defendant has been sentenced to a term of imprisonment and ordered to pay a fine, if the fine has not been paid by the time the sentence has been served, the defendant may not continue to be incarcerated unless the judicial authority has found that the defendant is able to pay the fine and that the defendant's nonpayment is wilful.

SIGNED (Assistant Clerk)   _Carin Galen Cann Casetta_   By Order of the Court   ON (Date) 10/05/2001

RECEIVING FACILITY TIME STAMP

**ACKNOWLEDGMENT OF DELIVERY OF DEFENDANT**
I delivered said defendant into the custody of the Commissioner of Correction and/or his agent and left this mittimus with him.

NAME AND LOCATION OF RECEIVING FACILITY
Bce

TITLE OF DELIVERING OFFICER
Sm

SIGNATURE OF DELIVERING OFFICER

SIGNATURE OF RECEIVING OFFICER

CR 33 Rev. 12-2000

C.G.S. §§ 10-... , 18-63, 18-65, 18-65a, 18-73, 18-76, 18-82, 54-2a, 54-64b, 54-92a, 54-96b, 54-97, 54-98, Pr. Bk. Sec. 43-17 to 43-20

**INSTRUCTIONS TO CLERK**
*Prepare a separate Mittimus for each file.*
**TO OFFICER**
*Original to receiving facility; return copy to court.*

☒ JUDGMENT ☐ CONTINUANCE
☐ FAILURE TO MEET CONDITIONS OF RELEASE UNDER 54-2a

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.state.ct.us

TO: Any Proper Officer

Page 1 of 2

| DOCKET NO. | NAME OF DEFENDANT | DATE OF BIRTH | DATE OF DISPOSITION |
|---|---|---|---|
| DBD CR00 0110598s | Luis Fernandez | 07/22/1976 | 10/05/2001 |

DATE SENTENCE TO BEGIN (If different)

NAME AND LOCATION OF RECEIVING FACILITY
Bridgeport Correctional Center

NAME AND LOCATION OF COURT
Danbury Superior Court 146 White St. Danbury, CT

| | 1ST COUNT - STATUTE NO. | | 2ND COUNT - STATUTE NO. | |
|---|---|---|---|---|
| ☒ CRIME(S) CONVICTED | 21a-278 (b) | DATE OF OFFENSE 10/13/2000 | 21a-279(a) | DATE OF OFFENSE 10/13/2000 |
| ☐ CRIME(S) CHARGED | 3RD COUNT - STATUTE NO. 21a-278 (b) | DATE OF OFFENSE 10/17/2000 | 4TH COUNT - STATUTE NO. 21a-279(a) | DATE OF OFFENSE 10/17/2000 |
| | 5TH COUNT - STATUTE NO. 21a-278 (b) | DATE OF OFFENSE 10/20/2000 | 6TH COUNT - STATUTE NO. 21a-279(a) | DATE OF OFFENSE 10/20/2000 |

Whereas by a judgment of said court, said defendant was convicted of the above crime(s) and sentenced to imprisonment as follows:

**COUNTS AND TERMS** *(If execution of portion of sentence is suspended, show only time to be served.)*

| First | Second | Third | Fourth | Fifth | Sixth | TOTAL EFFECTIVE SENTENCE |
|---|---|---|---|---|---|---|
| 20 years | 7 years | 20 years | 7 years | 20 years | 7 years | See Page #2 |

SPECIFY HERE ANY PERTINENT CONDITIONS, IF SENTENCES ARE CONSECUTIVE AND IF PROBATION WAS ORDERED.

Sentence
Count 1 - 20 years to serve, of which 5 years are a mandatory minimum.
Count 2 - 7 years to serve.
Count 3 - 20 years to serve, of which 5 years are a mandatory minimum.
Count 4 - 7 years to serve.
Count 5 - 20 years to serve, of which 5 years are a mandatory minimum.
Count 6 - 7 years to serve.

Page 1 of 2

*(If a person under the age of 21 receives a reformatory sentence in accordance with section 18-65a or 18-73 of the General Statutes, in no event shall the term be longer than either the maximum term of imprisonment for the crime(s) committed or for a term of more than five (5) years.)*

☐ And said defendant pay to the State of Connecticut the amount of fines now unpaid as shown below and be committed to the above facility in default of payment of said fines. (A defendant may not be incarcerated for failing to pay fees or costs.)

**COUNTS AND FINES** *(Show only unpaid portion of fines)*

| First | Second | Third | Fourth | Fifth | Sixth | TOTAL UNPAID BALANCE |
|---|---|---|---|---|---|---|
| $0.00 | | | | | | $0.00 |

☐ The Defendant is entitled to sentence credit of _____ days.

Whereas it is ordered that said case be continued and/or transferred for future proceedings before said court.

TO BE HELD AT *(Name and address of court)*   ☐ J.D. ☐ G.A.   ON *(Date)*   SURETY BOND AMOUNT

BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to deliver said defendant to the custody of the Commissioner of Correction and/or the Warden or Administrator at the above facility and said Commissioner and/or Warden or Administrator is hereby commanded to receive and keep said defendant for the period fixed by said order or judgment of the court or until legally discharged, provided that when a defendant has been sentenced to a term of imprisonment and ordered to pay a fine, if the fine has not been paid by the time the sentence has been served, the defendant may not continue to be incarcerated unless the judicial authority has found that the defendant is able to pay the fine and that the defendant's nonpayment is wilful.

SIGNED *(Assistant Clerk)*   By Order of the Court   ON *(Date)* 10/05/2001

ACKNOWLEDGMENT OF DELIVERY OF DEFENDANT
I delivered said defendant into the custody of the Commissioner of Correction and/or his agent and left this mittimus with him.

