S-105

**Special Request Form**
**Connecticut Department of Correction**

CCI
Facility

| Inmate No. 279900 | Date 11-18-02 |
|---|---|

Inmate Name FERNANDEZ, LUIS

**Payee Information**

Name

Street

City

State, Zip Code

Reason POSTAGE ON MANILLA ENVELOPE

Amount $ 2.21      —LEGAL MAIL—

Inmate Signature
(in presence of staff)

Staff Signature:
Date: 11-18-02

Approval: 

Supervisor

RECEIVED
NOV 20 2002
INMATE TRUST FUND

Warden/Designee

APPROVAL STAMP:

**INSUFFICIENT FUNDS**

Original: Inmate Trust Fund
Pink: Inmate
Yellow: Facility Staff

# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 1/8/02

Inmate Name: Luis Fernandez

Inmate no.: 279900

Facility: Chestime

Housing unit: SB105

Date: 12/2/02

Request: to be Assisted with Notary, A Care package, losA soaps And 2 manila envelopes.

*(continue on back if necessary)*

Previous Action Taken: 1) Since nov. 25, 2002 I have been waiting for A Care package And losA soaps to your person on the 26, nov. 2002, 2) Notary was requested Also since 26, nov. 2002 were even this was only suppose to be given Assistance on wednesday 3) Counselor Brozorcwski does not have manila envelopes And in these legal documents →

*(continue on back if necessary)*

Submitted to: Unit Manager Capt Muniz

Acted on by:

Date: 12/2/02

Action Taken and/or Response: REQUEST HONORED ON 12/4/02

Capt Muniz

*(continue on back if necessary)*

Response to Inmate Date:

Staff Member Signature:

C.C. U.M. Capt Muniz
Inmate: Luis Fernandez #279900

# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 1/8/02

**Inmate Name** Luis Fernandez

**Inmate no.** 279900

**Facility** Cheshire

**Housing unit** SB105

**Date** 12/8/02

**Request** to be assisted with 2 photocopies of 5 pages documents for court plus the other Already requested since the past week.

(continue on back if necessary)

**Previous Action Taken** On 12/4/02, it was informed by your person U.M. Capt. Muniz that Ms. Hall had/has in her possession the request for the 2 photocopies of 52 pages documents which need to be sent to the courts. Ms. Hall was not available for 2 days and the day she was on an 12/4/02 other inmates were provided copy's in It

(continue on back if necessary)

**Submitted to** U.M. Capt Muniz

**Acted on by**

**Date** 12/8/02

**Action Taken and/or Response** Done

(continue on back if necessary)

**Response to Inmate Date**

**Staff Member Signature** Capt Muniz

SRF 204717

SB 105

**Special Request Form**
**Connecticut Department of Correction**

| Inmate No. 279900 | Date 12-25-02 |
|---|---|

Inmate Name FERNANDEZ, LUIS

Payee Information

# INSUFFICIENT FUNDS

Name
Street
City
State, Zip Code

Reason POSTAGE ON MANILLA ENVELOPE

Amount $ 3.95

Inmate Signature
(in presence of counselor)

Counselor Signature:                    c/c

Date: 12-23-02

Approvals:

Counselor Supervisor

| | Business Office Use Only: | | |
|---|---|---|---|
| | Number | Amount | Date |
| Check | | | |

Warden/Dep. Warden

Business Office Staff Releasing Funds
Date

APPROVAL STAMP:   APPROVED

Original: I/M Accts.
Pink: Inmate
Yellow: Counselor



# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 1/8/02

**Inmate Name** Luis Fernandez

**Inmate no.** 279900

**Facility** Chestire

**Housing unit** SB105

**Date** 12/29/02

**Request** to be Assisted with 2 manila envelopes, Care package and Cost soaps; T-chirt and Boxers are Also some of the Items needed Thank you...

