

# State of Connecticut
## Department of Correction

### Inmate Grievance Procedure

### Investigation Notes

| Date | ✓ | Action Taken | Notes |
|------|---|--------------|-------|
| 11-20-02 | ✓ | | Received Line Emergency Grievance submitted by Inmate Fernandez Luis #279900 Dated Nov. 17, 2002. Met with Inmate Fernandez in South Block 1 on 11-20-2002. Inmate Fernandez submitted his grievance to Correction Officer Negron on Nov. 18, 2002. Per Unit Log Entry the Emergency Grievance was given to Lt. All Vade. |
| | | | Inmate Fernandez states that he requested to make a legal |
| | | Interviewed Staff Member: (Name: | call to the Attorney General |
| | | Consulted Warden/Unit Administrator | and was told by his Unit |
| | | Obtained Incident Report | Manager Captain Muniz that |
| | | Reviewed Master File | he had to write the Attorney |
| | | Gave inmate a claim form | General. |
| | | Inspected area in question: | Captain Muniz not at the |
| | | | facility to substantiate an |
| | | Checked Rt 60 | Emergency Access having been |
| | | Checked Rt 55 | filed with proof of deadline |
| | | Reviewed Info./ Action from: (Name: | to file this. |
| | | Forwarded to Inmate | This writer met with Librarian |



# State of Connecticut
## Department of Correction

### Inmate Grievance Procedure

### Investigation Notes

| Date | ✓ | Action Taken | Notes |
|------|---|--------------|-------|
| | | | Hall and Ms. Hall had no paperwork on file from 11/5/02. Inmate Fernandez informed that until I located the paperwork with proof of deadline to file this brief that I could not provide a meaningful response to his grievance issue. Met with CTO Booker as Inmate Fernandez had stated that CTO Booker was present when he |
| | | Interviewed Staff Member: Consulted Warden/Unit Administrator: | (Name: submitted his request for Emergency Access to the Resource |
| | | Obtained Incident Reprot Reviewed Master File | Center to Unit Manager Captain Muniz. Per CTO Booker Captain |
| | | Gave inmate a claim form Inspected area in question: | Muniz, has not reported for work since November 13 2002 and she |
| | | Checked Rt 60 | retrieved Inmate Fernandez's paperwork from a locked collection |
| | | Checked Rt 55 | Box. Recommend the grievance |
| | | Reviewed info./ Action from: Response sent to inmate | (Name: be Rejected & The issue is moot as the deadline is past |

SEC. 67-1

RULES OF APPELLATE PROCEDURE

# CHAPTER 67

## BRIEFS

Sec.
67-1. Brief and Appendix
67-2. Format; Copies
67-3. Page Limitations; Time for Filing Briefs
67-4. Citation of Unpublished Decisions
67-5. Citation of Supplemental Authorities after Brief
67-6. The Appellant's Brief; Contents and Organization
67-7. The Appellee's Brief; Contents and Organization
67-8. Reply Brief
67-9. Amicus Curiae Brief
67-10. Stay of Briefing Obligations Upon Filing of Certain
67-11. Motions After Appeal Is Taken
67-12.

For previous Histories and Commentaries see the Index of Titles of this Practice Book corresponding to the years of the previous amendments.

## Sec. 67-1. Brief and Appendix

In any brief or appendix, the plaintiff and defendant shall be referred to as such rather than as appellant and appellee, wherever it is possible to do so in such manner that the plaintiff below shall

the agency material to the issues on the appeal. The appellant shall, however, consult any of the parties and appellee, shall be such portions contained in the supplement in the record and briefs.

(P.B. 1978-1997, Sec. 4064.)

Each brief shall contain a concise statement of the principal issue or issues involved in the appeal. The statement ordinarily should not exceed one page in length and should be on a page by itself. The court may refuse to receive a brief not in compliance with this requirement.

The following is an example of a statement of issues in the brief, and in the appendix thereto may, however, relate to the issues on the appeal, although the court is not required to...

## Sec. 67-2. Format; Copies

Original briefs and appendices shall be typewritten or clearly photocopied from a typewritten original on white 8½ by 11 inch paper. Unless ordered otherwise, the brief shall be copied on one side of the paper only. The text of the brief shall be double spaced; footnotes and block quotations may be single spaced. Only the following papers shall be separately bound.

RULES OF APPELLATE PROCEDURE

Sec. 67-3

attached to the original decision only that a copy thereof has been sent to each counsel of record and to any trial judge who rendered a decision which is the subject matter of the appeal. In compliance with Section 62-7. If the appeal is in the judgment of the original and fifteen legible photocopies of the brief and appendix shall be filed with the appellate clerk.

