

# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 1/8/02

**Inmate Name:** Luis Fernandez

**Inmate no.:** 279900

**Facility:** Cheshire

**Housing unit:** SB 105

**Date:** 11/13/02

**Request:** All means necessary to be given the require Assistance in use of the or typewriter at this present time, Also a response toward Indigent Statute use of the requested photocopies under ADmi.Dir 6.10 pursuant to 3.10 sec. (8)(c) waving fees, see policy ADm.Dir 3.10 apply/stands.

**Previous Action Taken:** On approx Nov. 4, 2002 A request was filed and placed for typewriter use, No legal call was permitted to the Court clerk or paralegal which the Attorney General is consent that shall assist My person in documents or motion filed at Court and According to Major Hall "the Advice is to write the Court" quoting Unit Manager Cpt. A. Muniz →

**Submitted to:** Warden Rodriguez

**Acted on by:**

**Date:** 11/13/02

**Action Taken and/or Response:**

**Response to Inmate Date:**

**Staff Member Signature:**

# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 1/8/02

**Inmate Name:** Luis Fernandez

**Inmate no.:** 279900

**Facility:** Cheshire

**Housing unit:** SB 105

**Date:** 11/13/02

**Request:** All means necessary to be given the require Assistance in use of the or typewriter at this present time, Also a response toward Indigent Statute use of the requested photocopies under Adm. Dir. 6.10. pursuant to 3.10 sec. (8)(cc) waving fees, see policy Adm. Dir. 3.10 apply/stands.

**Previous Action Taken:** On approx Nov. 4, 2002 a request was filed and placed for typewriter use, no legal call was permitted to the Court clerk or paralegal which the Attorney General is consent that shall Assist my person in documents or motion filed at Court and According to Major Hall "the advice is to write the Court" quoting Unit Manager Capt. A. Muniz →

**Submitted to:** Warden Rodriguez

**Acted on by:**

**Date:** 11/13/02

**Action Taken and/or Response:**

**Response to Inmate Date:**

**Staff Member Signature:**

# Inmate Request Form
**Connecticut Department of Correction**

CN 9602
Rev. 1/8/02

**Inmate Name** Luis Fernandez

**Inmate no.** 279900

**Facility** Cheshire

**Housing unit**

**Date** 11/12/02

**Request** All Means Assistance in present time, N Statute use of ADmi Dir 6.10 waving fees, s

J. Hull — are typewriters an issue, Do we need more in each units —

please respond to inmate.

HR

**Previous Action Taken** On ___ and placed for to permitted to the ___ ___ ___ the Attorney General is consent that shall Assist My person in documents or Motion filed at Court and According to Major Hall " the Advice is to write the Court " quoting Unit Manager Capt. A. Muniz →

*(continue on back if necessary)*

**Submitted to** Warden Rodriguez

**Date** 4/13/02

**Acted on by**

**Action Taken and/or Response**

*(continue on back if necessary)*

**Response to Inmate Date**

**Staff Member Signature**

# Inmate Request Form

**Connecticut Department of Correction**

CN 9602
Rev. 1/8/02

**Inmate Name:** Luis Fernandez

**Facility:** Cheshire

**Housing unit:** NB118

**Inmate no.:** 279900

**Date:** 6/13/02

**Request:** As on the request dated 6/3/02 and received on 6, day June, 2002 by main person Major Hall, I must be provided with all the specific documents from my Master file as rightfull-access for legal purposes.

*(continue on back if necessary)*

**Previous Action Taken:** this is the second request cause it's still a problem to be Assisted with the proper Authority following D.O.C. policy(s) and holding on Rightfull access of my person Legal process in a dilibirate indifferent form.

*(continue on back if necessary)*

**Submitted to / Acted on by:** Major Hall

[JUN 2002 Received stamp]

**Action Taken and/or Response:** WE HAVE NO problem w/ Assisting in your request for copies, However, You must BE specific on What documents You require

*(continue on back if necessary)*

**Response to Inmate Date / Staff Member Signature:** 6/18/02

C.C.: Major Hall

Inmate: Luis Fernandez #279900
(Carbon Copy)

C: Capt John Alves

# Inmate Request Form

Connecticut Department of Correction

CN 9602
Rev. 1/8/02

**Inmate Name:** Luis Fernandez

**Facility:** Cheshire

**Housing unit:** NB118

**Inmate no.:** 279900

**Date:** 6/3/02

**Request:** for copies of my person motion sole for legal perposes and rightfoll access to be review by the courts and Attorney. Thank you!