RECEIVING FACILITY TIME STAMP
2001 OCT

NAME AND LOCATION OF RECEIVING FACILITY
BCC

TITLE OF DELIVERING OFFICER   SIGNATURE OF DELIVERING OFFICER   SIGNATURE OF RECEIVING OFFICER

MITTIMUS

JD-CR-11 Rev. 12-2000
C.G.S. §§ 18-62, 18-63, 18-65, 16-65a, 18-73, 18-73, 18-82, 54-2a, 54-64b, 54-92a, 54-96b, 54-97, 54-98
Pr. Bk. Sec. 43-17 to 43-20

☒ JUDGMENT  ☐ CONTINUANCE
☐ FAILURE TO MEET CONDITIONS OF RELEASE UNDER 54-2a

**TO: Any Proper Officer**

*INSTRUCTIONS TO CLERK*
*Prepare a separate Mittimus for each file.*
**TO OFFICER**
*Original to receiving facility; return copy to court.*

Page 2 of 2

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.state.ct.us

| DOCKET NO. DBD CR00 0110598s | NAME OF DEFENDANT Luis Fernandez | | DATE OF BIRTH 07/22/1976 | DATE OF DISPOSITION 10/05/2001 |
| NAME AND LOCATION OF RECEIVING FACILITY Bridgeport Correctional Center | NAME AND LOCATION OF COURT Danbury Superior Court 146 White St. Danbury, CT | | | DATE SENTENCE TO BEGIN (if different) |

| | 1ST COUNT - STATUTE NO. 7th Count -- 21a-278(b) | DATE OF OFFENSE 10/20/2000 | 2ND COUNT - STATUTE NO. 8th Count -- 21a-279(a) | DATE OF OFFENSE 10/20/2000 |
| ☒ CRIME(S) CONVICTED | 3RD COUNT - STATUTE NO. | DATE OF OFFENSE | 4TH COUNT - STATUTE NO. | DATE OF OFFENSE |
| ☐ CRIME(S) CHARGED | 5TH COUNT - STATUTE NO. | DATE OF OFFENSE | 6TH COUNT - STATUTE NO. | DATE OF OFFENSE |

Whereas by a judgment of said court, said defendant was convicted of the above crime(s) and sentenced to imprisonment as follows:

**COUNTS AND TERMS** *(If execution of portion of sentence is suspended, show only time to be served.)*

| First | Second | Third | Fourth | Fifth | Sixth | TOTAL EFFECTIVE SENTENCE |
|-------|--------|-------|--------|-------|-------|--------------------------|
| 20 years | 7 years | | | | | 20 years |

SPECIFY HERE ANY PERTINENT CONDITIONS, IF SENTENCES ARE CONSECUTIVE AND IF PROBATION WAS ORDERED.

Sentence cont.
Count 7 - 20 years to serve, of which 5 years are a mandatory minimum.
Count 8 - 7 years to serve.
**PSI Attached**
**Counts 1-8 are concurrent with each other and DBD CR00 0110597. Consecutive to
DBD CR00 0108162s***
Par order of Judge Gary White.

Page 2 of 2

*(If a person under the age of 21 receives a reformatory sentence in accordance with section 18-65a or 18-73 of the General Statutes, in no event shall the term be longer than either the maximum term of imprisonment for the crime(s) committed or for a term of more than five (5) years.)*

☐ And said defendant pay to the State of Connecticut the amount of fines now unpaid as shown below and be committed to the above facility in default of payment of said fines. *(A defendant may not be incarcerated for failing to pay fees or costs.)*

**COUNTS AND FINES** *(Show only unpaid portion of fines)*

| First | Second | Third | Fourth | Fifth | Sixth | TOTAL UNPAID BALANCE |
|-------|--------|-------|--------|-------|-------|----------------------|
| $0.00 | | | | | | $0.00 |

☐ The Defendant is entitled to sentence credit of _____ days.

Whereas it is ordered that said case be continued and/or transferred for future proceedings before said court.

| TO BE HELD AT (Name and address of court) | ☐ J.D. ☐ G.A. | ON (Date) | SURETY BOND AMOUNT |

**BY AUTHORITY OF THE STATE OF CONNECTICUT**, you are hereby commanded to deliver said defendant to the custody of the Commissioner of Correction and/or the Warden or Administrator at the above facility and said Commissioner and/or Warden or Administrator is hereby commanded to receive and keep said defendant for the period fixed by said order or judgment of the court or until legally discharged, provided that when a defendant has been sentenced to a term of imprisonment and ordered to pay a fine, if the fine has not been paid by the time the sentence has been served, the defendant may not continue to be incarcerated unless the judicial authority has found that the defendant is able to pay the fine and that the defendant's nonpayment is willful.

| SIGNED (Assistant Clerk) [signature] | By Order of the Court | ON (Date) 10/05/2001 | RECEIVING FACILITY TIME STAMP |

**ACKNOWLEDGMENT OF DELIVERY OF DEFENDANT**

I delivered said defendant into the custody of the Commissioner of Correction and/or his agent and left this mittimus with him.

| NAME AND LOCATION OF RECEIVING FACILITY BCC | | |
| TITLE OF DELIVERING OFFICER | SIGNATURE OF DELIVERING OFFICER [signature] | SIGNATURE OF RECEIVING OFFICER |

**MITTIMUS**

C.G.S. 53a-32 Rev. 12/2000

O.G.S. §§ 18-23, 18-63, 18-65, 18-65a, 18-73, 18-79,
18-82, 54-2a, 54-64b, 54-92a, 54-96b, 54-97, 54-98
Pr. Bk. Sec. 43-17 to 43-20

☒ JUDGMENT    ☐ CONTINUANCE
☐ FAILURE TO MEET CONDITIONS
OF RELEASE UNDER 54-2a

TO: Any Proper Officer

*INSTRUCTIONS TO CLERK*
*Prepare a separate Mittimus for each file.*
*TO OFFICER*
*Original to receiving facility; return copy to court.*

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.state.ct.us

| DOCKET NO. | NAME OF DEFENDANT | DATE OF BIRTH | DATE OF DISPOSITION |
|---|---|---|---|
| DBD CR00 0108162 | Luis Fernandez | 07/22/1976 | 10/05/2001 |

DATE SENTENCE TO BEGIN (if different)

| NAME AND LOCATION OF RECEIVING FACILITY | NAME AND LOCATION OF COURT |
|---|---|
| Bridgeport Correctional Center | Danbury Superior Court 146 White Street Danbury, CT |

☒ CRIME(S) CONVICTED

| 1ST COUNT - STATUTE NO. | DATE OF OFFENSE | 2ND COUNT - STATUTE NO. | DATE OF OFFENSE |
|---|---|---|---|
| 53a-32 | 01/07/2000 | | |

☐ CRIME(S) CHARGED

| 3RD COUNT - STATUTE NO. | DATE OF OFFENSE | 4TH COUNT - STATUTE NO. | DATE OF OFFENSE |
|---|---|---|---|
| | | | |

| 5TH COUNT - STATUTE NO. | DATE OF OFFENSE | 6TH COUNT - STATUTE NO. | DATE OF OFFENSE |
|---|---|---|---|
| | | | |

Whereas by a judgment of said court, said defendant was convicted of the above crime(s) and sentenced to imprisonment as follows:

**COUNTS AND TERMS** (If execution of portion of sentence is suspended, show only time to be served.)

| First | Second | Third | Fourth | Fifth | Sixth | TOTAL EFFECTIVE SENTENCE |
|---|---|---|---|---|---|---|
| 8 years | | | | | | 8 years |

SPECIFY HERE ANY PERTINENT CONDITIONS, IF SENTENCES ARE CONSECUTIVE AND IF PROBATION WAS ORDERED.