*(continue on back if necessary)*

**Previous Action Taken** with your person Caplan Muniz an on About Dec 20, 2002, I were in response. I was told that the 2 manila envelopes will be provided And in case to write Another request indicating Any other Item since this writer continues to be Indigent

*(continue on back if necessary)*

**Submitted to** Capt. Muniz

**Acted on by**

**Date** 12/29/02

**Action Taken and/or Response** ITEMS PROVIDED.

*(continue on back if necessary)*

**Response to Inmate Date** 12/31/02

**Staff Member Signature** Capt. Muniz

Capt. Muniz

Inmate Luis Fernandez 279900

# Memorandum

To: ~~Inmate Bartholomew #279000~~

CC:        Major Farrell

From:    Counselor Halleran

Date:     08/16/02

Re:        Envelopes

---

I am in receipt of your letter to Major Farrell and am responding to same. Counseling Supervisor Bartholomew as well as myself, are correct in our communication to you with regard to envelopes. As previously discussed with you when you were housed in North Block 1, indigency is calculated through a computer program at inmate accounts — and, as you can see from the attached summary sheet of your account from July, you were not determined to be indigent on the particular day that this report was run. As this status may fluctuate on your account based upon monies received by you, you may then become indigent according to the proper time frame calculated by the software program utilized by DOC staff. This counselor issued three (3) manilla envelopes for legal purposes to you on 7-2-02 and two (2) envelopes for social purposes (as you requested in my office) on 7/9/02. These were given to you at that time as your account was deemed to be indigent. As you are well aware, each time you entered my office during an open door session, your account balance was checked by me, to verify indigency.

I trust this clarifies the issue for you.

**• [DISPLAY TRUST ACCOUNTS]**

| CHE114 | CONNECTICUT DEPARTMENT OF CORRECTION | Date: | 07.24.2002 | v |

| FERNANDEZ | LUIS | | 07/22/1976 | |
| 2 | 125-G; : | | ACTIVE-IN | |

| | 83.66 | 83.66 | | 7 |

| 2101 | REG | SPENDABLE | .16 | 05/20/2002 | 25 |
| 2102 | SAV | SAVINGS | .00 | | |
| 2103 | BONDS | BONDS | .00 | | |
| 2104 | PLRA | PLRA | 83.50 | | |

not indigent
as of
7-24-02



our Copy

# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 1/8/02

**Inmate Name** Luis Fernandez

**Inmate no.** 239900

**Facility** CHeshire

**Housing unit** NB118

**Date** 7-18-02

**Request** Person officials to provide adequate Assistance
Accessing 5 legal envelopes, pen and typing paper so
I could have the opportunity to present claimed violations
of fundamental Constitutional Rights to the access to state
and federal courts guarantee by U.S. Constitutional and
Connecticut Constitution.

(continue on back if necessary)

**Previous Action Taken** to Counselor Halloran who neglected and
stated that I am not indigent but also that you ordered
her not to provide Assistance and the failure to provide
adequate legal envelopes hinders my effort to pursue my
pro se appeal legal claim you Counselor Supervisor
Bartholomew will be held responsible and Counselor
Halloran who is neglected to Assist and comply with
U.S.C. and Conn. Cons. (continue on back if necessary) titution laws.

**Submitted to** Counselor Supervisor Bartholomew

**Acted on by** Date 7-18-02

**Action Taken and/or Response**

Your counselor is correct - you do not
meet the indigency requirement in
A.D. 6.10. free envelopes may be distributed
in accordance to AD 10.7. (See attached) - you
may write to Warden Rodriguez (as y stated
in AD 10.7) to request xx envelopes

(continue on back if necessary)

**Response to Inmate Date** 07-24-02

**Staff Member Signature**

C.C.: Luis Fernandez #239900

## Administrative Directive 10.7 - Section 4

D.    **Cost of Correspondence.** Each inmate shall pay personal mailing expenses, except an indigent inmate. An indigent inmate, as defined in Administrative Directive 6.10, Inmate Property, shall be permitted two (2) free social letters each week, and five (5) letters per month addressed to the court or attorneys, including any request for speedy trial under Sections 54-82c and 54-186 of the Connecticut General Statutes. Additional free correspondence to courts and attorneys may be authorized by the Unit Administrator based upon the reasonable needs of the inmate.

## Administrative Directive 6.10 - Section 3

C.    **Indigent Inmate.** An inmate who has less than five dollars ($5.00) on account at admission or whose account has not exceeded five dollars ($5.00) for the previous 90 days.

Copy

# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 1/8/02

| Inmate Name | | Inmate no. |
|---|---|---|
| Luis Fernandez | | 279900 |

| Facility | Housing unit | Date |
|---|---|---|
| Cheshire | NB118 | 7-18-02 |

**Request** Prison officials to provide adequate assistance accessing 5 legal envelopes, pen and typing paper so I could have the opportunity to present claimed violations of fundamental Constitutional Rights to the access to state and federal courts guarantee by U.S. Constitutional and Connecticut Constitution.