## Sec. 67-3. Page Limitations; Time for Filing Briefs

Except as otherwise ordered, the brief of the appellant shall not exceed thirty-five pages and shall be filed within forty-five days after the delivery date of the transcript ordered by the appellant. In cases where no transcript is required or in cases in which the appellant prior to the filing deadline certifies to the appellate clerk shall be filed within forty-five days of the filing of the appeal.

Any party whose interest in the judgment is not to be affected by the appeal and who intends not to file a brief shall inform the appellate clerk of this fact on or before the deadline for the filing appellee's brief is filed, an appellee's brief in the case of multiple appellant shall meet the appellant's time schedule for filing a brief.

Except as otherwise ordered, the brief of the appellee shall not exceed thirty-five pages, and shall be filed within forty-five days after the delivery date of the transcript ordered only by that appellee, whichever is later.

Where there is a cross appeal, the brief of the cross appellant shall be combined with the brief of the appellee, and this brief shall not exceed fifty pages, and shall be filed at the time the appellee's brief is due. The brief of the cross appellee shall be combined with the appellee's reply brief, if any, and this brief shall not exceed forty pages and shall be filed within thirty days after the filing of the cross appellant's brief. The cross appellant may within twenty days after the filing of the cross



# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 1/8/02

**Inmate Name** Luis FernanDez

**Facility** CHeshire

**Inmate no.** 279900

**Housing unit** SB105

**Date** 11-5-02

**Request** to be Assisted with A proper legal CAll to My parALegal At HantforD Appellate Court the Number is: (860) 258-5807.

(continue on back if necessary)

**Previous Action Taken** On MonDay 4th 2002, November, At Approximately 9:40 im, Counselor MR. BArzAwoski, called me to his office to place the "call", but he did not understand that An Appellate parALegal Attorney or clerk works for the State and it objective in My CASE is to RecorD the Proceedings. MR. →next

(continue on back if necessary)

**Submitted to** Unit MAnAger /Capt Muñiz

**Acted on by**

**Date** 11-5-02

**Action Taken and/or Response** AccordiNg to MAjor HAll pro se DOES NOT ENTITLE you with phoNe Access to the Court, NoR is theRe ANy pARALegal priviLedge Access At StAte's ExpeNse. THe ADVICE is FoR you To WRite THe Court. THe Court's clerk cun cAll THe Court To RelAy Request.

(continue on back if necessary)

**Response to Inmate Date** 11/8/02

**Staff Member Signature** Captain A. Muñiz

# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 1/8/02

Inmate Name: Luis FernanDez

Inmate no.: 279900

Facility: Cheshire

Housing unit: SBl05

Date: 4/8/02

Request: to be Assisted with the Access necessary for typewriter use since A deadline to file brief on Approx Nov. 12, 2002 and legal call was denied

(continue on back if necessary)

Previous Action Taken: On Nov. 4, 2002, A legal call was placed to the Attorney General or paralegal following My case but it was not Accepted since it was collect call place by Counselor Brzozowski at Approx 9:40 Am, this writer then following the Chain of comm. notificated in writing Inmate Request Unit Manager/Capt Muniz on Nov. 5, 2002 About the deadline and need to contract the appellate panel→

(continue on back if necessary)

Submitted to: Grievance Coordinator Abmel

Date: 4/8/02

Acted on by:

Action Taken and/or Response:

(continue on back if necessary)

Response to Inmate Date:

Staff Member Signature:

# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 1/8/02

**Inmate Name** Luis Fernandez

**Inmate no.** 279900

**Facility** C Hestore

**Housing unit** SB 105

**Date** 11/13/02

**Request** All Means Necessary to be given the Require Assistance in use of the or typewriter At this present time, Also A Response toward Indigent statute use of the requested photocopies under ADm 6.10 pursuant to 3.10 sec. (8)(C) waiving fees, see Policy ADm. Dir 3.10 apply / stands.

*(continue on back if necessary)*

**Previous Action Taken** On Approx. Nov. 4, 2002 A request was filed And placed for typewriter use, no legal call was permitted to the Court clerk or paralegal which the Attorney Coeneral is consent that shall Assist my person in documents or Motion filed At Court And According to major Hull "the Advise is to wrote the Court "granting Unit Manager Cpt. A. Muniz. The United States constitution and the Court. →

*(continue on back if necessary)*

**Submitted to** Warden Rodriguez

**Acted on by**

**Date** 11/13/02

**Action Taken and/or Response**

*(continue on back if necessary)*

**Response to Inmate Date**

**Staff Member Signature**

# EMERGENCY ACCESS REQUEST FORM

(please print following)

Name _Luis FernanDez_ _____ I.D. _279900_    LOC. _SB105_    DATE _11/15/02_

Attach a copy of document that proves that you will suffer legal prejudice, i.e., injury or harm in court which cannot be corrected, if you do not get emergency access. Emergency access excludes anyone who can get a motion for an extension of time from the court. This form is invalid without an attached copy that is verifiable.