**Previous Action Taken:** the Counselor Hallman need your approval for such matter above.

**Submitted to / Acted on by:** Major Hall

**Action Taken and/or Response:** You must provide what specific documents you need for copies

[Stamp: JUN 2002 Received — Major Hall]

**Response to Inmate Date:** 6/6/02

**Staff Member Signature:** [signature]

SRF 203817

**Special Request Form**
**Connecticut Department of Correction**

| Inmate No. 279900 | Date SB/25 02-04-03 |

Inmate Name: FERNANDEZ, LUIS

Payee Information

Name
Street
City
State, Zip Code

Reason: POSTAGE ON TWO MANILLA ENVELOPES

Amount $ ~~1.00~~ (2 envelops) 4.19

Inmate Signature
(in presence of counselor)

Counselor Signature:
Date: 02-04-03                    /clc

Approvals:
Counselor Supervisor

Business Office Use Only:

| Check | Number | Amount | Date |

Warden/Dep. Warden

Business Office Staff Releasing Funds
Date

APPROVAL STAMP:    APPROVED / RECEIVED
                    FEB 10 2003
                    INMATE ACCOUNTS

Original: I/M Accts.
Pink: Inmate
Yellow: Counselor

125   SRF 203861

**Special Request Form**
**Connecticut Department of Correction**

Inmate No. 279900   SB105
Date 02/28/03
Inmate Name FERNANDEZ, LUIS

Payee Information

Name — LEGAL MAIL —
Street
City
State, Zip Code

Reason POSTAGE ON MANILLA ENVELOPE

Amount $ 2.44

Inmate Signature
(in presence of counselor)

Counselor Signature:
Date: 02-28-03

Approvals:
Counselor Supervisor

Business Office Use Only:

| Check | Number | Amount | Date |
|---|---|---|---|
|  |  |  |  |

Warden/Dep. Warden

Business Office Staff Releasing Funds
Date

APPROVAL STAMP: APPROVED

Original: I/M Accts.
Pink: Inmate
Yellow: Counselor

MAR - 4 2003

SRF 203866

**Special Request Form**
**Connecticut Department of Correction**

Inmate No. 279900         SB105
Date 03-03-03
Inmate Name FERNANDEZ, LUIS

Payee Information

Name
Street
City
State, Zip Code

RECEIVED
MAR -- '3
INMATE ACCOUNTS UNIT

Reason POSTAGE / MANILLA ENVELOPE
Amount $ 3.13

Inmate Signature
(in presence of counselor) [signature]

Counselor Signature: [signature]
Date: 03-03-03

Approvals: [signature]
Counselor Supervisor

Business Office Use Only:

| Check | Number | Amount | Date |
|-------|--------|--------|------|
|       |        |        |      |

Warden/Dep. Warden

Business Office Staff Releasing Funds
Date

APPROVAL STAMP:

Original: I/M Accts.
Pink: Inmate
Yellow: Counselor

8.57

**SRF 203890**

**Special Request Form**
**Connecticut Department of Correction**

Inmate No. 279700   Date 03-14-03   SB105

Inmate Name FERNANDEZ, LUIS

Payee Information

Name — LEGAL MAIL —
Street
City
State, Zip Code

Reason POSTAGE ON MANILLA ENVELOPE

Amount $ 1.25

Inmate Signature (in presence of counselor) _____

Counselor Signature: _____ c/c
Date: 03-14-03

Approvals: _____
Counselor Supervisor

| Business Office Use Only: | | |
|---|---|---|
| Check | Number | Amount | Date |

Warden/Dep. Warden

Business Office Staff Releasing Funds
Date

APPROVAL STAMP: APPROVED

Original: I/M Accts.
Pink: Inmate
Yellow: Counselor

**SRF 203888**

Special Request Form
Connecticut Department of Correction

Inmate No. 279900   CB105
Date 03-13-03

Inmate Name: FERNANDEZ, LUIS

Payee Information

Name: — LEGAL MAIL —
Street:
City:
State, Zip Code:

Reason: POSTAGE ON MANILLA ENVELOPE

Amount $ 2.67

Inmate Signature
(in presence of counselor): [signature]

Counselor Signature: [signature] c/c

Date: 03-13-03

Approvals: [signature]
Counselor Supervisor

Business Office Use Only:

| Check | Number | Amount | Date |
|-------|--------|--------|------|
|       |        |        |      |

Warden/Dep. Warden

Business Office Staff Releasing Funds
Date

APPROVAL STAMP: [APPROVED stamp]

Original: I/M Accts.
Pink: Inmate
Yellow: Counselor

**Special Request Form**
**Connecticut Department of Correction**

SRF 209083

| | |
|---|---|
| Inmate No. 279900 | Date 05-01-03   S/3105 |
| Inmate Name FERNANDEZ, LUIS | |

Payee Information

Name — LEGAL MAIL
Street
City
State, Zip Code

RECEIVED MAY - 2 2003 INMATE ACCOUNTS UNIT

Reason POSTAGE ON MANILLA ENVELOPE
Amount $ 3.95    "Superior Court, New Haven"