Sentence - 8 years to serve.
Underlying Offense - Sale of Hallucinogen/Narcotic (21a-277(a))

***PSI Attached***

Per order of Judge Gary White.

(If a person under the age of 21 receives a reformatory sentence in accordance with section 18-65a or 18-73 of the General Statutes, in no event shall the term be longer than either the maximum term of imprisonment for the crime(s) committed or for a term of more than five (5) years.)

☐ And said defendant pay to the State of Connecticut the amount of fines now unpaid as shown below and be committed to the above facility in default of payment of said fines. (A defendant may not be incarcerated for failing to pay fees or costs.)

**COUNTS AND FINES** (Show only unpaid portion of fines)

| First | Second | Third | Fourth | Fifth | Sixth | TOTAL UNPAID BALANCE |
|---|---|---|---|---|---|---|
| $0.00 | | | | | | $0.00 |

☐ The Defendant is entitled to sentence credit of _____ days.

Whereas it is ordered that said case be continued and/or transferred for future proceedings before said court.

| TO BE HELD AT (Name and address of court) | ☐ J.D. ☐ G.A. | ON (Date) | SURETY BOND AMOUNT |
|---|---|---|---|
| | | | |

BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to deliver said defendant to the custody of the Commissioner of Correction and/or the Warden or Administrator at the above facility and said Commissioner and/or Warden or Administrator is hereby commanded to receive and keep said defendant for the period fixed by said order or judgment of the court or until legally discharged, provided that when a defendant has been sentenced to a term of imprisonment and ordered to pay a fine, if the fine has not been paid by the time the sentence has been served, the defendant may not continue to be incarcerated unless the judicial authority has found that the defendant is able to pay the fine and that the defendant's nonpayment is wilful.

| SIGNED (Assistant Clerk) | ON (Date) | RECEIVING FACILITY TIME STAMP |
|---|---|---|
| *[signature]* Com Case Flow By Order of the Court | 10/05/2001 | |

ACKNOWLEDGMENT OF DELIVERY OF DEFENDANT

I delivered said defendant into the custody of the Commissioner of Correction and/or his agent and left this mittimus with him.

NAME AND LOCATION OF RECEIVING FACILITY
BCC

| TITLE OF DELIVERING OFFICER | SIGNATURE OF DELIVERING OFFICER | SIGNATURE OF RECEIVING OFFICER |
|---|---|---|
| | *[signature]* | *[signature]* |

| | DATE | SEQ | LOCATION | JUR | STA |
|---|---|---|---|---|---|
| TRANSFER AMONG DOC LOCATIONS | 1/20/2004 | 1 | 137 MCDGL/WLKR CI | 137 | G |
| SENTENCED BY COURT | 10/01/2002 | 1 | 125 CHESHIRE CC | 125 | G |
| TRANSFER AMONG DOC LOCATIONS | 11/09/2001 | 1 | 125 CHESHIRE CC | 125 | G |
| TRANSFER AMONG DOC LOCATIONS | 10/11/2001 | 1 | 114 MCDGL/WLKR CI | 114 | G |
| START SERVING SENTENCE (1+) | 10/05/2001 | 1 | 123 BRIDGEPORT CC | 123 | G |
| TRANSFER AMONG DOC LOCATIONS | 11/22/2000 | 1 | 123 BRIDGEPORT CC | 123 | U |
| TRANSFER AMONG DOC LOCATIONS | 11/01/2000 | 1 | 114 MCDGL/WLKR CI | 114 | U |
| READMISSION, CONTINUED | 10/31/2000 | 1 | 123 BRIDGEPORT CC | 123 | U |
| DISCHARGED, DID NOT RETURN FROM COURT | 8/02/2000 | 1 | 900 DISCHARGE | 900 | U |
| TRANSFER AMONG DOC LOCATIONS | 1/11/2000 | 1 | 114 MCDGL/WLKR CI | 114 | U |
| NEW ENTRY,ACCUSED-CONTINUED | 1/10/2000 | 1 | 123 BRIDGEPORT CC | 123 | U |

Z418  3/01/2004    CT DEPT OF CORRECTION - ALL MOVEMENTS-RT60    END

TRANSACTION: RT60    NUMBER:  00279900

# EXHIBIT B

# FREE POSTAGE ENVELOPE LOG SOUTH BLOCK 6

2002

| NAME | NUMBER | CELL | SOC/LEG | DATE | |
|---|---|---|---|---|---|
| ▓▓▓▓ | ▓▓▓ | 651 | 2 SOC | 8/19 | |
| ▓▓▓▓ | ▓▓ | 608 | 2 SOC | 8/19 | |
| ▓▓▓▓ | ▓▓▓ | 619 | 2 SOC | 8/19 | |
| Turner ✳ | ▓▓▓▓ | 651 | 2 SOC | 8/19 | |
| ▓▓▓▓ | ▓▓▓ | 603 | 5 LEG | 8/27/0 | |
| ▓▓▓▓ | ▓▓▓ | 634 | 2 SOC | 8/27 | |
| ▓▓▓▓ | ▓▓▓ | 653 | 2 SOC | " | 1 SOAP |
| ▓▓▓▓ | ▓▓▓ | 639 | 2 SOC | " | 1 SOAP |
| ▓▓▓▓ Fernandez ✳ | ▓▓▓ | 644 | 2 SOC | 8/27 | 1 SOAP |
| ▓▓▓▓ | ▓▓▓▓ | 603 | 2 SOC | 8/29 | SOAP |
| ▓▓▓▓ | ▓▓▓ | 602 | 3 LEG | 9/3 | SOAP |
| ▓▓▓▓ | ▓▓▓ | " | 2 SOC | " | " |
| ▓▓▓▓ | ▓▓▓ | 639 | 2 SOC | " | SOAP |
| ▓▓▓▓ | ▓▓▓ | 634 | 2 SOC | " | |
| ▓▓▓▓ | ▓▓▓ | 644 | 3 SOC | 9/3 | SOAP |
| ▓▓▓▓ | ▓▓▓ | 619 | 2 SOC | " | SOAP |
| ▓▓▓▓ Fernandez ✳ | ▓▓▓ | 603 | 2 SOC XH | 9/5 | |
| ▓▓▓▓ | " | 2 SOC | 9/9 | SOAP | |
| ▓▓▓▓ | ▓▓▓ | 604 | 2 SOC | 9/9 | SOAP |
| ▓▓▓▓ | ▓▓▓ | 613 | 3 SOC | 9/10 | SOAP |
| ▓▓▓▓ | ▓▓▓ | 628 | 2 SOC | 9/10 | SOAP |
| ▓▓▓▓ | ▓▓▓ | 634 | 3 SOC | 9/10 | SOAP |
| ▓▓▓▓ | ▓▓▓ | 634 | 2 SOC | 9/11 | SOAP |
| | | | | | |
| ▓▓▓▓ Fernandez ✳ | ▓▓▓ | 619 | D SOC | 9/15 | SOAP |
| ▓▓▓▓ | ▓▓▓ | 603 | 2 SOC 3 SOC | 9/15 | SOAP |
| ▓▓▓▓ Fernandez ✳ | ▓▓▓ | 611 | 2 SOC | 9/12 | SOAP |
| ▓▓▓▓ | ▓▓▓ | 603 | 2 SOC | 9/18 | SOAP |
| ▓▓▓▓ | ▓▓▓ | 623 | 3 SOC | 9/24 | SOAP |
| ▓▓▓▓ | ▓▓▓ | 614 | 3 SOC | 9/30 | SOAP |
| ▓▓▓▓ | ▓▓▓ | 603 | 2 SOC | 10/1 | SOAP |
| ▓▓▓▓ | ▓▓▓ | 619 | 2 SOC | 10/1 | SOAP |
| ▓▓▓▓ | ▓▓▓ | 605 | 3 SOC | 10/4 | SOAP |
| ▓▓▓▓ | ▓▓▓ | 650 | 2 SOC | 10/6 | |
| ▓▓▓▓ | ▓▓▓ | 611 | 2 SOC | 10/1 | SOAP |
| ▓▓▓▓ | ▓▓▓ | 601 | 2 SOC | 10/3 | SOAP |
| ▓▓▓▓ | ▓▓▓ | 604 | 2 SOC | 10/3 | SOAP |
| ▓▓▓▓ | ▓▓▓ | 607 | 2 SOC | 10/3 | SOAP |
| ▓▓▓▓ | ▓▓▓ | 650 | 2 SOC | 10/15 | SOAP |
| ▓▓▓▓ | ▓▓▓ | 600 | 2 SOC | " | |