*(continue on back if necessary)*

**Previous Action Taken**  to Counselor Halloran who neglected and stated that I am not indigent but also that you ordered her not to provide assistance and the failure to provide adequate legal envelopes hinders my effort to pursue my pro se appeal legal claim you Counselor Supervisor Bartholomew will be held responsible and counselor Halloran who's neglected to assist and comply with U.S.C and Conn. Cons. *(continue on back if necessary)* titution laws.

**Submitted to** Counselor Supervisor Bartholomew

| Acted on by | Date 7-18-02 |
|---|---|

**Action Taken and/or Response**

Your counselor is correct - you do not meet the indigency requirement in A.D. 6.10. Free Envelopes may be distributed in accordance to AD10.7. (See attached) - you may write to Warden Rodriguez (as is stated in AD10.7) to request the envelopes

*(continue on back if necessary)*

| Response to Inmate Date | 07-24-02 |
|---|---|

| Staff Member Signature | |
|---|---|

C.C.: Luis Fernandez #279900

## Administrative Directive 10.7 - Section 4

D.     <u>Cost of Correspondence</u>.  Each inmate shall pay personal
mailing expenses, except an indigent inmate.  An indigent
inmate, as defined in Administrative Directive 6.10, Inmate
Property, shall be permitted two (2) free social letters
each week, and five (5) letters per month addressed to the
court or attorneys, including any request for speedy trial
under Sections 54-82c and 54-186 of the Connecticut General
Statutes.  Additional free correspondence to courts and
attorneys may be authorized by the Unit Administrator based
upon the reasonable needs of the inmate.

## Administrative Directive 6.10 - Section 3

C.     <u>Indigent Inmate</u>.  An inmate who has less than five dollars
($5.00) on account at admission or whose account has not
exceeded five dollars ($5.00) for the previous 90 days.

# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 1/8/02

**Inmate Name**
Luis Fernandez

**Facility**
Cheshire

**Inmate no.**
279900

**Housing unit**
S.B 105

**Date**
11/13/02

**Request**
All means Necessary to be given the require Assistance in use of the or typewriter At this present time, Also A response toward Indigent Statute use of the requested Photocopies under ADMi.DiR 6.10 pursuant to 3.10 sec (8)(c) waving fees, see policy ADMi.DiR 3.10 apply/stands.

*(continue on back if necessary)*

**Previous Action Taken**
On Approx Nov. 4, 2002 A request was filed and placed for typewriter use, NO legal call was permitted to the Court clerk or paralegal which the Attorney General is consent that shall Assist My person in documents or Motion filed At Court and According to Major Hall "the Advice is to write the Court" quoting Unit Manager Capt. A. Muniz →

*(continue on back if necessary)*

**Submitted to**
Warden Rodriguez

**Date** 11/13/02

**Acted on by**

**Action Taken and/or Response** — The Typewriter for SB1 was Broken. Counselor Brzozowski Requested A New one and received it on 11/27/02. The Typewriter is issued on 1st Come 1st Served Process. It must be Requested in writing and The Inmate Requesting the Typewriter is Placed on A List By which the Typewriter is signed out in the Order of the Request Received.

*(continue on back if necessary)*

**Response to Inmate Date**

**Staff Member Signature**

guarantee prisoners access to state and federal court.
Prison officials MUST assist inmates in the preparation &
filing of meaningful legal papers by providing prisoners with
adequate assistance. even in some cases, they MUST
provide inmates with the help of a lawyer. This denial
of adequate assistance by preventing my person to
communicate with the paralegal provided to assist in
my case for meeting a filing deadline is in fact very
prejudice when such denial was not the product of
prison regulations reasonably related to legitimate penological
interest. At this very moment my person is willing
to sacrifice the 1 hour recreation for adequate access
to the library for the use of a typewriter because
the proceeding of Appeals Court is that all motions be
typewriter following Connecticut Practice Book § 63 (other).
By law I cannot be retaliated against for exercising
my right of access to the courts.

Therefore an Immediate response is requested taking
in to the matter that the filing deadline past.

This request is sworn to the best of my ability.