Court date: _Nov. 12, 2002_

Further Explanation: _See Attached and proof my Pro-se statues and deadline to file Brief, which since Approx. Nov 4, 2002, I notified Counselor, and Unit Manager Capt who notified a Major, I need An Immediate Response to the Access in Request so I can follow the procedures of the Assistant clerk-Appellate (offices)_

_____
Signature of Applicant

Approved _____     Date _____
          Unit Manager

Approval _____     Date _____
          Michelle Foyt

Period of Duration _____

# APPELLATE COURT

## STATE OF CONNECTICUT

AC 23097

STATE OF CONNECTICUT

v.

ONE THOUSAND NINE HUNDRED TEN DOLLARS

OCTOBER 10, 2002

## O R D E R

THE MOTION OF THE STATE OF CONNECTICUT, FILED JUNE 26, 2002 TO DISMISS THE DEFENDANT-APPELLANT'S APPEAL, HAVING BEEN PRESENTED TO THE COURT, IT IS HEREBY

**ORDERED** DENIED. IT IS FURTHER ORDERED, SUA SPONTE, THAT THE APPEAL WILL BE DISMISSED UNLESS THE DEFENDANT FILES HIS BRIEF ON OR BEFORE NOVEMBER 12, 2002.

BY THE COURT,

*Cyprina M. Aworek*

ASSISTANT CLERK-APPELLATE

NOTICE SENT:    OCTOBER 11, 2002
OFFICE OF THE CHIEF STATE'S ATTORNEY
LUIS FERNANDEZ, PRO SE

1268/3406

er

OR Action within Eight (8) hours pursuant to 9.6 sec. 18 (A)(B)(C) see Attached herein the date of Inmate Grievance Form A, level 1 submitted and personally handed to C.O. Negron, Also see Attached herein Inmate request to Grievance coordinator AHMED.

## Conclusion

The appeal Stands. This writer was not provided with Adequate Meaningful Access to the law Library As every Other Inmate. He was denied Adequate legal call for Assistance and several violations of policy and procedures pursuant Administration Dir. 9.6 sec. 18 (A)(B)(C) which could have cured such wanton and Reckless by D.o.e. Staffs "if Acted" were conduct is highly unconstitutional Against this writer because of Race and Prisoner Status, and such Reprisal Against this writer As denial or limitation of Access to Any privilege is prohibited/ban pursuant 9.6 sec.22 and 2.17, Employee conduct.

Respectfully Submitted,

by: _____

Luis Fernandez
278900
Cell. SB105

Date: 11/26/02



# Inmate Grievance Form B, Levels 2 and 3
## Connecticut Department of Correction

CN 9601/2
Rev. 10/07/02

| Inmate Name | Luis Fernandez | | Inmate no. 279900 |

| Facility | Cheshire | Housing unit SB105 | Date 4/22/02 |

☐ Line grievance  ☑ Line emergency  ☐ Health grievance  ☐ Health emergency

| IGP no. 125-2003-140 | | T no. |

Use this form to appeal a Level 1 decision. Grievance Form A (for Level 1) and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level 1 response; deposit it in the box for inmate grievances.

**Appeal.** I am appealing the Level 1 decision because: On Oct. 11, 2002, A notice was send by the court to file a brief on or About Nov. 17, 2002, this writer dur-ing the month of oct, 2002 was only Allowed into the Library on 10/24/02, 10/25/02 and 10/28/02, but this does not means that he had (see Attachments)

| Inmate signature _(signature)_ | Date 11/26/02 |

### FOR OFFICIAL USE ONLY – LEVEL 2 REVIEW

| Date received | Disposition | Date of disposition |

Reasons

Level 2 reviewer

☐ This grievance may be appealed within 5 days to Level 3

☐ This grievance may not be appealed to Level 3 (see A.D. 9.6, Section 17)