Inmate Signature (in presence of counselor): [signature]

Counselor Signature: [signature] ccc
Date: 05-01-03

Approvals: [signature]
Counselor Supervisor

Business Office Use Only:

| Check | Number | Amount | Date |
|---|---|---|---|
| | | | |

Warden/Dep. Warden

Business Office Staff Releasing Funds    Date

APPROVAL STAMP: APPROVED

Original: I/M Accts.
Pink: Inmate
Yellow: Counselor

**FILE COPY**

**Special Request Form**
**Connecticut Department of Correction**

SRF 203817

Inmate No. 279900    Date 5/3/05  02-04-03

Inmate Name FERNANDEZ, LUIS

Payee Information

Name
Street
City
State, Zip Code

Reason: POSTAGE ON TWO MANILLA ENVELOPES

Amount $ (2 envelopes) 4.19

Inmate Signature (in presence of counselor)

Counselor Signature: /s/ clc
Date: 02-04-03

Approvals: /s/ Capt. Muñoz
Counselor Supervisor

Warden/Dep. Warden

Business Office Use Only:

| Check | Number | Amount | Date |
|-------|--------|--------|------|
|       |        |        |      |

Business Office Staff Releasing Funds
Date

APPROVAL STAMP: [RECEIVED FEB 10 2003]

Original: I/M Accts.
Pink: Inmate
Yellow: Counselor

**Special Request Form**
**Connecticut Department of Correction**

125   SRF 203861

Inmate No. 279900   SB105
Date 02/28/03
Inmate Name FERNANDEZ, LUIS

Payee Information

Name — LEGAL MAIL —
Street
City
State, Zip Code

Reason: POSTAGE ON MANILLA ENVELOPE

Amount $ 2.44

Inmate Signature (in presence of counselor): [signature]

Counselor Signature: [signature]
Date: 02-28-03

Approvals: [signature]
Counselor Supervisor

Business Office Use Only:

| Check | Number | Amount | Date |
|---|---|---|---|
| | | | |

Warden/Dep. Warden

Business Office Staff Releasing Funds
Date

APPROVAL STAMP: APPROVED

Original: I/M Accts.
Pink: Inmate
Yellow: Counselor

MAR - 4 2003

**FILE COPY**

SRF 203866

**Special Request Form**
**Connecticut Department of Correction**

| | |
|---|---|
| Inmate No. 279900 | SB105 |
| Inmate Name FERNANDEZ, LUIS | Date 03-03-03 |

**Payee Information**

Name:
Street:
City:
State, Zip Code:

RECEIVED MAR – 2003 INMATE ACCOUNTS UNIT

Reason: POSTAGE — MANILLA ENVELOPE

Amount $ 3.13

Inmate Signature (in presence of counselor):

Counselor Signature:
Date: 03-03-03

Approvals:
Counselor Supervisor

**Business Office Use Only:**

| Check | Number | Amount | Date |
|---|---|---|---|
| | | | |

Warden/Dep. Warden

Business Office Staff Releasing Funds
Date

APPROVAL STAMP:

Original: I/M Accts.
Pink: Inmate
Yellow: Counselor

8.57

**FILE COPY**

**SRF 203890**

Special Request Form
Connecticut Department of Correction

| Inmate No. 279900 | Date 03-14-03 SB1.05 |

Inmate Name: FERNANDEZ, LUIS

**Payee Information**

Name: LEGAL MAIL
Street:
City:
State, Zip Code:

Reason: POSTAGE ON MANILLA ENVELOPE

Amount $ 1.25

Inmate Signature (in presence of counselor): [signature]

Counselor Signature: [signature] c/c
Date: 03-14-03

Approvals: [signature] Capt W____
Counselor Supervisor

**Business Office Use Only:**

| Check | Number | Amount | Date |
|---|---|---|---|
| | | | |

Warden/Dep. Warden

Business Office Staff Releasing Funds
Date

APPROVAL STAMP: [APPROVED]

Original: I/M Accts.
Pink: Inmate
Yellow: Counselor

FILE COPY

**SRF 203888**

Special Request Form
Connecticut Department of Correction

| | |
|---|---|
| Inmate No. 279900 | Date SB105 03-13-03 |

Inmate Name: FERNANDEZ, LUIS

**Payee Information**

Name: — LEGAL MAIL —
Street:
City:
State, Zip Code:

Reason: POSTAGE ON MANILLA ENVELOPE

Amount $ 2.67

Inmate Signature
(in presence of counselor): [signature]

Counselor Signature: [signature] clc

Date: 03-13-03

Approvals: [signature]
Counselor Supervisor

**Business Office Use Only:**

| Check | Number | Amount | Date |
|---|---|---|---|
| | | | |

Warden/Dep. Warden

Business Office Staff Releasing Funds
Date

APPROVAL STAMP: [APPROVED stamp]