2002 - 03

# FREE POSTAGE ENVELOPE LOG SOUTH BLOCK 6

| NAME | NUMBER | CELL | SOC/LEG | DATE | |
|---|---|---|---|---|---|
| | | 614 | 2-50C | 10/16 | SIA |
| | | 639 | 2xC | 10/16 | SIA |
| Ramirez * | 27992 | 603 | 2xC | 10/16 | SIA |
| | | 622 | 2.50C | 10/16 | SIA |
| | | 648 | 2.50C | 10/16 | SIA |
| | | 609 | 5 50C | 10/03 | SIA |
| | | 618 | 5 50C | 10/93 | SIA |
| | | 619 | 2.50C | 10/8 | SIA |
| | | 618 | 5 5C | 10/08 | SIA |
| | | 813 | 2xC | 10/08 | SIA |
| | | 607 | 2xC | 10/9 | SIA |
| | | 620 | 2xC | 10/9 | SIA |
| | | 618 | 2 50C | 10/06 | SIA |
| | | 620 | 2xC | 10/07 | SIA |
| | | 618 | 2 50C | 10/31 | SIA |
| | | 620 | 2xC | 11/2/03 | SIA |
| | | 615 | 2xC | 11/03 | SIA |
| | | 617 | 2xC | 11/03 | SIA |
| | | 618 | 2 5C MM | 1/7/910 | SIA |
| | 618 | 607 | 2xC | 11/6/03 | SIA |
| | | 628 | 2xC | 11/6/03 | SIA |
| | | 618 | 2. 50C | 11/15/03 | SOAP |
| | | 609 | 8 50C | 11/15/03 | SOAP |
| | | 627 | 8 50C | 11/16/03 | SOAP |
| | | 614 | | 11/19/03 | SIA |
| | | 609 | 2 50C | 11/19/03 | SIA |
| | | 648 | | 11/22/03 | SOAP |
| | | 628 | | 11/25/03 | SOAP |
| | | 626 | 2xC | 11/26/03 | SIA |
| | | 617 | 2xC | 11/27/03 | SOAP |
| | | 618 | 2xC | 11/28/03 | SIA |
| | | 626 | 2 5C | 12/1/03 | SIA |
| | | 625 | 2 50C | 12/2/03 | SIA |
| | | 620 | 2xC | 12/2/03 | SIA |
| | | 618 | 2xC MM | 12/24/03 | SIA |
| | 626 | 620 | 2 5C MM | 2/3/03 | SIA |
| | 618 | 617 | 2 5C | 2/5/03 | SIA |
| | | 618 | 2xC 5C | 2/6/03 | SIA |
| | | 648 | 2xC | 2/7/03 | SIA |
| | | 614 | 2xC | 2/11/03 | SIA |
| | | 620 | 2xC | 2/11/03 | SIA |
| | | 618 | 2xC | 2/12/03 | SIA |
| | | 657 | 2xC | 2/11/03 | SIA |
| | | 648 | 2 5C | 2/16/03 | SIA |
| | | 609 | 2xC | 2/16/03 | SIA |
| | | 639 | 2xC | 2/16/03 | SIA |
| | | 627 | 2xC | 2/24/03 | SIA |
| | | 609 | 2 5C | " | SIA |
| | | 648 | 2xC | 2/27/03 | SIA |