C.C.: Unit Manager Cpt. Muniz
      Major Hall
      Warden Rodriguez

C/c: Luis Fernandez
      279900

by: Respectfully Submitted,
    Luis Fernandez

Date: Nov. 13, 2002

# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

CN 9601/1
Rev. 10/07/02

Inmate Name **Luis Fernandez**

Facility **Cheshir C.I.**    Housing unit **NB345**    Inmate no. **279900**    Date **7/13/03**

☐ Line grievance    ☒ Line emergency    ☐ Health grievance    ☐ Health emergency

1. Informal resolution. Attach a copy of Inmate Request Form (CN 9602) containing the apprppriate staff member's response, or indicate why the form is not attached. Attach is Inmate Request Response from C.T.O. Counselor James And unit Manager Hanna has not given or provided any Meaningful Action when A deadline was presented.

2. Nature of grievance. Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8½ by 11 inch sheet of paper and attach it to this form.) Nature to meet a court Order deadline dated 14, July, 2003. This inmate is pro se at the U.S.D.C. presiding Judge C. G. who order seven copies of the document by July 14, 2003. Unit Manager Hanna has Already been notified and Counselor Jerry who C.O. Scully can witness. This Inmate has A chance on meeting the deadline but it all depends on Adequate Assistance pursuant 8 18-81 C.G.S by D.o.c

3. Action requested. Describe what action you want taken to remedy the grievance. to be Assisted with the photocopies needed without prejudice or retaliation. And mailing the document certify mail pursuant 7.00 Adm. Dir.

Inmate signature ___

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

## FOR OFFICIAL USE ONLY – LEVEL 1 REVIEW

IGP no. **125·04·014**    T no.

Date received **7/16/03**    Disposition **Compromise**    Date of disposition **7/24/03**

Grievance issue **Copies**

Reasons **Your grievance is disposed as a compromise. You were given the opportunity to make copies on 7-16-03.**

Level 1 reviewer _James Egan O Warden_

C.C.

Inmate: Luis Fernandez #279900

# Inmate Grievance Form, Level 1
## Connecticut Department of Correction

CN 9601A
7-1-98

| Inmate name | Luis Fernandez | Inmate no. | 279900 |

| Facility | Cheshire C.I. | Housing unit | NB 4501 | Date | 8/3/03 |

☐ Line grievance   ☒ Line emergency   ☐ Health grievance   ☐ Health emergency

**1. Informal resolution.** Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached. Attached is the appropriate Inmate request form (CN 9602) date 7/29/03 response 8/1/03 by Captain/Unit Manager Craig R. Holmes

**2. Nature of grievance.** Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8-1/2-by-11-inch sheet of paper and attach it to this form.) The need for prompt disposition because decision is possible pursuant 9.6 D.O.C. Adm. Dir. to Adhere policies or regulations under state A.D. regulations 18-81-28 through 18-81-38 and 18-81-51 provided to guide the use of mail "privileged Correspondence" reference: Inmate Communication D.O.C. A.D. 10.7. This writer for Approx. 110 days continues to have in the spendable →

**3. Action requested.** Describe what action you want taken to remedy the grievance. to provide this writer with 2 social envelopes and five legal envelopes to address the Court or attorneys. Action should be noted of the mistreatment in adequate Assistance deprivation against this writer for exercising the Right to access the Courts.

| Inmate signature | ~~signature~~ |

**You may appeal this decision within 5 days. Use Inmate Grievance Form B.**

## FOR OFFICIAL USE ONLY. LEVEL 1 REVIEW

| IGP no. 125-OA-025 | T no. |

| Date received 8/11/03 | Disposition Compromised | Date of disposition 8/13/03 |

| Grievance issue Mail (Envelopes) |

Reasons Your Grievance Has Been Compromised. You Do meet inogent Standards, and will be provided 2 social Correspodences a week, and 5 legal Envelopes a month. This is in Accordance with A.D. 10.7.

| Level-1 reviewer | James ~~signature~~ Warden |

C.C. Luis Fernandez # 279900



# State of Connecticut
## Department of Correction

### Inmate Grievance Procedure

### Investigation Notes

| ✓ | Action Taken | Notes |
|---|---|---|
| ✓ | Reieved | |
| | Emailed | Counselor Clerk to Provide log of Receipt of Envelopes |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Interviewed Staff Member: | (Name: ) |
| | Consulted Warden/Unit Administrator | |
| | Obtained Incident Report | |
| | Reviewed Master File | |
| | Gave inmate a claim form | |
| | Inspected area in question: | |
| | | |
| | Checked Rt 60 | |
| | Checked Rt 55 | |
| | [illegible] info./ [illegible] from: | (Name: ) |
| | | |

125-04-025

Fernandez, Luis #279900

# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

CN 9601
Rev. 1/8/0...