**Appeal.** I am appealing the Level 2 decision because:

| Inmate signature | Date |

Deposit your appeal in the box for inmate grievances

### FOR OFFICIAL USE ONLY – LEVEL 3 REVIEW

| Date received | Disposition | Date of disposition |

Reasons

Level 3 reviewer

Access to a typewriter when he was continually being call to the Library 5 min. After All the other(s) Inmates who Also have Access to the Library and there are only 4 typewrit but one lacks on legal indications or Marks. All motions filed in Appellate Court must have to be typewriten According to Con Prac. Book. This omitted action by calling this writer last or After 5 min. when everyone else gets the same access gaves reason to cancel. 10/29/02 and 11/1/02 Access to the Library. Further More, On Monday Nov. 4, 2002 A request was made for legal call which the call was made but denied since only Counselor Brorzawski Allowed collect call were this issues was brought to the Unit Manager Muniz (Capt.) Attention see Attached Inmate Request dated 11/5/02. Moreover, A request to Grievance Coordinator informing the issues and written dated 11/8/02 was submitted mention herein see Attached Inmate Request which was not Responded and let this writer to notify Warden H. Rodrigu of the issues and photocopies requested pursuant to 3.10 Sec. 8(c) see Attached Inmate Request dated 11/13/02. The Grievance Coordinator Ahmed inaction to respond an Inmate Emergency Request let to the late Inmate request submitted to Warden H. Rodriguez. An Emergency Access request Form was submitted on 11/15/02, since no Response from the Grie vance Coordinator Ahmed or Warden H. Rodriguez or Any Assistance from D.O.C. was provided on the Inmate request filed Also in form of Emergency to assist with a problem and were it was ignored. The Emergency Access Request Form for Library was Also ignored, so this writer submitted A Line Emergency Grievance which no response was received —D

... courts, Also prison officials _____ the pre-print And filing of meaningful legal papers by providing prisoners with Adequate Assistance even in some cases, they _must_ provide inmates with the help of a lawyer. This denial of Adequate Assistance by preventing my person to communicate with the paralegal provided to Assist in my case for meeting a filing deadline is in fact very prejudice when such denial was not the product of prison regulations reasonably related to legitimate penological interest. At this very moment my person is willing to sacrifice the 1 hour recreation for Adequate Access to the Library for the use of a typewriter because the proceeding of Appeal court is that All motions be typewriter following Connecticut Practice Book § 63 (others) by law I cannot be retaliated Against for exercising my right of Access to the Courts.

Therefore an Immediate response is requested talking into the matter that the filing deadline past.

This request is sworn to the best of my Ability.

C.C.: Major Hall
Unit mr. Capt. Muniz
Warden Rodriguez

by: Respectfully Submitted,

_____
Luis Fernandez

Date: Nov. 13, 2002

brief, this was denied and quote "Advised to write the court by Unit Manager Muniz and Major Hall. Its very unconstitutional to denied Adequate Assist on Access to the Courts by D.O.C. officials or staff w a Emergency Response IN Necessary and Action so this writer could get time to extend his filing of brief on the case At this present time.

Thank you Keep having A Great day! Please Response soon (Emergency). ----

C.C /File Grievance Coordinator (Attned)
Luis Fernandez

Very truly
by
Luis Fernandez
279900



# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

CN 9601 A
Rev. 1/8/02

Inmate Name **Luis Fernandez**

| Facility **Chesline** | | Inmate no. **279900** |
| --- | --- | --- |
| ☒ Line grievance   ☐ Line emergency | Housing unit **SB105** ☐ Health grievance   ☐ Health emergency | Date **3/7/03** |

1. **Informal resolution.** Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached. Informal Resolution was verbaly and witnessed by Counselor Richard Brozozwski.

2. **Nature of grievance.** Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8½ by 11 inch sheet of paper and attach it to this form.) This is do to the Refusal of Notary services for Accessing the Court's in person by A D.O.C. staff. On 2/26/03, A Request was submitted to Maria Pakalnis so this writer be Assisted with notary for Accessing the Court's. Also Reminding that the lack of Notary Assistance for Money

3. **Action requested.** Describe what action you want taken to remedy the grievance. To upheld Disciplinary Actions under Adm. Dir. 2.17 And 2.6 Against Maria Pakalnis for such unauthorized conduct As staff and statement before Any harm or negligence is inflicted on this writer when Accessing or requesting his Court's

Inmate signature ~~signature~~

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

## FOR OFFICIAL USE ONLY – LEVEL 1 REVIEW

| IGP no. **125-03-210** | T no. |
| --- | --- |
| Date received **3/10/03** | Disposition **Denied** |
| Grievance issue **Staff Conduct** | Date of disposition |

Reasons CC Pakalnis notarized your document on 3/5/03. This service was provided in a timely manner. No staff misconduct is substantiated