Original: I/M Accts.
Pink: Inmate
Yellow: Counselor

FILE COPY

**Special Request Form**
**Connecticut Department of Correction**

SRF 209083

Inmate No. 279900

Date S/3/05 05-01-03

Inmate Name FERNANDEZ LUIS

Payee Information

Name LEGAL MAIL

Street

City

State, Zip Code

RECEIVED MAY - 2 2003 INMATE ACCOUNTS UNIT

Reason POSTAGE ON MANILLA ENVELOPE "SUPERIOR COURT - NEW HAVEN"

Amount $ 3.95

Inmate Signature (in presence of counselor) [signature]

Counselor Signature: [signature] clc
Date: 05-01-03

Approvals: [signature]
Counselor Supervisor

Business Office Use Only:

| Check | Number | Amount | Date |
|---|---|---|---|
| | | | |

Warden/Dep. Warden

Business Office Staff Releasing Funds
Date

APPROVAL STAMP: APPROVED

Original: I/M Accts.
Pink: Inmate
Yellow: Counselor

FILE COPY

A.D. 10.7, Inmate Communication - effective 7/17/95

1. <u>Policy</u>. The Department of Correction may allow inmate correspondence by mail and by telephone. Correspondence may be reviewed, read, listened to, recorded, restricted, or prohibited in accordance with the provisions of this Directive.

2. <u>Authority and Reference</u>.

   A. Connecticut General Statutes, Sections 4-8, 18-81, 52-570d, 54-82c and 54-186.
   B. Regulations of Connecticut State Agencies, Sections 18-81-28 through 18-81-51.
   C. American Correctional Association, Standards for Community Residential Facilities, Second Edition, August 1980, Standard 2-2101.
   D. American Correctional Association, Standards for Adult Correctional Institutions, Third Edition, January 1990, Standards 3-4259, 3-4260, 3-4262 and 3-4429 through 3-4439.
   E. American Correctional Association, Standards for Adult Local Detention Facilities, Third Edition, March 1991, Standards 3-ALDF-3D-21 through 3-ALDF-3D-23, and 3-ALDF-5D-01 through 3-ALDF-5D-09.
   F. Administrative Directives 3.6, Inmate Accounts; 6.10, Inmate Property; 6.14, Security Risk Groups; 9.4, Restrictive Status and Level 5 Units; and 9.5, Code of Penal Discipline.

3. <u>Definitions</u>. For the purposes stated herein, the following definitions apply:

   A. <u>"Collect Call Only" Telephones</u>. Telephones which allow for outgoing calls on a collect call basis only and which are available in areas specified by the Unit Administrator for inmate use.
   B. <u>Contraband</u>. Anything not authorized to be in an inmate's possession or anything used in an unauthorized or prohibited manner.
   C. <u>General Correspondence</u>. All correspondence not defined as privileged communication in Section 3(E).
   D. <u>Inspection</u>. A physical and visual examination of the actual contents, which shall not include the reading of the correspondence.
   E. <u>Privileged Correspondence</u>. Any telephone call placed on behalf of an inmate by the facility or any written correspondence shall be considered "privileged communication" when addressed to or received from federal, state and local (e.g., municipal, county or town) elected and appointed officials, including but not limited to the following: (1) any judge or court; (2) the Governor; (3) the legislature; (4) the Attorney General; (5) the Commissioner of Correction or any Department official appointed by the Commissioner; (6) the Board of Parole; (7) the Sentence Review Board; (8) the Commission on Human Rights and Opportunities; (9) the State Claims Commissioner; (10) the Board of Pardons; and (11) elected government officials.

      "Privileged communication" shall also mean any telephone call placed on behalf of an inmate by the facility or any written

# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 1/8/02

**Inmate Name:** Luis Fernandez
**Inmate no.:** 279900
**Facility:** Cheshire
**Housing unit:** SB603
**Date:** 8-13-02

**Request:** To be provided Re: Freedom of Information request that it has been reviewing for about a month. From this office at Cheshire C.I. Corr. by your sincerely person Mr. John M. Alves, Adm. Captain.

(continue on back if necessary)

**Previous Action Taken:** This is the 3rd request for assistance in providing copies of my Master file which had been reviewed and awaiting response by Major Hall or John M. Alves, Adm. Captain.

(continue on back if necessary)

**Submitted to:** Warden Rodriguez / Captain Alves  **Date:** 8-13-02
**Acted on by:**

**Action Taken and/or Response:** Capt Alves has advised me that he is working on the aforementioned request and will complete same. Please exercise a little patience.

Copy: Capt Alves
File

(continue on back if necessary)

**Response to Inmate Date:** 8/16/02
**Staff Member Signature:** [signature]

CC. Luis Fernandez # 279900
Warden Rodriguez / Captain Alves