## FREE POSTAGE ENVELOPE LOG SOUTH BLOCK 6

| NAME | NUMBER | CELL | SOC/LEG | SOAP | | DATE |
|------|--------|------|---------|------|---|------|
| | | 607 | 2 | | | 2/21/03 |
| | | 618 | 2 | 1 | | " |
| | | 601 | 2 | | | " |
| | | 605 | | 1 | | 2/22/03 |
| | | 614 | 2 | 1 | | 2/24/03 |
| | | 614 | 2 | | | " |
| | | 601 | 2 | 1 | | 2/27/03 |
| | | 618 | 2 | 1 | | 2/21/03 |
| | | 620 | 2 | 1 | | " |
| | | 618 | 2 | 1 | | 8/4/03 |
| | | 605 | 2 | 1 | | 8/5/03 |
| | | 616 | | 1 | | " |
| | | 606 | 2 | 1 | | 8/7/03 |
| | | 634 | 2 | 1 | | 8/11/03 |
| | | 601 | 2 | 1 | | 8/11/03 |
| | | 626 | 2 | 1 | | 8/11/03 |
| | | 619 | 2 | 1 | | 8/11/03 |
| | | 635 | 2 | 1 | 1 | 8/11/03 |
| | | 620 | 2 | 1 | 1 | 8/11/03 |
| | | 680 | 2 | 1 | 1 | 8/11/03 |
| | | 632 | 2 | 1 | | 8/12/03 |
| | | 633 | 2 | 1 | | 8/12/03 |
| | | 612 | 2 | | | " |
| | | 619 | 2 | | | 8/25/03 |
| | | 630 | 2 | | | 8/25/03 |
| | | 631 | 2 | 1 | | 8/28/03 |
| | | 618 | 2 | 1 | | 9/2/03 |
| | | 633 | 2 | 5 | 1 | | 9/6/03 |
| | | 634 | 2 | | 1 | | 9/8/03 |
| | | 620 | 3 | 5 | 1 | 1 | 9/9/03 |
| | | 631 | | 5 | 1 | | 9/9/03 |
| | | 630 | 2 | | | | 9/9/03 |
| | | 618 | 2 | 1 | 1 | 9/9/03 |
| | | 614 | 2 | 1 | | " |
| | | 601 | 2 | 1 | | " |
| | | 620 | 2 | 1 | | " |
| | | 621 | | 1 | | " |
| | | 631 | | 1 | | 9/9/03 |
| | | 614 | 2 | 1 | | " |
| | | 632 | 2 | 1 | | " |
| | | 620 | 2 | 1 | | 9/15/03 |
| | | 601 | 2 | 1 | | " |
| | | 631 | 2 | 1 | | " |
| | | 634 | 2 | 1 | | " |
| | | 620 | 2 | 1 | | 9/16/03 |
| | | 682 | 2 | 1 | | " |
| | | 619 | 2/5 | 1 | | 9/17/03 |
| | | 620 | | | | 9/17/03 (1) C.P. |
| | | 688 | Care Pkg | | | " |

| NAME | DATE | SOC/LEG | SOAP | CARE PKG | RAZOR |
|------|------|---------|------|----------|-------|
| ███████ | 9/18/03 | 2 | | ✓ | |
| | '' | 2 | ✓ | | |
| | 9/19/03 | 2 | | | |
| | '' | | ✓ | | |
| | 9/07 | 2 | ✓ | | |
| | '' '' | 2 | ✓ | ✓ | |
| Prisoner 2 - 977763 | 9/21/8 | 2 | ✓ | ✓ | |
| ███████ | '' | 2 | ✓ | | |
| | '' | 2 | ✓ | | |
| | '' | 2 | ✓ | | |
| | '' | 2 | ✓ | | |
| | '' | 2 | ✓ | | |
| | 9/14/03 | 2 | ✓ | ✓ | |
| | ~~~~~ | | | | |
| | 9/18/8 | 2 | | | |
| | 9/21/03 | | ✓ | | |
| | 9/22/03 | | | ✓ | |
| Prisoner 7   98968 | 9/24/03 | ✗ | | ✓ | |
| Prisoner 2  98968 | 9/25/03 | 2 | ✓ | | |
| | '' '' | 2 | ✓ | | |
| | '' '' | 2 | | | |
| | '' '' | 2 | ✓ | | |
| | '' '' | 2 | ✓ | ✓ | |
| | '' '' | 2 | ✓ | ✓ | |
| | '' '' | 2 | ✓ | | |
| | 10/1/03 | ✗ 5 LEG | | | |
| | '' '' | 2 soc/2 LEG | (1) | | |
| | 10/8/3 | | | | ✓ |
| | 10/2/3 | | | | ✓ |
| Prisoner 2  977763 | | LEGAL MATL MAILED | ✗ | | |
| ███████ | 10/6/8 | 2    5 | ✓ | | ✓ |
| | '' | 2 | ✓ | | ✓ |
| | '' | 2 | ✓ | | ✓ |
| Prisoner 2 - 977763 | '' | 2    2 | ✓ | | |
| | '' | 2 | | ✓ | |
| | 10/6/03 | 2    5 | ✓ | | |
| | 10/7/8 | 2 | ✓ | | |
| | '' | 2 | ✓ | | |
| | '' | 2 | ✓ | | |
| | 10/8/03 | 2 | ✓ | | |
| | '' | | ✓ | | |
| | 10/14/03 | 2 | ✓ | ✓ | |
| Prisoner  977763 | 10/4/03 | 2    2 | ✓ | | |
| | | 2 | | | |
| | '' | 2    2 | ✓ | | |
| | 9 | 2 | ✓ | | ✓ |
| | '' | | ✓ | | ✓ |

# FREE POSTAGE ENVELOPE LOG SOUTH BLOCK 6

*Gee peer* ↓

| NAME | # | CELL | DATE | SOC/LEG | SOAP/RAZOR | C/P |
|------|---|------|------|---------|------------|-----|
| ▮▮▮▮▮▮▮▮ | | 508:18 | 12/4/13 | 2  5 | / | / |
| ▮▮▮▮▮▮▮▮ | 2 | 62 | " | 2 | / | |
| ▮▮▮▮▮▮▮▮ | | 601 | 12/4/13 | 2 | / | |
| ▮▮▮▮▮▮▮▮ | | 64-7 | 12/4/13 | | / | / |
| ▮▮▮▮▮▮▮▮ | | 641 | " | 2 | | / |
| ▮▮▮▮▮▮▮▮ | | 656 | " | | / | |
| ▮▮▮▮▮▮▮▮ | | 642 | 12/10/13 | 2 | / | |
| ▮▮▮▮▮▮▮▮ | | 601 | " | 2 | / | |
| ▮▮▮▮▮▮▮▮ | | 620 | 12/10/13 | 2 | | / |
| ▮▮▮▮▮▮▮▮ | | 605 | " | 2 | / | |
| ▮▮▮▮▮▮▮▮ | | 613 | " | 2 | / | |
| ▮▮▮▮▮▮▮▮ | | 634 | " | 2 | / | |
| ▮ ▮▮▮▮▮ 2 ▮▮▮▮▮ | | 621 | " | 2 | ✱ | |
| ▮▮▮▮▮▮▮▮ | | 624 | 12/20/13 | 2 | / | / |
| ▮▮▮▮▮▮▮▮ | | 648 | " | 2 | | / |
| ▮▮▮▮▮▮▮▮ | | 605 | " | 3 | | |
| ▮▮▮▮▮▮▮▮ | | 600 | 12/23/13 | 2 | / | |
| ▮▮▮▮▮▮▮▮ | | 633 | 12/23/13 | 2 | | / |
| ▮▮▮▮▮▮▮▮ | | 605 | 12/23/13 | 2 | | |
| ▮▮▮▮▮▮▮▮ | | 43 | " | 2 | / | |
| ▮▮▮▮▮▮▮▮ | | 634 | " | 2 | / | |
| ▮▮▮▮▮▮▮▮ | | 608 | 12/23/13 | 2 | / | |
| ▮▮▮▮▮▮▮▮ | | 634 | 11/16/13 | 2 | / | |
| ▮▮▮▮▮▮▮▮ | | 642 | " | 2 | | / |
| ▮▮▮▮▮▮▮▮ | | 600 | " | 2 | / | / |
| ▮▮▮▮▮▮▮▮ | | 641 | 11/18/13 | 2 | | |
| ▮▮▮▮▮▮▮▮ | | 614 | 11/5/13 | 2 | / | |
| ▮▮▮▮▮▮▮▮ | | 653 | " | 2 | | |
| ▮▮▮▮▮▮▮▮ | | 652 | 11/20/13 | 2 | | / |
| ▮▮▮▮▮▮▮▮ | | 642 | 11/2/13 | 2 | / | |
| ▮▮▮▮▮▮▮▮ | | 634 | 11/20/13 | 2  2 | / | |
| ▮▮▮▮▮▮▮▮ | | 620 | " | 2 | / | |
| ▮▮▮▮▮▮▮▮ | | 624 | " | 2 | / | |
| ▮▮▮▮▮▮▮▮ | | 642 | " | 2 | / | |
| ▮▮▮▮▮▮▮▮ | | 614 | 11/8/13 | 2 | | |
| ▮▮▮▮▮▮▮▮ | | 601 | 11/13/13 | 1 | | |
| ▮▮▮▮▮▮▮▮ | | 603 | 11/13/13 | 2 | | |
| ▮▮▮▮▮▮▮▮ | | 612 | 11/13/13 | 3 | | |
| ▮▮▮▮▮▮▮▮ | | 652 | " | 2 | / | |
| ▮▮▮▮▮ +▮▮ | 614 | 4/18/13 | 2 | / | | |
| | | | 11/13/13 | | / | |
| | | 620 | " " | 2 | / | |
| | | 634 | " " | 2 | / | |
| ▮▮▮▮▮▮▮▮ | | 622 | | | | |
| ▮▮▮▮▮▮▮▮ | | 620 | 11/18/13 | | | / |
| | | " " | | 5g | | |
| | | 653 | 11/19 | 2 | / | / |
| | | 652 | 11/20 | 2  1 | / | / |