Inmate Name **Luis Fernandez**

Facility **Cheshire C. I.**    Housing unit **SB 631**    Inmate no. **279900**    Date **9/7/03**

☐ Line grievance    ☒ Line emergency    ☐ Health grievance    ☐ Health emergency

**1.    Informal resolution.** Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached. The copy of Inmate request form (CN 9602) is Attached herein showing counselor Gallick incapable of complying with regulations and policies).

**2.    Nature of grievance.** Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8 ½ by 11 inch sheet of paper and attach it to this form.) The events which led this writer to file this Emergency Grievance is do to "the reckless obstruction by counselor Gallick of Meaningful Assistance to give no opportunity in providing paper and pencils) to draft legal documents and Access the Courts when An inmate who cannot Afford to do so must be provided. ON 9/3/0 this writer submitted the request form (CN 9602) Attached herein for legal Envelopes providing Address & Requiring writing Materials and supplies. →

**3.    Action requested.** Describe what action you want taken to remedy the grievance. Action Requested, to be provided with 301 sheets of writing paper and pencil, and special request D.O.C. Receipt form for photocopies. This Emergency Grievance should not be use 'in form of retaliations' Against this writer for exercising his right of Access to the Courts.

Inmate signature

You may appeal this decision within 5 days.  Use Inmate Grievance Form B.

### FOR OFFICIAL USE ONLY – LEVEL 1 REVIEW

IGP no. **125-04-069**    T no.

Date received **9/8/03**    Disposition **Compromise**    Date of disposition **9/18/03**

Grievance issue **legal access**

Reasons **Your Grievance is a Compromise. You will be provided Pencils and paper for your legal work. The issue of photo Copies has been addressed in IGP# 125-04-070**

Level 1 reviewer **James E. Dzurenda, Warden**

C.C.

Inmate: Luis Fernandez #277900

I inmate Luis, Fernandez #279900 have been provided the listed items.

1. 2 pencils

2. 1 white pad 8 ½ x 11

Print _Luis Fernandez_                Date _9/17/03_

Siganture _____                Date _9/17/03_

Witness _CTO DeFelice_                Date _9/17/03_

# State of Connecticut
## Department of Correction

**Inmate Grievance Procedure**

**Investigation Notes**

| ! | Action Taken | Notes |
|---|---|---|
| ✓ | RECEIVED | Informed inmate they will be handled |
| | | as two grievances |
| ✓ | Compromised | and PROVIDED Supplies |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Interviewed Staff Member: | (Name:                    ) |
| | Consulted Warden/Unit Administrator | |
| | Obtained Incident Report | |
| | Reviewed Master File | |
| | Gave inmate a claim form | |
| | Inspected area in question: | |
| | | |
| | Checked Rt 60 | |
| | Checked Rt 65 | |
| | Other Info/ Action Taken: | (Name:                    ) |

FERNANDEZ, Luis #279900

12S-04-069



# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

CN 960
Rev. 10/0?

**Inmate Name** Luis Fernandez

**Facility** Cheshire C.I.

☐ Line grievance   ☒ Line emergency

**Housing unit** S.B. 631 ~~...~~

☐ Health grievance   ☐ Health emergency

**Inmate no.** 279900

**Date** 9/4/03

1. **Informal resolution. Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached.** The Request form submitted to counselor Garlick, unit manager (Cpt. Knight or the Warden, has not provided a response when this writer present a deadline to submit a copy of legal documents to the courts on by sept. 2003.

2. **Nature of grievance. Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8 ½ by 11 inch sheet of paper and attach it to this form.)** The event which led me to file this Emergency Grievance is the need of meaningful assistance in copy Approx. 68 pages) document (only one copy to comply with the courts order and mailing to meet sept. 8, 2003 deadline. If no meaningful assistance is provided this writer case would result in Dismissal and the impairment of A litigating capacity is perfectly constitutional consequences of hindering efforts to pursue a legal claim were the denial of access to courts.

3. **Action requested. Describe what action you want taken to remedy the grievance.** To provide meaningful assistance with the one copy of 68 pages document so that this writer could pursue his legal claim.