Level 1 reviewer ~~signature~~  Ar  4/3/03

cc

Inmate: Luis Fernandez #279900

## NATURE OF GRIEVANCE

2. thus 3 days is inadequate staff Assistance see attach Request date 2/26/03 which MARIA PAKALNIS ignored with winston and Reckless by providing notary services 5 days After, such Action of inaction led this writer to submitt A request to Unit Manager Cap. Muniz for the policy or memo fro the Commissioner/Deputy Commissioner requiring notary services see Attached request date 3/6/03, since adequate notary services is necessa to An Inmate need to Access the Court's and the Copy of Emergency Access to Library (others), But on this day MARCH 7, 2003 At Approx 2:40 PM MARIA PAKALNIS the notary public came to this writer cell 05 At unit S.B. 1 ordering with a threatfull voice "to come out because he had to be explained something!", This writer was told by MARIA PAKALNIS in Counselor Richard Brozozowski office with his presence As witness that "She does not gets paid to do notary", "she only volunteered", and "she gives notary only once A week or when ever she wants because she is not the only one that gives notary". which in respond this writer said "If you did not wanted to Assist with notary who is needed for accessing the Court's than why didn't you foward the request or notary to the Appropriate staff or officer that can Assist with notary?" MARIA PAKALNIS unprofessional and laudable Response while walking Away from the Counselor office, Leaving this writer And Mr. R. Brozozowski in it quote " I (MS. PAKALNIS) will not give you Any notary Services, only you, I don't care", which her laudable unprofessional Response was even →

(Continuance)

2. witnessed by Counselor Richard Brozozewski, c/o
MANZI and other Inmates who were in the unit S.B.1
At Approx. 2:45 PM. this date March 7, 2003.
This grievance is liable do to facts and the totality
of the circumstances where prison officials must provide
the tools the inmate need to attack their sentence, directly
OR collaterally, and in order to challege the conditions of
their confinement; MARIA PAKALNIS statement confirming her
inaction As a staff member of D.O.C. and against this
writer is maliciously and sadistically for the very purpose
of causing harm, when there is no rationally related to
A legitimate governmental purpose to denied Access the Court's
OR Arbitrary exclusion from notary services against this
writer who retains those Rights that Are not inconsistent
with his status As a prisoner or with the legitimate penological
objectives of the correction system.


Respectfully,

Luis Fernandez
ID. NO. 279900



# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 1/8/02

| Inmate Name | Luis Fernandez | | Inmate no. 279900 |
|---|---|---|---|

| Facility Cheshire | Housing unit SB105 | Date 3/6/03 |
|---|---|---|

**Request** to be notified in writing of the policy or MEMO of the Commissioner / Deputy Commissioner where Allows MARIA PAKALNIS notary Public for Inmates do set one date to provide her services so that an Inmate be Allowed to access the Courtis and the copy return of the Emergency Access for Library filed on Feb. 14, 2003.

(continue on back if necessary)

**Previous Action Taken** MARIA PAKALNIS Notary Public in a form Request date 2/26/03 requesting her assistance and Notifying how inadequate is to hold her services for More than 3 days when is requested to access the Court, Counselor Richard Brozozwski provided Mis. Pakalnis with the Request form submitted by this writer on the 2/26/03 And since 2/14/03 the Emergency Access for library was

(continue on back if necessary)

| Submitted to | Unit Manager Capt. Muniz |
|---|---|

| Acted on by | Unit Manager Capt. Muniz | Date 3/6/03 |
|---|---|---|

**Action Taken and/or Response**

(continue on back if necessary)

**Response to Inmate Date**

**Staff Member Signature**

C.C. Unit M. Capt. Muniz

Inmate: Luis Fernandez #279900

# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 1/8/02

**Inmate Name** Luis Fernandez

**Facility** Cheshire

**Housing unit** SB105

**Inmate no.** 279900

**Request** **Date** 2/26/03

to be Assisted with Notary; Also the lack of Notary Assistance for more than 3 days is inadequate staff Assistance when is meaningful for an Inmate Access to Court's. Please Assistance is requested and written response if desired Thank you, keep having A Great day.

(continue on back if necessary)

**Previous Action Taken**

(continue on back if necessary)

**Submitted to** Maria Pakalnis

**Acted on by** **Date** 2/26/03

**Action Taken and/or Response**

(continue on back if necessary)

**Response to Inmate Date**

**Staff Member Signature**

C. Maria Pakalnis

ute: Luis Fernandez # 279900



# State of Connecticut
## Department of Correction

### Inmate Grievance Procedure

### Investigation Notes

| Date | ✓ | Action Taken | Notes |
|------|---|--------------|-------|
| 3/10/03 | | Recieved | Logged |
| /19/03 | | Interview | Spoke to CC Palalnis. No staff misconduct is apparent. In fact notary servici were provided on 3/5/03, more than a reasonable accomodation. See note to file |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Interviewed Staff Member: | (Name: _____) |
| | | Consulted Warden/Unit Administrator | |
| | | Obtained Incident Reprot | |
| | | Reviewed Master File | |
| | | Gave Inmate a claim form | |
| | | Inspected area in question: | |
| | | Checked Rt 60 | |
| | | Checked Rt 55 | |
| | | Contact Info./ Conclusion from: | (Name: _____) |

# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

CN 9601 A
Rev. 1/8/02

Inmate Name Luis Fernandez

Facility Cheshire

Inmate no. 279900

Housing unit SB107

Date 4/11/03

☒ Line grievance ☐ Line emergency ☐ Health grievance ☐ Health emergency

1. Informal resolution. Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached. Attached you
Will find 3 Inmates Request Submitted do to the same issue, Legal Call.