# Inmate Request Form

## Connecticut Department of Correction

CN 9602
Rev. 1/8/02

**Inmate Name** Luis Fernandez

**Facility** Cheshire

**Housing unit** NB118

**Inmate no.** 279900

**Request** **Date** 6/3/02

for copies of my person matter file for legal proposes and lightfull access to be review by the courts and Attorney. Thank you!

*(continue on back if necessary)*

**Previous Action Taken** the Counselor H Alleman need your Approval for such matter above.

*(continue on back if necessary)*

**Submitted to** Major Hall.

**Acted on by**

JUN 2002
Received
Major
Hall

**Action Taken and/or Response** You must provide what Specific Document you Need for copies.

*(continue on back if necessary)*

**Response to Inmate Date** 6/6/02

**Staff Member Signature**

# Inmate Request Form

CN 9602
Rev. 1/8/02

**Inmate Name** Luis Fernandez

**Facility** Cheshire

**Inmate no.** 279900

**Housing unit** NB118

**Date** 6/13/02

**Request** As on the request dated 6/3/02 and received as 6, day June, 2002 by Main penial Major Hall, I must be provided with all the specific documents from my Master file as Rightfull-Access for Legal perposes.

*(continue on back if necessary)*

**Previous Action Taken** this is the second Request were it's Still a problem to be Assisted with the proper Authority following D.O.C. policy(es), and holding on Rightfull Access of my person Legal process in A dilibirate undilhoot fourm.

*(continue on back if necessary)*

**Submitted to** Major Hall

**Acted on by**

**Action Taken and/or Response** We have no problem w/ Assisting in Your Request for copies, However You must be specific on what documents You require

*(continue on back if necessary)*

**Response to Inmate Date** 6/18/02

**Staff Member Signature**

C.C.: Major Hall

Inmate: Luis Fernandez #279900

(Carbon copy)

C: Capt John Alves

# Inmate Request Form

**FILE COPY**

CN 9602
Rev. 1/8/02

Connecticut Department of Correction

**Inmate Name** Luis Fernandez

**Inmate no.** 279900

**Facility** CHeshire

**Housing unit** NB118

**Date** 6/18/02

**Request** I Request to view my master file, A.D. 4.1 offendor Records, page 8 part II clearly states "Access to inmate Master file and/or health file information shall be as provided in A.D. 4.4, Access to Inmate Information.

(continue on back if necessary)

**Previous Action Taken** Captain John M. Alves, this Directive does not require that I provide any reason for this Request, nor does it require that I Inform anyone "what I am looking for" in my file. That information is privileged. Your failure to produce my master file in A reasonable amount of time, as I previously Request, and your requirement that it was unclear →

(continue on back if necessary)

**Submitted to** Captain John M. Alves

**Acted on by** Capt. Alves

**Date** 6/18/02

**Action Taken and/or Response**

## APPROVED

To view Master File

(continue on back if necessary)

**Response to Inmate Date** 6-20-02

**Staff Member Signature** John M. Alves

C.C.: Captain Alves
Inmate: Luis Fernandez #279900
(Captain copy)

**RECEIVED**
JUN 20 2002
CAPTAIN ALVES
CHESHIRE C.I.

**Inmate Name** Luis Fernandez

**Facility** Cheshire

**Housing unit** NB118

**Inmate no.** 279900

**Request** **Date** 6/18/02

to Attach this enclose page which is part of the Requested view of my Master file.

(continue on back if necessary)

**Previous Action Taken**

This request belongs (page enclose) to Captain John M. Alves request dated 6/18/02 because is the continuing of the Request Submitted to him by my persons.

(continue on back if necessary)

**Submitted to** Captain John M. Alves

**Acted on by** **Date** 6/18/02

**Action Taken and/or Response**

(continue on back if necessary)

**Response to Inmate Date**

**Staff Member Signature**

C.C.: Captain Alves

Inmate: Luis Fernandez #279900

(Cambos copy)

JUN 20 2002

CAPTAIN ALVES
CHESHIRE C.I.

As to requesting copies specifically of, As I
to provide reason for this requested copies from
my Master file as well as Major Hall, 6/6/02
respond statment "I must provide what specific Document
you I need for copies" fall well outside the para-
meters of A.D. 4.4 and other written Dept. Policy.

Your refusal to adhere to written Dept. Policy
in regard to my reasonable request Directly interf-
ers with my Ability to challenge the conditions
of my Confinement and Access the Courts.