**Inmate signature** _[signature]_

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

---

**FOR OFFICIAL USE ONLY – LEVEL 1 REVIEW**

**IGP no.** 125-04-070

**Date received** 9/8/03

**T no.**

**Grievance issue** Copies.

**Disposition** Compromise.

**Date of disposition** 9/18/03

**Reasons** You Grievance is a Compromise. The Counselor has provided You with proof that you are indigent. The Resource Center will provide inmates copies of up to 50 pages for indigent inmates. Over 50 pages requires a Majors approval.

**Level 1 reviewer** _[signature]_ James E. ~~...~~ Warden

CC.

Inmate: Luis Fernandez #279900



# State of Connecticut
## Department of Correction

### Inmate Grievance Procedure

### Investigation Notes

| | Action Taken | Notes |
|---|---|---|
| ✓ | Received | Informed inmate THEY Would be handled as lwr GRIEVANCES |
| ✓ | Talked | With Ms. Quirn RE: Copies |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Interviewed Staff Member: | (Name: _____) |
| | Consulted Warden/Unit Administrator | |
| | Obtained Incident Report | |
| | Reviewed Master File | |
| | Gave inmate a claim form | |
| | Inspected area in question: | |
| | | |
| | Checked Rt 60 | |
| | Checked Rt 55 | |
| | Contact Info/ Action taken | (Name: _____) |

125-04-070

FERNANDEZ, Luis # 279900

# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

CN 9601
Rev. 1/8/0

Inmate Name **Luis Fernandez**

Facility **Cheshire C.I.**    Housing unit **SB631**    Inmate no. **279900**

☒ Line grievance    ☐ Line emergency    ☐ Health grievance    ☐ Health emergency    Date **9/12/03**

1. Informal resolution. Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached. The Request four are herein Attached were the staff fails to comply with Rules and regulation.

2. Nature of grievance. Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8 ½ by 11 inch sheet of paper and attach it to this form.) The Unecessary violation of my First Amendment Right to Communicate with the outside (public) when As An Indigent Inmate, defined in Adm. Dir. 6.10 ,Am permitted two (2) free social letter's each week And Counselor Gallock igrance to provide me with the 2 social envelopes requested on dates 9/7/03 And 9/8/03 herein Attach violates Adm. →

3. Action requested. Describe what action you want taken to remedy the grievance. To please Have Counselor Gallock removed from south Block Unit do to has lack of competency to Counselor And intentional retaliation Makes this Hazardos And Frustrating for this writer who is not A threat to the safety or security of the D.O.C.

Inmate signature [signature]

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

## FOR OFFICIAL USE ONLY – LEVEL 1 REVIEW

IGP no. **125-04-085**    T no.

Date received **9/19/03**    Disposition **Compromise**

Grievance issue **Mail (Envelopes)**    Date of disposition **10/7/03**

Reasons Are Documentation reveals that you have Been provided Envelopes on a regular Basis. The incident you cite was an Oversight. Staff has acted in a professional manner and will continue.. We will provide envelopes in accordance with A.D. 10.7.

Level 1 reviewer [signature] James E. _____ Warden

C.C

Inmate: Luis Fernandez #279900

# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

CN 9601 A
Rev. 1/8/02

Inmate Name  Luis Fernandez

Facility  Cheshire

Inmate no. 279900

Housing unit  SB107

Date  4/24/03

☒ Line grievance    ☐ Line emergency    ☐ Health grievance    ☐ Health emergency

1. Informal resolution. Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached. Attach are the Inmate request forms copied submitted to the Appropriate staff members and C. copyed response from Act/Warden Major Hall Approval on 4/17/03

2. Nature of grievance. Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8 ½ by 11 inch sheet of paper and attach it to this form.) Nature of the Grievance is do to the Intentional obstruction of Access to the Courts when Assistance for photocopies have been Approved by Act/Warden Major Hall see Attach. Since the order of Approval for Assistance in the photocopies this writer had only been Called to the Library on 4/22/03. Where this date 4/22/03 -

3. Action requested. Describe what action you want taken to remedy the grievance. to Cure Librarian Candice Hall Abusive behavior by upholding disciplinary charges under ADM. Dir. 2.17 and 2.6 for disobeying A superior Staff Approval, and enforcing of discrimination and reprisal policys.

Inmate signature

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

## FOR OFFICIAL USE ONLY – LEVEL 1 REVIEW

GP no.  125.03.248

T no.