2. Nature of grievance. Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8 ½ by 11 inch sheet of paper and attach it to this form.) Consist of the Attached legal call requests Counselor R. Brozozwski wanton and recklessly authority Abuse of ADM. Dir. 6.2 Facility Post Order and logs by logging the Inmate Call as "yes" before even placing the call or contacted the clerk of the Court - D

3. Action requested. Describe what action you want taken to remedy the grievance. that this Inmate be provided with the Correspondence privileged Call to the Clerks office, Tel. (203) 503-6801.

Inmate signature

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

## FOR OFFICIAL USE ONLY – LEVEL 1 REVIEW

IGP no. 125-03-238

T no.

Date received 4/21/03

Disposition Denied

Date of disposition 4/24/03

Grievance issue Legal Access: Telephone Calls

Reasons Your Grievance Is Denied. Per ADOT, A call is considered completed when it is answered by a person or machine capable of taking a message. You have received four such calls in the three months preceding this grievance. Your allegations are not substantiated.

Level 1 reviewer

C.C.
Inmate: Luis Fernandez # 279900



# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 1/8/02

**Inmate Name** Luis FernanDez

**Facility** CHesHire

**Inmate no.** 279900

**Housing unit** SBb05

**Date** 3/4/03

**Request** for legal Call to J.D. New Haven court Clerk At (203) 503-6801 At 9:30 AM Thank you!

*(continue on back if necessary)*

**Previous Action Taken** on friday 28 Feb. 2003 At Approx 9:20 AM And No Answer on Mesages was I Able to leave which your person confirmed by Re-Calling the Court.

*(continue on back if necessary)*

**Submitted to** Counselor Richard Brozozuski **Date** 3/4/03

**Acted on by**

**Action Taken and/or Response**

*(continue on back if necessary)*

**Response to Inmate Date**

**Staff Member Signature**

C.C. Counselor R. Brozozuski
Inmate: Luis FernanDez #279900.



# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 1/8/02

| Inmate Name | Luis Fernandez | | Inmate no. 279900 |
| Facility Chestine | | Housing unit SB/05 | Date 2/16/03 |

**Request** for A legal Call to Direct clerk Number
(203) 503-6806 from 9:30 AM to 10:00 AM

(continue on back if necessary)

**Previous Action Taken**

(continue on back if necessary)

**Submitted to** Counselor Richard Brozozweski    Date 3/16/03

**Acted on by**

**Action Taken and/or Response**

(continue on back if necessary)

**Response to Inmate Date**

**Staff Member Signature**

O.C Counselor R. Brozozweski

Inmate: Luis Fernandez # 279900

# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 1/8/02

**Inmate Name** Luis FernanDez

**Inmate no.** 279900

**Facility** Chesthine

**Housing unit** 8B105

**Date** 3/17/03

**Request** to be Assisted with A Legal call to Inquires regarding A case scheduled for Trial, the number (203) 503-6806.

(continue on back if necessary)

**Previous Action Taken** to Counselor Brozozwski who obstructed this Inmate call to the clerk by Marking the legal phone - call log-sheet as "yes" which mean the Inmate got threw with his call and this Inmate did not or even made a call. Your Assistance is eagerly requested to contact the clerk by phone And Counselor Brozozwski Abuse of Authority cease →

(continue on back if necessary)

**Submitted to** Unit Manager Capt. Mourz

**Acted on by**

**Date** 3/17/03

**Action Taken and/or Response**

(continue on back if necessary)

**Response to Inmate Date**

**Staff Member Signature**

2. Since this Inmate is Pro se. This Inmate brought this wanton and reckless by Counselor R. Brozozwski to Unit Manager Capt. Muniz as it shows in request date 3/17/03, who verbally response was and quote "Counselor R. Brozozwski said you (this Inmate) did not want to leave a message;" when not even a call was placed.

Such wanton and reckless of Authority Abuse by Counselor R. Brozozwski obstructs this Inmate Ability to Access the Courts when pursuant ADM. Dir. 10.7 Sec. 5(E) privileged Telephone calls no Inmate shall be provided a reasonable Accomodation to make prearranged non-recorded Telephone calls to any person enumerated in ADM. Dir. 10.7. see. 3(E) on non-collect call only telephones without the recording and/or listening provided for in ADM. Dir. 10.7 sec. 5(c) and provided the person enumerated see. (E) Called Agrees to accept the charges where this Inmate call is directly to the Clerks office of the New Haven Courthouse.