Your failure to provide me with my master
file within 7 working days of this letter shall
Result to Me or my family initiating the following
Acts:

1) The Commissioner Shall be notified of
this Civil Rights violation and it will be request-
ed that Disciplinary sanctions be levied upon
you and Major Hall As Specified under A.D.
2.6 Employee Disciplinary for the violations of
A.D. 2.17 Employee conduct, page 2, part 5
section A, subsection 1, 2, and 13 And A.D.
2.17 page 3 part 5 section B subsection (5)11,
14, 15(i), 16, 20, 21, 24 and 25.

2) Any and All legal Action Deemed App-
ropriate shall be immediatly filed in regard to
this blatant disregard for written Dept. Policy.

One would think that A person who is Allowed to reach the rank of CAPTAIN and MAJOR in the D.O.C. would have the Intellectual perspicacity to Know and understand written Dept. Policy, and the moral fiber and integrity to Adhere to it.

Please Provide Me with Access to my Master file

by: Respectfully Submitts

Luis Fernandez #279900
6/18/02


RECEIVED
JUN 20 2002
CAPTAIN ALVES
CHESHIRE C.I.

# Inmate Request Form
### Connecticut Department of Correction

CN 9602
Rev. 1/8/02

**Inmate Name** Luis Fernandez

**Inmate no.** 279900

**Facility** Cheshire

**Housing unit** NB118

**Date** 7/15/02

**Request** to review my master file which has been approved by captain Alves dated June 20, 2007, ~~and~~ and I have to answer back to Major Hall on what copies of my file I need.

*(continue on back if necessary)*

**Previous Action Taken** I showed Counselor Halloran on 6-26-2007 the Approval by captain Alves dated June 20, 2007 and she said "that is upto Counselor Supervisor Unit Manager Hannah", who has not given me Any Access to the file or given me a date to take care of this matter.

*(continue on back if necessary)*

**Submitted to** Counselor Supervisor Bartholomew

**Acted on by**

**Date** 7/15/02

**Action Taken and/or Response**

This has been handled by your unit counselor.

*(continue on back if necessary)*

**Response to Inmate Date** 7-25-02

**Staff Member Signature**

C.C. Counselor Supervisor Bartholomew
Inside: Luis Fernandez # 279900

CHESHIRE C. I.

# Memo

To: Inmate Fernandez, L #279900

From: Unit Manager Hannah

Date: July 24, 2002

Re: Complaint

Your request to Warden Rodriguez was forwarded to me for review and response. On 6/19/02, I attempted to deliver your legal mail. You saw that the mail was dated for 6/18/02 and refused to sign and receive your legal mail. The mail was inadvertently sent to North 5/6 on 6/18/02 and Secretary Smith notified me on 6/19/02 and brought it to me. When I attempted to give you your mail, you stated "I'm not signing that." At that point, I logged that inmate Fernandez refused to sign. You then demanded that I write you an incident report. I stated to you that I do not have to write you an incident report. You then refused your legal mail, and went and secured in your cell. Acting Major Captain Alves was advised of the situation with you. Capt. Alves advised me to mail the legal mail back to the court certified and return receipt because you refused to sign and receive your legal mail on three occasions.  On May 31, 2002 your legal mail was ripped on the corner and not opened. (See inmate request and response). I informed you it came in that condition and I would advise the mailroom to note the condition of the mail, if it is damaged on the Legal receipt forms. Your legal mail was opened in your presence. There was no need for an incident report.

Unit Manager, Hannah

CC: Warden Rodriguez

Major Hall

Captain Alves

File

• Page 1

**Facility** Cheshire

**Request** Unite Manager Hannah + I write you again for the Incident report on the opening of legal mail and A care package for my woods.

*(continue on back if necessary)*

**Previous Action Taken** Second Request Address to your person MS. Hannah

*(continue on back if necessary)*

**Submitted to** J.M. Hannah

**Acted on by**

**Action Taken and/or Response**  I have contacted the mail room on your behalf, concerning your legal mail that was ripped on the corner. The mail room contents that your mail came in that condition. I have notified them that they should note on the legal correspondence receipt forms the condition the mail

*(continue on back if necessary)*

**Response to Inmate Date**

**Staff Member Signature** 6/28/02

comes especially when it is ripped. There is no incident report regarding your mail due to the fact it was not opened and you opened and reviewed the contents yourself.

# Inmate Request Form
## Connecticut Department of Corrections

**FILE COPY**

Received 6/18/02

CN 9602
1/8/02

| Inmate Name | Luis Fernandez | | Inmate no. 279900 |
|---|---|---|---|
| Facility | Cheshire | Housing unit NB110 | Date 6/17/02 |

**Request** For care-package and I am still awaiting on the report about the open mail that was given to me

*(continue on back if necessary)*

**Previous Action Taken** to Unit Manager Hawnalt it is the 3rd time that I bring up the issue of the legal mail opend.

*(continue on back if necessary)*

**Submitted to** Unit Manager Hawnalt

**Acted on by** Unit Manager Hawnalt | **Date**

**Action Taken and/or Response** refer to your request dated

6/10/02

*(continue on back if necessary)*

**Response to Inmate Date** 6/28/02

**Staff Member Signature**

C.C.: Unit Manager Hawnalt
Inmate: Luis Fernandez #279900

*Adel to*
*I/R #*

Unit Manager A. Hannah
NB1, 4, CHU
CHESHIRE C.I.



TO:  Major Jonathan Hall

DATE: July 12, 2002

RE: Inmate Fernandez, Luis #279900
*************************************************

This memo is in response to inmate Fernandez's complaint. I wrote an incident report regarding this incident that occurred on 6/19/02 and 6/20/02 (see incident report dated 6/21/02). On 6/19/02 I attempted to deliver inmate Fernandez his legal mail. Inmate Fernandez saw that the mail was dated for 6/18/02 and refused to sign and receive his mail. The mail was inadvertently sent to North 5/6 on 6/18/02 and Secretary Smith notified me on 6/19/02 and brought it to me. Inmate Fernandez stated "I'm not signing that." At that point I logged that inmate Fernandez refused to sign. Inmate Fernandez then demanded that I write him an incident report. I stated to inmate Fernandez that I don't have to write him an incident report. Inmates Fernandez then refused his legal mail, and went and secured in his cell. At the time Captain Alves was acting Major, and I did advise him, of the situation with inmate Fernandez. Capt. Alves advised me to mail the legal mail back to the court certified and return receipt due to the fact that inmate Fernandez refused to sign and receive his legal mail on 3 occasions.  On May 31, 2002 inmate Fernandez's mail was ripped on the corner and not opened. (see inmate request and response). I informed him it came in that condition and I would advise the mailroom to note the condition of the mail if it is damaged on the Legal receipt forms. Inmate Fernandez's legal mail was opened in front of him in his presence. There was no need for an incident report.