Date received  5/1/03

Disposition  Denied

Date of disposition  5/15/03

Grievance issue  Legal Access

Reasons  Your grievance is denied. The documentation you submitted with your grievance confirms neither an informal resolution attempt nor the alleged approval of copies. You are advised to write to Librarian Hall.

1 reviewer  James Cregori    Warden

Date: Luis Fernandez #279900



# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

CN 9601 A
Rev. 1/8/02

| Inmate Name | Luis FernanDez | | | Inmate no. 279900 |
|---|---|---|---|---|

| Facility | Cheshire | Housing unit SB 105 | Date 11/17/02 |
|---|---|---|---|

☐ Line grievance  ☒ Line emergency  ☐ Health grievance  ☐ Health emergency

1. **Informal resolution.** Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached.

Resolution Requested has not been responced or answered. the informal when immediate Resolution is requested do to time ups and denial of Acces to the courts.

2. **Nature of grievance.** Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8 ½ by 11 inch sheet of paper and attach it to this form.) On Approx. nov. 4, 2002 A Request was filed and placed for typewriter use, no legal call was permitted to Request Extension of time to the courts nd file brief. This denial was base According to major Hall and quoting Unit manager Capt Muñiz where A Request was submitted to warden Rodriguez for Immediate Response this Also has not been answered. An Emergency Access has being filed since 11/15/02 with proof of deadline to file brief.

3. **Action requested.** Describe what action you want taken to remedy the grievance. to be provided with An Immediate Access to the Library for the use of typewriter so I can prepare the proper documents to file At court before is to late! Remedy: the use of typewriter And available time to conclude the documents for court before the case is Dismiss.

Inmate signature _[signature]_

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

### FOR OFFICIAL USE ONLY – LEVEL 1 REVIEW

| IGP no. 125-2003-140 | T no. |
|---|---|

| Date received 11-20-2002 | Disposition REJECTED | Date of disposition |
|---|---|---|

Grievance issue INMATE IS REQUESTING EMERGENCY ACCESS TO THE RESOURCE CENTER

Reasons YOUR GRIEVANCE IS REJECTED PER ADMINISTRATIVE DIRECTIVE 9.6, INMATE GRIEVANCES SECTION 3. YOU REQUEST FOR EMERGENCY ACCESS TO THE RESOURCE CENTER IS DATED NOVEMBER 15, 2002. THE COPY OF THE ORDER YOU ATTACHED STIPULATED THAT UNLESS THE BRIEF WAS FILED ON OR BEFORE NOVEMBER 12, 2002 THAT THE APPEAL WOULD BE DISMISSED. ON THE DATE THAT YOU FILED YOUR EMERGENCY GRIEVANCE (11-18-02), THERE WAS NO NEED FOR A PROMPT DISPOSITION BECAUSE THE TIME HAD LAPSED WHEN MEANINGFUL ACTION OR DECISION WAS POSSIBLE. THE DEADLINE HAD GONE PAST. IT IS WORTHY TO NOTE THAT THE NOTICE WAS SENT TO YOU ON OCTOBER 11, 2002. IT APPEARS THAT YOU WERE PROVIDED WITH SUFFICIENT TIME TO FULFILL YOUR LEGAL OBLIGATIONS WITHIN THE PRESCRIBED TIME FRAMES.

| Level 1 reviewer _[signature]_ Daniel A. Warden | NOV 2 2 2002 |
|---|---|

C.C. Grievance Coordinator Ahmed

Luis FernanDez #279900

# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 1/8/02

**Inmate Name** Luis Fernandez

**Inmate no.** 279900

**Facility** Cheshire

**Housing unit** SB105

**Date** 11/19/02

**Request** to be inform of the Emergency Grievance And to be provided with class A or 1 Grievance Forms, Thank you, please response.

*(continue on back if necessary)*

**Previous Action Taken** An Emergency Grievance was hand delivered to the C.O. Negron on 11/18/02 At Approx 9:15m and submitted such with his superiors and the time to response laps which An Incident Report for not complying with 9.6 Emergency Grievance is to be reported and given this written a copy of such.

*(continue on back if necessary)*

**Submitted to** Grievance Coordinator Ahmed

**Acted on by**

**Date** 11/19/02

**Action Taken and/or Response**

*(continue on back if necessary)*

**Response to Inmate Date**

**Staff Member Signature**