# State of Connecticut
## Department of Correction

### Inmate Grievance Procedure

### Investigation Notes

| Date | ✓ | Action Taken | Notes |
|------|---|-------------|-------|
| 4/21/03 | | Received | logged |
| 4/21/03 | | Emailed → | cc Brzozowski – will respond to allegation by 4/5/03. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Interviewed Staff Member: | (Name:                              ) |
| | | Consulted Warden/Unit Administrator | |
| | | Obtained Incident Reprot | |
| | | Reviewed Master File | |
| | | Gave inmate a claim form | |
| | | Inspected area in question: | |
| | | | |
| | | Checked Rt 60 | |
| | | Checked Rt 55 | |
| | | Reviewed Info./ Action from: | (Name:                              ) |
| | | | |

Date: _11-20-02_

To: _Capt Muniz_

Re: _Inmate Luis Fernandez, 279900_

———— Prepare Draft For My Signature          ———— FYI

———— Comment & Return                        ———— Please Handle

✓———— Necessary Action                       ———— As Discussed

———— Share w/ Staff                          ———— As Noted

1) Provide inmate w/ Access to Typewriter.

2) I am not denying him Access to the court. I am only recommending the wrise.

3) Respond in writing to me

☐ Response required by: _____

☐ No response required

Date Due: _____

# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 1/8/02

| Inmate Name | Luis FernanDez | | Inmate no. 279900 |
|---|---|---|---|
| Facility CHesHire | | Housing unit SB 105 | Date 11/13/02 |

**Request** All MEANS NECESSARY to be given the require Assistance IN use of the or typewriter At this present time, Also A response toward Indegent Statute use of the requested Photocopies under ADmi.Dir 6.10 pursuant to 3.10 sec. (8)(c) waving fees, see policy ADm.Dir 3.10 apply /stands.

(continue on back if necessary)

**Previous Action Taken** On approx Nov. 4, 2002 A request was filed and placed for typewriter use, No legal call was permitted to the Court clerk or paralegal which the Attorney General is consent that shall assist my person in documents or Motion filed At Court and According to Major Hall "the Advice is to write the Court" quoting Unit Manager Capt. A. Muniz ⟶

(continue on back if necessary)

| Submitted to WarDen Rodriguez | |
|---|---|
| Acted on by | Date 11/13/02 |

**Action Taken and/or Response**

(continue on back if necessary)

| Response to Inmate Date | |
|---|---|
| Staff Member Signature | |

guarantee prisoners Access to state and federal courts Also Prison officials MUST assist inmates in the preparation and filing of meaningful legal papers by providing prisoners with Adequate Assistance. even in some cases, they MUST provide inmates with the help of A lawyer. This denial of Adequate Assistance by preventing my person to communicate with the paralegal provided to assist in my case for meeting a filing deadline is in fact very prejudice when such denial was not the product of prison regulations reasonably related to legitimate penological interest. At this very moment my person is willing to sacrifice the 1 hour recreation for Adequate Access to the library for the use of A typewriter because the proceeding of Appeals court is that all motions be typewriten following Connecticut Practice Book § 63 (other). By law I cannot be retaliated Against for exercising my right of Access to the courts.

Therefore an Immediate response is requested taking in to the matter that the filing deadline past.

This request is sworn to the best of my Ability.

P.C.: Unit Manager Apt. Muniz
        Major Hall
    •  Warden Rodriguez

C/e: Luis Fernandez
        279900

by: Respectfully Submitted,

Luis Fernandez

Date: Nov. 13, 2002

From:        Alejandro Muñiz
To:          Jonathan Hall
Date:        12/3/02 11:12AM
Subject:     Inmate Luis Fernandez # 279900

Inmate Luis Fernandez complained that he does not have access to a typewriter. In SB1 as in all the other units there's one typewriter. The typewriter is available to anyone wishing the use of the typewriter. The procedure for using the typewriter is as follows; A request to use the typewriter is submitted to Counselor Brzozowiski. The inmate wishing to use the typewriter is placed on a waiting list which is kepted by the counselor. The list is compiled in the order received.

According to Counselor Brzozowski the typewriter use has not been an issue. The only problem encountered was when the typewriter broke down for several days, but a new typewriter has been in use and I feel we're back to normal operation.

FILE COPY

Cheshire Correctional Institution

DEPARTMENT OF CORRECTION

JONATHAN HALL
MAJOR

Date: _11-20-02_

To: _CAPT UWUNIZ_

Re: _INMATE LUIS FERNANDEZ, 279900_

———— Prepare Draft For My Signature          ———— FYI

———— Comment & Return                         ———— Please Handle

  ✓  Necessary Action                          ———— As Discussed

———— Share w/ Staff                           ———— As Noted

1) Provide inmate w/ Access to Type writer.