Respectfully Submitted,

Unit Manager, Amonda Hannah

CC: Acting Major Alves
    File

7/12/02

Luis Fernandez
I.D. # 279900
Cheshire C.I.
900 Highland Ave.
Cheshire, CT. 06410

(Carbon copy)

received
1/1/02

Warden MR Rodriguez
Cheshire D.O.C.

Dated: 6/19/6

RE: Luis Fernandez V. Unit Manager Hannah

<u>Notice</u>

I Luis Fernandez, #279900, pursuant to Inmate exercising all remedies and chain of commands, informs you of the holding on Legal mail, Abuse of process, denial of the Access to state and federal Courts, Action of due care for Absolutely no sense, and a denial of supplies and materials by the Unit Manager Hannah from North block 1.

I. <u>History of Cause</u>

On the 31 day of May, 2002 at Approx. 2:10 PM I was called out of my cell 118 At North Block for Legal mail and as I—

I was given two envelopes but one came with the date 6/18/02 which I did not sign for because on 6/18/02 I received legal mail and asked the Unit Manager Haworth "why wasn't this legal envelope given on 6/18/02?" she said" If it was not given to you on 6/18/02 well is being given to you now," and wrote on the 6/18/0 form that "I refused to sign" when she did not Answered my question and Acted of due came for Absolutely no sense indicating her denial as a D.oc. Officer and preventing that I have access to courts.

III. I was again called out of my cell 118 on 6/19/02 by C.O. Dinino who was controling the doors so I could go see the Unit Manager Haworth at here office, and as I asked permission to step in the Unit Manager Haworth office she replyed "Come in and sign the form", were she had already writen "I refused to sign" but I respectfully told her that "I would only sign if she reports on the form 6/18/02 that is being given to me on 6/19/02". She then said "I am not to tell her what to do, and when I sign then she will write that "It was given to me on 6/19/02". I repeated my self and said "if its not on paper what is to be reported I can not sign such form", and as witness of this act C.O.s Koutoulis and Dinin were next to my person close/near the door of-

heavy sanctions be levied upon Unit Manager Howard
for violating D.O.C. policys and all legal actions
deemed appropriate shall be immediately filed in regards
to this blatant disregard for written Dept. Policy
if I am not given proper assistance according
to A.D.M. Dir of D.O.C. and prisoners' Right.

## III    Legal Grounds

This Notice is filed pursuant to 215 F.2d
415, 418., D.O.C. A.D.M. Dir. 10.7, First Amen.
dment, Fourteeth Amendment and Civil Rights
as connecticut Constitution gaurantee prisoners
access to state and Federal Courts, also Conn.
Const. Art. 1, §10.

by: Respectfully submitts

Luis Fernandez
#279900

# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 1/8/02

**Inmate Name** Luis FernanDez

**Inmate no.** 279900

**Facility** Cheshire

**Housing unit** 8B105

**Date** 11-5-02

**Request** to be Assisted with a proper legal CAll to My paralegal At Haitford Appellate Coont the Number is: (860) 258-5807.

(continue on back if necessary)

**Previous Action Taken** On MonDay 4th 2002, november, At Approximately 9:40 am, Counselor MR. BARZAWoSKi Called me to his office to place the "CALL", but he did not understand that AN Appellate paralegal Attorney or Clerk works for the State and it objective in My CASE is to RecorD the proceedings. MR. next→

(continue on back if necessary)

**Submitted to** Unit Maugger / Capt MuNiz

**Acted on by** 

**Date** 11-5-02

**Action Taken and/or Response** AccorDing To Mayor Hull PRO SE DOES NOT EntiTLE YOU WITH PHONE Access TO THE Court, NoR is THERE ANY PARALEGAL PRivILEDGE ACCESS AT STATE'S EXPENSE. THE ADVICE is FoR YOu TO WRITE THE Court. THE Court's CLERK CAN CALL THE Court TO RELAY REQUEST.

(continue on back if necessary)

**Response to Inmate Date** 11/8/02

**Staff Member Signature** Captain A. Muniz

... Mr. Barezwoski; placed a collect call to the Appellate Court which was denied the acceptance of it. I am a pro-se litigant that has to file a Breif on or about Nov. 15, 2002. I need to call my paralegal for the Appellate court and request more time to file the Breif. I am Indigent and need Assistance eagenly which I uphold my Constitutional Right to be provided with an legal call pursuant Adm. Dir. 10.7 ; Thy need to be Response. Thank you ! please Keep Having a Great Day.

LUIS FERNANDEZ

C.C. Unit Manager
        Mr. Muñiz

file/ L. Fernandez

## EMERGENCY ACCESS REQUEST FORM

(please print following)

Name Luis FernanDez   I.D. 279900   DATE 11/15/02   LOC. SB105

Attach a copy of document that proves that you will suffer legal prejudice, i.e., injury or harm in court which cannot be corrected, if you do not get emergency access. Emergency access excludes anyone who can get a motion for an extension of time from the court. This form is invalid without an attached copy that is verifiable.

Court date: Nov. 12, 2002

Further Explanation: See Attached and proof my Pro-se statues and deadline to file Brief, which since Approx. Nov 4, 2002, I notified Counselor, and Unit Manager Capt who notified a Major, I need AN Immediate Response to the access in Request so I can follow the proceedures of the Assistant clerk-Appellate (others)

_____
Signature of Applicant

Approved_____
            Unit Manager              Date_____

Approval_____
            Michelle Foyt             Date_____

Period of Duration_____

# APPELLATE COURT

# STATE OF CONNECTICUT

AC 23097

STATE OF CONNECTICUT

      **v.**

ONE-THOUSAND NINE HUNDRED TEN DOLLARS

OCTOBER 10, 2002

## O R D E R

THE MOTION OF THE STATE OF CONNECTICUT, FILED JUNE 26, 2002 TO DISMISS THE DEFENDANT-APPELLANT'S APPEAL, HAVING BEEN PRESENTED TO THE COURT, IT IS HEREBY

**O R D E R E D**   DENIED. IT IS FURTHER ORDERED, SUA SPONTE, THAT THE APPEAL WILL BE DISMISSED UNLESS THE DEFENDANT FILES HIS BRIEF ON OR BEFORE NOVEMBER 12, 2002.

BY THE COURT,

*Cyprina M. Kworek*

ASSISTANT CLERK-APPELLATE

NOTICE SENT:   OCTOBER 11, 2002
OFFICE OF THE CHIEF STATE'S ATTORNEY
LUIS FERNANDEZ, PRO SE

1268/3406

er