2) I am not denying him Access to the court, I am only recommending He write.

3) Respond in writing true

☐ Response required by: _____

☐ No response required

Date Due: _____

# Inmate Request Form
## Connecticut Department of Correction

WARDENS OFFICE
NOV 14 16 AM '02

CN 9602
Rev. 1/8/02

**Inmate Name**
Luis FernanDez

**Facility**
Cheshire

**Inmate no.**
279900

**Housing unit**
SB 105

**Date**
11/13/02

**Request**
All Means Necessary to be given the require Assistance in use of the or typewriter At this present time, Also a response toward Indigent Statute use of the requested photocopies under ADmi DiR 6.10 pursuant to 3.10 sec (8)(c) waving fees, see polcoy ADm. DiR 3.10 apply/stands.

*(continue on back if necessary)*

**Previous Action Taken**
On approx Nov. 4, 2002 a request was filed and placed for typewriter use, NO legal call was permitted to the Court clerk or paralegal which the Attorney General is consent that shall Assist my person in documents or Motion filed at Court and According to Major Hall "the Advice is to write the Court" quoting Unit Manager Capt. A. Muniz ——→

*(continue on back if necessary)*

**Submitted to** Warden Rodriguez

**Acted on by**

**Date** 11/13/02

**Action Taken and/or Response** THE TYPEWRITER FOR SB1 WAS BROKEN. COUNSELOR BREOZOWSKI REQUESTED A NEW ONE AND RECEIVED IT ON 11/27/02. THE TYPEWRITER IS ISSUED ON 1ST COME 1ST SERVED PROCESS. IT MUST BE REQUESTED IN WRITING AND THE INMATE REQUESTING THE TYPEWRITER IS PLACED ON A LIST BY WHICH THE TYPEWRITER IS SIGNED OUT IN THE ORDER OF THE REQUEST RECEIVED.

*(continue on back if necessary)*

**Response to Inmate Date**

**Staff Member Signature**

...United States Constitution and the Connecticut guarantee prisoner access to state and federal courts, Prison officials MUST assist inmates in the preparation and filing of meaningful legal papers by providing prisoners with adequate assistance. even in some cases, they MUST provide inmates with the help of a lawyer. This denial of adequate assistance by preventing my person to communicate with the paralegal provided to assist in my case for meeting a filing deadline is in fact very prejudice when such denial was not the product of prison regulations reasonably related to legitimate penological interest. At this very moment my person is willing to sacrifice the 1 hour recreation for adequate access to the library for the use of a typewriter because the proceeding of Appeals court is that all motions be typewritten following Connecticut Practice Book § 63 (other). By law I cannot be retaliated against for exercising my right of access to the courts.

Therefore an Immediate response is requested taking us to the matter that the filing deadline past.

This request is sworn to the best of my ability.

C.C.: Unit Manager Apt. Muniz
      Major Hall
      Warden Rodriguez
f/e: Luis Fernandez
      279900

Respectfully Submitted,

by: _____
     Luis Fernandez

Date: Nov. 13, 2002

# Inmate Request Form

## Connecticut Department of Correction

CN 9602
Rev. 9/3/02

**Inmate Name** Luis Fernandez

**Facility** Cheshire C.I.

**Inmate no.** 279900

**Housing unit** SB631

**Submitted to** Major Hall

**Date** 10-22-03

**Request**

to be Assisted with 3 Copies of 9 pages from a first Scheduling Order, Appearance, and Answer to Affirmative Defense forms for Attachments as prove in a legal Federal Case Already docketed and presented in the District Court Bridgport Do Note this writer is pre se, indegent and has 10 days to Response Since Oct 17, 2003.

*(continue on back if necessary)*

**Previous Action Taken** Unit Manager / Capt. Santiago has Also been Requested for Assistance

*(continue on back if necessary)*

**Acted on by (print name)**

**Action Taken and/or Response**

**Title**

*(continue on back if necessary)*

**Staff Member Signature**

**Date**

**From:**       Alejandro Muniz
**To:**         Jonathan Hall
**Date:**       12/3/02 11:12AM
**Subject:**       Inmate Luis Fernandez # 279900

Inmate Luis Fernandez complained that he does not have access to a typewriter. In SB1 as in all the other units there's one typewriter. The typewriter is available to anyone wishing the use of the typewriter. The procedure for using the typewriter is as follows; A request to use the typewriter is submitted to Counselor Brzozowiski. The inmate wishing to use the typewriter is placed on a waiting list which is kepted by the counselor. The list is compiled in the order received.

According to Counselor Brzozowski the typewriter use has not been an issue. The only problem encountered was when the typewriter broke down for several days, but a new typewriter has been in use and I feel we're back to normal operation.

**FILE COPY**