operation of the production kitchen, overseeing the food and operational cost, shall monitor and maintain equipment (preventative maintenance), shall maintain cleanliness and sanitation, shall oversee the training of staff, shall complete any necessary reports, shall consult with the Director of Food Service on matters pertaining to the food service function and shall report through the chain of command on matters pertaining to the daily food service operation.

D.   **Lead Supervisors.**  Each facility with on-site food preparation shall have a Food Service Supervisor who shall supervise the food service operation of the facility.  They will be responsible for the daily operation of the facility's kitchen and all related reports, (food cost, etc.).

5.   **Menu Planning.**

A.   **Master Menu.**  The Master Menu is developed by the Production Manager with the input from the District Managers and Lead Food Service Supervisors.  The Master Menu shall be approved by the Director of Food Services and a Registered Dietitian.

B.   **Master Menu Planning Criteria.**  The production kitchen shall prepare menus considering nutritional adequacy, inmate preferences, costs, physical lay out, cost equipment and staff complement, variety in method of preparation and frequency and other relevant factors to good dietary practice.  Preparation shall consider food flavor, texture, temperature, appearance, and palatability.

C.   **Common Fare.**  Each facility shall establish a common fare program. The program shall accommodate an inmate who has religious dietary needs which cannot be met with the Master Menu.  The Common Fare Menu shall be a 28 day menu cycle determined to be nutritionally adequate.  Each facility shall establish policies and procedures regarding the application for and removal from the common fare program, inmates in special housing, hospital, record keeping costs and program assessment.

D.   **Menu Adjustments.**  Each facility must have approval for any adjustments to the Master Menu from the Director of Food Services. All food preparation must follow standard recipes as developed by the Director of Food Services.

6.   **Security.**  The food preparation, serving, and dining areas shall be maintained at a high level of security. Staff shall be trained in security regulations prior to assignment.

7.   **Cycle Menu.**  The Department shall operate on a four (4) week cycle menu which shall be distributed eight (8) weeks in advance of actual use to facilitate the ordering of food and supplies and to assure a continuity of supplies.

8.   **Therapeutic Diets.**  The Therapeutic Dietary requirements as prescribed by the facility physician shall be produced according to the Therapeutic Diet Master Production Manual.

9.   **Sanitation.**  Food preparation, serving and dining areas shall be maintained at a high level of cleanliness and inspected for cleanliness before and after each meal.  Persons involved in food preparation and serving shall maintain a high level of personal cleanliness, wear protective gear over the head and hands, be trained in appropriate sanitary regulations prior to assignment, and wash their hands at the start of each shift, throughout the shift as needed and upon any use of toilet facilities.

10.  **Food Service Requirements.**  Food service requirements shall be followed

2

in accordance with the Public Health Code. Portion controls shall be according to the Master Menu requirements. The time and temperature differences between food preparation and service shall be kept within the guidelines for safe food handling procedures in accordance with the Food Service Audit, Attachment A. All inmates shall be served the regular menu with the only exceptions being those authorized for therapeutic diets or common fare menu. Except for emergencies or as approved in writing by the Deputy Commissioner of Facility Operations, three (3) meals shall be served in each 24 hour period of which at least one (1) meal shall contain a hot entree. Not more than 14 hours shall elapse between the evening meal and breakfast.

11. <u>Meal Records</u>. Upon the conclusion of each meal, the Food Service Report to the Warden, Attachment B, shall be submitted to the Unit Administrator. The Food Service Worksheet, Attachment C, shall be used to maintain accurate records of all meals served and production needs. The Lead Food Service Supervisors shall assume the responsibility of assuring that the Food Service Worksheet, Attachment C, is properly prepared and recorded. The Food Service Quality Assurance form, Attachment D, shall be completed and transmitted via facsimile machine to the Deputy Commissioner of Facility Operations for each meal.

12. <u>Food Service Audits</u>. The District Food Service Manager shall perform a quarterly food service audit at each facility assigned to the manager. The food service audit shall include the following audit sections: dining area, service lines, production areas, food storage, dishwashing, menus and administration. The Facility Administrator in conjunction with the Lead Food Service Supervisor shall be responsible for correcting any deficiencies noted in the audit.

13. <u>Formal Inspections</u>. Food service personnel shall conduct weekly inspections of dining halls, kitchens, bakeries, and storerooms for compliance with all sanitary and safety food service requirements in accordance with the Food Service Audit, Attachment A. The Facility Administrator or designee shall conduct monthly inspections of all food service areas in accordance with the Food Service Audit, Attachment A.

14. <u>Inventory Control</u>. The Lead Food Service Supervisor will maintain and monitor a food inventory necessary for the daily operation of the food service department. Once a month, an inventory will be conducted and accumulation of receipts tallied to derive a food cost. Requisition forms shall be completed to assure accountability of food leaving the kitchen, aside from the normal use for production. Cost shall be derived as follows: Beginning Inventory + Month Receipts – Requisition Forms – Ending Inventory divided by Inmate Population (meal days) = Actual Meal Cost Per Inmate.

15. <u>Exceptions</u>. Any exception to the procedures in this Administrative Directive shall require prior written approval from the Commissioner.

ATTACHMENT C
FOOD SERVICE WORK SHEET

Weather _____

Date _____

| | MENU | QTY TO PREPARE | FOOD TEMP. | INSTRUCTIONS | LEFT OVER Disposition | SHORT Substitution | INSPECTION & REMARKS |
|---|---|---|---|---|---|---|---|
| B R E A K F A S T | | | | | | | Storehouse |
| | | | | | | | Refrigerators |
| | | | | | | | Prep Area |
| | | | | | | | Scullery |
| | | | | | | | Dining Rooms |
| | | | | | | | Staff Dining |
| | | | | | | | Dishwasher |
| | | | | | | | Wash    Rinse |
| | | | | | | | |
| | | | | | | | Duty Chef |
| L U N C H | | | | | | | |
| | | | | | | | |
| | | | | | | | Duty Chef |
| D I N N E R | | | | | | | |
| | | | | | | | |
| | | | | | | | Duty Chef |

Actual # Served:

Breakfast _____
Lunch _____
Dinner _____

REV 3/3/99

5

ATTACHMENT B

FOOD SERVICE REPORT TO THE WARDEN

FACILITY _____     DATE _____

MEAL:      _____Breakfast      _____Lunch      _____Dinner

FOOD ITEMS SERVED:

NOTE ANY MENU DEVIATIONS:

|  | EXCELLENT | GOOD | AVERAGE | POOR |
|---|---|---|---|---|
| FOOD QUANTITY |  |  |  |  |
| FOOD QUALITY |  |  |  |  |
| FOOD TEMPERATURE |  |  |  |  |
| FOOD APPEARANCE/TEXTURE |  |  |  |  |
| FOOD TASTE/PALATABILITY |  |  |  |  |
| CLEANLINESS OF DINNERWARE |  |  |  |  |
| CLEANLINESS/APPEARANCE OF SERVERS |  |  |  |  |

COMMENTS ON THE MEAL:

SIGNATURE _____     TITLE _____

REV 3/3/99

6

A.D. 10.18
4/16/99

**ATTACHMENT D**
**FOOD SERVICE QUALITY ASSURANCE**
**PRODUCTION KITCHEN ITEMS**

TO:  Deputy Commissioner Matos                              Page 1 of____

FROM: _____CFSSII _____CI
DATE: _____

MEAL:      B    L    D                              CYCLE  1    2    3    4

PRODUCT #1_____
         Excellent   Good   Satisfactory   Unsatisfactory

COMMENTS:
_____
_____
_____

MEAL:      B    L    D                              CYCLE  1    2    3    4

PRODUCT #2_____
         Excellent   Good   Satisfactory   Unsatisfactory

COMMENTS:
_____
_____
_____

MEAL:      B    L    D                              CYCLE  1    2    3    4

PRODUCT #3_____
         Excellent   Good   Satisfactory   Unsatisfactory

COMMENTS:
_____
_____
_____

MEAL:      B    L    D                              CYCLE  1    2    3    4

PRODUCT #4_____
         Excellent   Good   Satisfactory   Unsatisfactory

COMMENTS:
_____
_____
_____

FAX completed form to 860.692.7873 on a daily basis.  If no Production Items
were used, please note.

7

ATTACHMENT D
A.D. 10.18

DATE: _____                    PAGE ___ of ___

MEAL:      B    L    D                      CYCLE  1   2   3   4

PRODUCT #5 _____
           Excellent   Good   Satisfactory   Unsatisfactory

COMMENTS:
_____
_____
_____

MEAL:      B    L    D                      CYCLE  1   2   3   4

PRODUCT #6 _____
           Excellent   Good   Satisfactory   Unsatisfactory

COMMENTS:
_____
_____
_____

MEAL:      B    L    D                      CYCLE  1   2   3   4

PRODUCT #7 _____
           Excellent   Good   Satisfactory   Unsatisfactory

COMMENTS:
_____
_____
_____

MEAL:      B    L    D                      CYCLE  1   2   3   4

PRODUCT #8 _____
           Excellent   Good   Satisfactory   Unsatisfactory

COMMENTS:
_____
_____
_____

FAX completed form to 860.692.7873 on a daily basis.  If no Production Items
were used, please note.

# EXHIBIT I

A.D. 9.2, Inmate Classification
Prepared for signature 2/27/03 - effective 3/5/03

1.   <u>Policy</u>.  Each inmate under the custody of the Commissioner of Correction
     shall be classified to the most appropriate assignment for security and
     treatment needs to promote effective population management and
     preparation for release from confinement and supervision.  The
     Department's classification of inmates shall normally utilize a
     classification instrument based on objective factors.  The
     classification system shall not foster discrimination in status,
     including housing, programming, job assignment, or on the basis of race,
     creed, color, or national origin.

2.   <u>Authority and Reference</u>.

     A.   Connecticut General Statutes, Sections 14-227(a), 14-215(c),
          18-73,18-81, 18-86, 18-100, 18-100c, 21a-277(d) and 21a-279(e).
     B.   American Correctional Association, Standards for Adult
          Correctional Institutions, Third Edition, January 1990; Standards
          3-4273, 3-4282 through 3-4285, 3-4287 and 3-4288 through 3-4292.
     C.   American Correctional Association, Standards for Adult Local
          Detention Facilities, Third Edition, March 1991; Standards 3-ALDF-
          4B-01 through 3-ALDF-4B-04.
     D.   Administrative Directives, 6.4, Transportation and Community
          Supervision of Inmates; 6.6, Reporting of Incidents; 6.14,
          Security Risk Groups; 9.4, Restrictive Status; 9.5, Code of Penal
          Discipline; and 9.8, Furloughs.

3.   <u>Definitions</u>.  For the purposes stated herein, the following definitions
     apply:

     A.   <u>Classification</u>.  The ongoing process of collecting and evaluating
          information about each inmate to determine the inmate's risk and
          need level for appropriate confinement location, treatment,
          programs, and employment assignment whether in a facility or the
          community.
     B.   <u>Commitment</u>.  The status of an inmate when legal custody is
          maintained by the Department of Correction. Custody may be in a
          correctional institution or the community.
     C.   <u>Community Release Program</u>.  A correctional program based in the
          community for eligible inmates, which includes transitional
          supervision and residential program placement.
     D.   <u>Newly Admitted Inmate</u>.  An accused, convicted or sentenced inmate
          who enters the Department of Correction under a new period of
          commitment.  If an inmate has not left the custody of the
          Department prior to readmittance, the inmate shall not be treated
          as newly admitted.  For the purposes of this directive, an inmate
          admitted as a temporary surrender shall not be considered a newly
          admitted inmate.
     E.   <u>Override</u>.  A documented condition of fact warranting an increase
          or decrease in the overall risk level of an inmate.

4.   <u>Classification Goals</u>.  The goals of the Department's classification
     system are to:

     A.   Ensure the safety and well being of the community, facility, staff

and the inmate.

B.   Apply a consistent and reliable classification and assessment
     system that assigns inmates a level of confinement consistent with
     the protection of the community, staff, and inmates.

C.   Recommend inmate programs and activities according to specific
     needs.

D.   Involve the staff and the inmate in developing an incarceration
     plan and a plan for community release and reintegration, where
     appropriate.

E.   Develop, record and analyze data necessary for individual decision
     making and program and facility planning.

F.   Ensure that staff and inmates understand the procedures and
     criteria used in the classification process.

5.   <u>Classification Management</u>.  The Director of Offender Classification and
     Population Management shall be responsible for the Department of
     Correction's classification system.  The Director of Offender
     Classification and Population Management shall develop a classification
     manual containing detailed information concerning inmate classification
     procedures which shall be reviewed annually and updated as necessary.
     The Unit Administrator shall be responsible for administering the
     classification procedures under this Directive.  However, nothing in
     this Directive shall preclude the Director of Offender Classification
     and Population Management, a Deputy Commissioner or the Commissioner
     from intervening in any classification decision at any time.  The
     Director of Offender Classification and Population Management shall be
     responsible for an annual audit to determine compliance with the
     Department's classification directives and manual.

6.   <u>Classification Levels</u>.  Each inmate shall be classified according to
     risk and needs, and shall be assigned an overall risk score of one (1)
     to five (5).  A risk score Level 1 shall represent the lowest security
     level and 5 the highest.  A needs score Level 1 shall represent the
     lowest need level and 5 the highest.

7.   <u>Admissions and Assessment</u>.

     A.   <u>MacDougall-Walker Correctional Institution</u>.  Any male inmate
          sentenced to greater than two (2) years shall normally be admitted
          to MacDougall-Walker Correctional Institution.  Risk and
          comprehensive needs assessment shall be completed over a period of
          10 business days.  Upon completion of the classification
          assessment, the inmate shall be transferred to an appropriate
          facility.

     B.   <u>Direct Admission Facilities</u>.  Any male inmate in pretrial status
          or sentenced to two (2) years or less shall be admitted to the
          direct admission facility serving the court of jurisdiction:
          Hartford, Bridgeport or New Haven Community Correctional Centers
          or Corrigan-Radgowski Correctional Institution. Risk and needs
          assessments shall be completed in accordance with Section 8.

     C.   <u>York Correctional Institution</u>.  Any sentenced and/or pretrial
          female inmate shall be admitted to York Correctional Institution.
          Risk and needs assessments shall be completed as required in
          Section 8.

     D.   <u>Manson Youth Institution</u>.  Any male offenders age 14-20 sentenced
          to two (2) years or less shall be directly admitted to Manson

Youth Institution.  Risk and needs assessments shall be completed as required in Section 8.

E.  <u>Juvenile Offenders</u>.  Manson Youth Institution shall house all male juvenile offenders, and York Correctional Institution shall house all female juvenile offenders.  No other facility shall knowingly accept a juvenile offender.  Any facility receiving an offender in this category shall immediately report the admission to the Population Management Unit.  The receiving facility shall also make an immediate psychiatric referral to ensure that qualified staff evaluate the offender as soon as possible.  In addition, the receiving facility shall place the juvenile in Administrative Detention and make an immediate request for priority transfer to Manson Youth Institution as appropriate.  Prior to transfer, facility classification staff shall complete, at a minimum, an initial risk assessment.  Both Manson Youth Institution and York Correctional Institution shall develop Unit Directives that provide for the unique orientation, housing, and program needs of the juvenile offender.

8.  <u>Classification Assessment</u>.  Inmate classification assessments shall be based upon the individual risk and needs of the inmate.

A.  <u>Risk Assessment</u>.  An inmate's risk assessment shall represent the inmate's potential for violence, escape, or disruption of the orderly functioning of a facility or other place of confinement. The level of risk is determined by rating the following factors:

1.  history of escape;
2.  severity/violence of the current offense;
3.  history of violence;
4.  length of sentence;
5.  presence of pending charges, bond amount and/or detainers;
6.  discipline history; and
7.  Security Risk Group membership.

B.  <u>Inmate Needs Assessment</u>.  An inmate's needs shall be assessed in the following areas:

1.  medical and health care;
2.  mental health care;
3.  education;
4.  vocational training and work skills;
5.  substance abuse treatment;
6.  sex offender treatment; and
7.  family/residence or community resources.

Assessment of inmate needs shall be accomplished by classification staff in conjunction with staff responsible for the evaluation and provision of services for the need area.

C.  <u>Overall Risk Score</u>.  An overall classification assessment score shall be determined for each inmate.  An overall risk score is determined by the highest rating assigned to any of the seven (7) factors outlined in section 8 (A), with the exception of the sex offender treatment need score in Section 8 (B).  No inmate with a sex offender treatment need score of two (2) or greater shall be

assigned an overall score below level three (3) without authorization from the Commissioner or designee. The overall score shall be assigned taking into account the inmate's risk assessments and behavior during confinement.

D.  **Overrides**.  An overall risk score may be increased or decreased through an override.  An override of the inmate's overall risk score shall be documented in writing and approved by the Unit Administrator in consultation with the Director of Offender Classification and Population Management or designee.  An override shall not be used to decrease an inmate's Risk Level Score more than once during any term of continuous sentenced incarceration. No inmate shall be overridden to Level 1.

9.  **Initial Classification Review**.  A preliminary classification risk assessment shall begin within the first two (2) business days of commitment.  A preliminary risk classification shall be determined prior to transfer to a Level 3 or higher risk level confinement. Full initial classification shall be completed prior to any transfer to any Level 2 facility.  Within 14 days of commitment to the Department, the initial overall risk score shall be assigned.  Within 30 days, the needs assessment and full initial classification shall be completed.

10. **Reclassification Review**.  After initial classification, the inmate's risk level and needs shall be regularly reviewed or immediately following any change in an inmate's status that may affect the risk score as follows:

A.  **Regular Reclassification**.  An inmate's risk and needs shall be reviewed every six (6) months after the initial classification has been established with the exception of the following: annually for Level 4 and Level 3 general population inmates with greater than five (5) years remaining on their sentence.

B.  **Risk Level Reductions**.  A reduction of the inmate's risk level shall be reviewed as follows:

1.  **Reductions from Overall Risk Level 5**.  All inmates assigned to Overall Risk Level 5 will be assigned to Administrative Segregation. Inmates approved for removal from Administrative Segregation as per Administrative Directive 9.4, Restrictive Status, shall be reduced to the appropriate Overall Risk Level 4 status. Any inmate assigned to Administrative Segregation shall not have the risk level reduced without the approval of the Commissioner or designee.  Any inmate assigned to Risk Level 5 shall be reviewed at a minimum, every six (6) months for a possible risk level reduction.

2.  **Reductions from Risk Level 4 to 3 and Risk Level 3 to 2**. Reductions of Risk Level shall be considered after a sentenced inmate has completed a prescribed amount of time in confinement as noted below.  Any inmate serving a life sentence with no possibility of parole or release is not eligible for a risk level decrease without the review and approval of the Director of Offender Classification and Population Management.  The percentage of time served for determinate sentences shall be computed on the estimated release date for offenses committed prior to October 1,

1994, and on the maximum release date for offenses committed on or after October 1, 1994.  The percentage of time served for indeterminate sentences shall be computed based on the projected discharge date.  Parole status shall only be considered when a firm Voted to Parole (VTP) Date has been granted by the Parole Board, at which time the VTP Date may be considered the release date for percentage of time calculations.  Any inmate serving a sentence for a sex related offense or having a history of sex related offenses shall be approved by the Commissioner or designee prior to being classified below Risk Level 3. If not approved, the reason for a denial of a routine level reduction shall be documented on the Inmate Classification Form (ICF).  The schedule for risk level reductions and eligibility criteria for these reductions shall be as follows:

| | Percentage of Time Served Since Last Risk Score Change | | No Class A Disciplinary Past 120 Days or Class B Past 90 |
|---|---|---|---|
| Level | 4 to 3 | 35% | X |
| | 3 to 2 | 30% | X |

Once an inmate meets the eligibility criteria above, a risk level reduction review shall be completed.

3.   Reduction to Risk Level 1.  Reduction to Risk Level 1 shall be in accordance with Section 11.

4.   Reduction Based on New Information.  Receipt of new information regarding the inmate may also require a classification review and a risk level reduction.  A reduction may be prompted for one of the following reasons:

   a.   a reduction of charges against the inmate;
   b.   a removal of a detainer;
   c.   sentence modification and reduction of sentence;
   d.   reduction in bond; and/or
   e.   successful Security Risk Group Renunciation.

5.   Reduction Exclusion Based on Assignment Refusal. A sentenced inmate who refuses to participate in an available educational or programmatic assignment, consistent with assessed needs in accordance with Section 8(B) of this Directive, may be precluded from a classification reduction until the inmate complies with a mandatory classification program assignment as identified in the Program Index Compendium.

6.   Disciplinary History Factor Reduction.  During an initial assessment, an inmate's discipline history factor shall be reviewed to determine whether or not any change is warranted.  If the inmate has not been found guilty of a Class A or B disciplinary violation in accordance with Administrative Directive 9.5, Code of Penal Discipline for one (1) year, (six (6) months for inmates under 16 years of age), a reduction of one (1) level may be made to this factor.

11.  <u>Community Release Programs</u>.  The community release program shall provide an eligible inmate with the opportunity to reintegrate into the community.  Any inmate who refuses to participate in an available educational or program assignment, consistent with the inmate's assessed needs in accordance with Section 8(B) of this Directive, may be excluded from community release consideration until the inmate complies with the classification assignment. A member of a Security Risk Group in accordance with Administrative Directive 6.14, Security Risk Groups, shall be excluded from Community Release consideration.  Program placement may include Transitional Supervision or residential program placement as follows:

A.  <u>Transitional Supervision</u>.

1.  <u>Eligibility Criteria</u>.  An inmate incarcerated by the Department of Correction for a definite total effective sentence of two (2) years or less shall, subject to the following criteria, be eligible for consideration for Transitional Supervision.  The two (2) years maximum sentence shall include any unpaid fine calculated consecutively at $50 per day.  In addition, the following criteria must be met:

a.  classified below Level 5;
b.  served at least 50 percent of the sentence imposed less jail credit;
c.  must not be serving the mandatory portion of Driving While Intoxicated, 14-227(a) or a Driving Under Suspension offense that originally was related to a Driving While Intoxicated, 14-215(c) sentence;
d.  have no sex offender need score greater than one (1);
e.  favorable recommendations for inmates with mental health need scores greater than three (3) shall be forwarded to the Director of Health, Mental Health and Addiction Services for review to further ensure continuity of care;
f.  remain discipline free of a Class A offense during the preceding 120 days;
g.  remain discipline free of a Class B offense during the preceding 60 days;
h.  no escape conviction within the past calendar year;
i.  have no pending charges or detainers unless bond has been posted, except pending out of state charges below Risk Level 4 with official verification that the state will not extradite; and
j.  have an approved sponsor and/or have secured housing at an acceptable residence approved by a Community Enforcement.

2.  <u>Eligibility Date and Notification</u>.  Within two (2) weeks of sentencing, unit classification staff shall determine the date that an eligible inmate may be placed on Transitional Supervision.  When an inmate is not recommended for placement on Transitional Supervision, the Transitional Supervision package shall be forwarded to the Community Enforcement Unit for review.  The Director of Offender

Classification and Population Management shall also review the decision and affirm or establish a placement date. If a placement date is established, the Director of Offender Classification and Population Management shall notify the Unit Administrator of the facility housing the inmate and the Community Enforcement Unit. The Unit Administrator shall then inform the inmate of the placement date.

3.   Risk Level. Upon approval for Transitional Supervision an inmate shall be classified to Overall Risk Level 1.

B.   Residential Program Placement.

1.   Eligibility Criteria. An inmate may be eligible for residential program placement when the following criteria are met:

a.   be classified Level 2;

b.   be within 18 months of estimated discharge date or Voted to Parole date;

c.   remain discipline free of a Class A offense during the preceding 120 days;

d.   remain discipline free of a Class B offense during the preceding 60 days;

e.   no escape conviction within the past calendar year;

f.   remain free of community release program failure during the preceding six (6) months; and

g.   have no pending charges or detainers unless bond has been posted except pending out of state charges below Risk Level 4 with official verification that the state will not extradite.

2.   Risk Level. Upon approval for residential program placement an inmate shall be classified to Overall Risk Level 1.

12.   Risk Level Increases. Risk Level increases shall occur as required upon receipt of new information pertinent to the inmate's risk classification or inmate's disciplinary adjustment.

A.   Disciplinary Increases. Poor disciplinary adjustment may result in an inmate's Overall Risk Factor being increased and a corresponding increase of the Discipline History Factor to the level of the Overall according to the schedule detailed in the Classification Manual.

An inmate who is found guilty of a Level 2 assault on a Department of Correction employee as defined in Administrative Directive 6.6, Reporting of Incidents, shall be classified to Overall Risk Level 4 with a corresponding increase in the Discipline Risk Factor.

In the event of multiple disciplinary charges arising from a single disciplinary incident, only the highest chargeable class of offense shall be used.

An inmate assigned to Close Custody for Chronic Discipline shall automatically be classified to Overall and Discipline Risk Factor 4.

Reviews resulting in an Overall Risk Level increase which will require a transfer to another facility shall require the approval of the Director of Offender Classification and Population Management.

B.   Conviction of a Felony.  Conviction of a felony committed while incarcerated shall result in a level increase review.

C.   Assignment to Overall Risk Level 5/Administrative Segregation. Assignment to Overall Risk Level 5/Administrative Segregation shall be considered when any totality of facts, information or circumstances which indicates an immediate threat to safety and/or security of the public, staff or other inmates. An inmate shall be automatically placed in Administrative Detention and be reviewed for placement in Administrative Segregation/Overall Risk Level 5, under any of the following conditions:

   1.   Level 1 assault on a Department of Correction employee as defined in Administrative Directive 6.6, Reporting of Incidents;
   2.   Hostage holding of a Department of Correction Employee;
   3.   Riot;
   4.   Homicide while confined;
   5.   An inmate is sentenced to death;
   6.   Escape from the security perimeter of a facility;
   7.   Continues to present a threat to safety, security and/or orderly operation after one (1) year in Close Custody for Security Risk Groups;
   8.   Continues to present a threat to safety security and/or orderly operation after six (6) months in Close Custody for Chronic Discipline; and
   9.   An inmate is in pretrial or presentence status for a Capital Felony Murder charge.

All increases to Overall Risk Level 5/Administrative Segregation shall be made by the Director of Offender Classification and Population Management.

D.   Security Risk Group Members. Any inmate designated as a Security Risk Group Member shall not be classified lower than Overall Risk Level 3 and placed in a Close Monitoring unit in accordance with Administrative Directive 6.14, Security Risk Groups. An inmate released from the Department while designated as a Security Risk Group Member shall be readmitted on the same status. The Director of Central Intelligence shall review the designation in accordance with Administrative Directive 6.14, Security Risk Groups.

E.   Security Risk Group Safety Threat Members.  Any inmate designated as a Security Risk Group Safety Threat Member shall be classified to Overall Risk Level 4 and placed in a Close Custody unit in accordance with Administrative Directive 6.14, Security Risk Groups. An inmate released from the Department while designated as a Security Risk Group Safety Threat Member shall be readmitted in on the same status. The Director of Central Intelligence shall review the designation in accordance with Administrative Directive 6.14, Security Risk Groups.

13.  <u>Risk Level Reclassification from Community Placement</u>.  Risk Level
     increases from Overall Risk Level 1 for inmates remanded to custody and
     whose Community Release has been revoked, requires a risk
     reclassification hearing. Also, the Community Enforcement Supervisor
     shall provide the inmate with the following:

     A.  Within 72 hours of the re-incarceration, a statement of reasons
         for the proposed increase from Risk Level 1 status except in cases
         that may cause a security problem or undue harm to the public;
     B.  A copy of any documents pertaining to such statement of reasons
         unless the security of the facility and public warrants otherwise.
     C.  A notification of the date, time, and location of a hearing on
         such proposed revocation.  This notice shall state that the inmate
         may appear at such hearing with a correctional advocate as a
         representative and present documents at such hearing on the
         inmate's behalf.

         Any inmate in community placement status and returned to a Level 2
         or higher security facility shall have a classification hearing
         within 14 days of return to the facility.  This time limit may be
         extended for cause.  A disciplinary hearing shall not substitute
         for a classification hearing.  A classification hearing shall not
         consider disciplinary matters unless the inmate has been found
         guilty of an offense under Administrative Directive 9.5, Code of
         Penal Discipline.  A classification hearing may consider
         reclassification for a nonchargeable matter and return the inmate
         to a higher security facility prior to a disciplinary hearing on a
         chargeable offense.  Classification shall not be used to avoid a
         disciplinary hearing for an inmate.  Records of the disciplinary
         hearing, including information provided by the inmate, shall be
         forwarded to the counselor supervisor or higher authority as
         appropriate.  If the inmate's assignment to Risk Level 1 is
         revoked, the counselor supervisor or higher authority shall state
         the reasons in writing and change the risk level.  The risk score
         will be increased to Overall Risk Level 2, except in the case
         where new information would result in a level increase due to a
         change in one of the risk factors.
     D.  Not withstanding the above provisions, this criterion shall not
         interfere with the use of discretion invoking incremental
         sanctions by a Community Enforcement Officer or higher authority
         for technical, non-criminal violations to include, but not be
         limited to intervention, increased programming, detoxification and
         electronic monitoring through the Community Release Intervention
         Program as enumerated below:

         1.  inmates shall be temporarily remanded by the Community
             Enforcement Unit with CN 9202, Re-Admission Tracking Form,
             placed in the master file and so noted on the Classification
             History Log in the master file;
         2.  no classification transaction shall be required, unless it
             has been determined that the inmate will not be placed back
             into the community;
         3.  Records staff shall notify Addiction Services when an inmate
             is returned for a positive urinalysis so as to provide

4.    the Community Enforcement Unit shall review and track each case and make necessary modifications to the inmate's Conditions of Release for reinstatement into the community; and

5.    if it is determined by the Unit Administrator, in consultation with the Director of Community Enforcement, that the inmate is not appropriate for re-release, the inmate shall then be scheduled for a reclassification hearing and reviewed for an overall level increase as appropriate and considered for a transfer to a sentenced facility if the inmate has greater than 15 days to discharge.

14.    <u>Risk Level Reclassification Resulting from New Information</u>.  Whenever new information is received that is relevant to an inmate's risk or needs classification, a reclassification review shall occur.

15.    <u>Inmate Involvement</u>.  An inmate should be involved in program decisions to the extent feasible.  The inmate shall be seen by classification staff for every objective classification action except Percentage-of-Time Reviews unless the inmate is denied.  The inmate may appear before the classification staff as required by this Directive, as long as the appearance does not jeopardize the safety and security of the facility, its staff, or other inmates.  If an appearance of the inmate is required, the inmate shall receive notice 48 hours prior to classification review.  An inmate may waive, in writing, the notice requirement or any appearance.  Within five (5) days of a classification decision, the decision, including the overall risk score and need ratings assigned the inmate as well as any changes of these ratings shall be shared with the inmate in writing.  A classification decision may be appealed to the Unit Administrator or designee within 15 days of the decision.

16.    <u>Level of Review Required for Classification Reviews</u>.  The Unit Administrator shall designate staff within the unit responsible for classification reviews and assignments.  With the exception of classification assignments made by the Director of Offender Classification and Population Management, classification decisions may be appealed to the Unit Administrator.  The Unit Administrator shall respond in writing within 15 business days of receipt of the appeal.

17.    <u>Inmate Supervision Requirements</u>.  Supervision requirements during transport shall be in accordance with Administrative Directive 6.4, Transportation and Community Supervision of Inmates.  All other inmate supervision outside the facility's perimeter with the exception of Administrative Directive 9.8, Furloughs, shall be governed by an inmate's Risk Level in accordance with the following:

A.    An inmate classified as Level 3, Level 4 or Level 5 shall be excluded from a job or program assignment that is outside the facility's security perimeter.

Any Security Classification Level 3, 4 or 5 inmate, who is to be moved beyond the facility's security perimeter, shall be managed in accordance with Administrative Directive 6.4, Transportation

and Community Supervision of Inmates.

B.   Any Risk Level 2 or 1 inmate assigned to a facility, who is placed
     on an outside job or program assignment, shall have intermittent
     observation by staff or an agent of the Department at a minimum of
     once every two (2) hours or continuously if deemed to be
     appropriate by the Unit Administrator or designee.


18.   <u>Other Classification Actions</u>.

A.   <u>Outside Work Assignments</u>.  The Unit Administrator shall be the
     approving authority for any inmate placed on an outside job or
     program assignment.  An inmate shall be classified as an Overall
     Level 2 prior to review and meet the following additional criteria
     to be considered for outside job or program assignment:

     1.   No sex offense or history;
     2.   No high notoriety crime;
     3.   No Class A felony unless voted to Parole;
     4.   Not less than 30 days at the facility unless on outside
          clearance status at sending facility prior to transfer;
     5.   No Class A disciplinary offense convictions or pending
          disciplinary charges within 120 days; and
     6.   No Class B disciplinary convictions or pending disciplinary
          charges within 90 days.

     Any inmate approved or being considered for outside clearance who
     has been denied parole, shall be evaluated by the Unit
     Administrator to assess the appropriateness of outside clearance.

B.   <u>Facility Based Work Release and Education Release Eligibility
     Criteria</u>.  An inmate may be placed in a facility based work
     release and education release as appropriate when the following
     criteria are met:

     a.   classified Level 2;
     b.   remain discipline free of a Class A offense during the
          preceding 120 days;
     c.   remain discipline free of a Class B offense during the
          preceding 60 days;
     d.   no escape(s) or return from escape within one (1) year;
     e.   no community release program failures during the preceding
          six (6) months;
     f.   have no pending charges or detainers;
     g.   have no sex offender history except prostitution;
     h.   favorable recommendations for inmates with mental health
          need scores greater that three (3) shall be forwarded to the
          Director of Health, Mental Health and Addiction Services for
          approval to ensure continuity of care; and
     i.   must not be serving the mandatory portion of Driving While
          Intoxicated, 14-227(a) or a Driving Under Suspension offense
          that originally was related to a Driving While Intoxicated,
          14-215(c) sentence.

C.    <u>Indeterminate Sentences</u>.  The Commissioner may release any inmate sentenced to an indeterminate sentence pursuant to Connecticut General Statutes 21a-277(d) or 21a-279(e) at any point during that sentence.  The Unit Administrator may recommend release at any time during the sentence.  Only favorable recommendations shall be forwarded to the Commissioner's Office via the Director of Offender Classification and Population Management. The initial review shall be made after the completion of Initial Classification and a 30-day period of confinement.  If denied, the Unit Administrator shall set another review date no more than six (6) months from the decision date. Each review and disposition shall be documented on the Inmate Classification History Form in Section 5 of the Master File.

19.    <u>Exceptions</u>.  Any exception to the procedures in this Administrative Directive shall require prior written approval of the Commissioner.

# EXHIBIT J

A.D. 8.1, Scope of Health Services Care
Prepared for signature 7/14/99 - effective 8/16/99

1.  <u>Policy</u>.  The Department of Correction shall provide a range of health
    services to deliver an appropriate standard of care to the inmates under
    the care of the agency.

2.  <u>Authority and Reference</u>.

    A.  Connecticut General Statutes, Sections 18-81, 20-168, 20-170
        through 20-175, 20-179, 20-184a through 20-184e, 20-185a through
        20-185d, 19-13-D8v(a) through 19-13-D8v(b), 21a-301 through 21a-
        308, 21a-308-2 through 21a-308-4, 53a-70, 54-131-A through
        54-131-G and Chapter 379.

    B.  American Correctional Association, Standards for Adult
        Correctional Institutions, Third Edition, January 1990, Standards
        3-4326 through 3-4331, 3-4335, 3-4343 through 3-4348, 3-4350, 3-
        4351, 3-4353 through 3-4361, 3-4363, 3-4365 and 3-4366.

    C.  American Correctional Association, Standards for Adult Local
        Detention Facilities, Third Edition, March 1991, Standards 3-ALDF-
        4E-01 through 3-ALDF-4E-06, 3-ALDF-4E-08, 3-ALDF-4E-19 through 3-
        ALDF-4E-24, 3-ALDF-4E-26, 3-ALDF-4E-27, 3-ALDF-4E-28, 3-ALDF-4E-
        30, 3-ALDF-4E-31, 3-ALDF-4E-33, 3-ALDF-4E-35 and 3-ALDF-4E-36.

    D.  American Correctional Association, Standards Supplement, 1992.

    E.  National Commission on Correctional Health Care, Standards for
        Health Services in Prisons, 1992.

    F.  National Commission on Correctional Health Care, Standards for
        Health Services in Jails, 1992.

    G.  Connecticut Comprehensive Drug Laws, Department of Consumer
        Protection, January 1995.

    H.  The Public Health Code of the State of Connecticut and other
        Department regulations, 1990, sec. 19-13 D51.

    I.  U.S. Department of Justice, National Institute of Corrections,
        p. 46.

    J.  State of Connecticut, Department of Income Maintenance, 177, E 1a,
        111a-j.

    K.  State of Connecticut, Public Acts 89-246 and 89-383.

    L.  Doe vs Meachum, Civil Action No. H-88-562 (PCD), November 2, 1990.

    M.  Lareau vs Manson, Civil No. H 78-145, September 17, 1981.

    N.  West vs Manson, H 83-366 (AHN), April 23, 1987.

    O.  Citation by the Department of Consumer Protection, Drug Control
        Division, February 1, 1995.

    P.  American Medical Association Program to Improve Medical Care and
        Health Services in Correctional Institution: 1004, 1021, 1026,
        1027, 1032, and 1033.

    Q.  National Institute of Law Enforcement and Criminal Justice Health
        Care in Correctional Institutions; Edward Brecker and Richard
        Penna, MD, 1975 1.11; 3.5.

    R.  American Nurses' Association/Council of Community Health
        Nurses/Standards of Nursing Practice in Correctional Facilities,
        1985.

    S.  Prison Health Care: Guidelines for the Management of an Adequate
        Delivery System, Jaye Ano.

    T.  Administrative Directives 6.6, Reporting of Incidents; 8.3,
        Pharmacy Services; 8.4, Dental Services; 8.5, Mental Health
        Services; 8.13, Sex Offender Programs; and 9.2, Inmate

Classification.

3.  <u>Definitions</u>.  For the purposes stated herein, the following definitions apply:

    A.  <u>Health Services Staff</u>.  Any staff person employed by the Department of Correction, or the Department of Correction's provider for health services, on a part time, contractual, or full time basis whose primary responsibility is to provide health services to inmates remanded to the care and custody of the Commissioner of Correction.  Any student intern or volunteer under the supervision and direction of health services shall also be considered health services staff.

    B.  <u>Medical Hold Status</u>.  A situation where transfer of an inmate is not advised because of health related reasons.

4.  <u>Scope of and Access to Care</u>.  Based upon a clinical indication of need and/or as specified in this Directive, access to the following health services shall be provided to an inmate as appropriate.

    A.  <u>Intake Screening Health Assessment</u>.

        1.  Qualified Health Services staff shall conduct a comprehensive health screening of each newly admitted inmate, or an abbreviated health screening for each inter-facility transferred inmate, prior to placement of the inmate in general population.  In the event of a referral from the admitting and processing staff member for an immediate screening and assessment, a qualified Health Services staff member shall promptly conduct an intake or transfer health screening and assessment.  Each health screening, whether conducted in the medical unit or at another location, shall be conducted in private and shall be documented on form CN 9302, Intake Health Screening, or HR005, Transfer Summary, Attachment B, as appropriate. When the assessment has been completed, triage shall be conducted with appropriate referral, if indicated based upon an evaluation of need, to the physician, dentist, mental health professional, and/or other appropriate provider, for the initiation and/or continuation of treatment.  Transfer to a community health facility or correctional infirmary for emergency care shall be provided immediately when necessary.

        2.  Each newly admitted inmate shall receive a Mantoux (PPD) tuberculin skin test on the day of admission, when clinically appropriate, to be read within 48-72 hours.  For inmates from other Department of Correction facilities, the transfer summary form is to be reviewed for evidence of a PPD skin test within the past year.

        3.  Medical and mental health scores shall be assigned to each inmate by appropriate staff, in accordance with Administrative Directive 9.2, Inmate Classification.

        4.  An inmate requiring imminent medical, dental or mental health intervention during placement at the intake facility, shall be placed in Medical Hold Status until the physician has determined that the inmate's immediate health needs have been met.  An inmate shall not be transferred from the

intake facility to another Department of Correction facility until the inmate has been cleared by qualified health services personnel for transfer.

5.    Written and verbal instruction describing all available health services, including but not limited to, emergency health care, sick call, access to medication, dental and mental health services and the procedures for accessing the above services, shall be provided to each inmate by qualified Health Services personnel upon intake and transfer screening.

6.    Upon the admission of a minor inmate to the Department of Correction, Health Services staff shall send a copy of form HR306, Consent for Treatment of Minor, Attachment A, to the inmate's parents or guardian for authorization to provide routine medical and dental care.  Failure to obtain parental response shall not prevent the initiation of routine intake procedures or provision of emergency care when necessary.

B.    <u>Health Assessments and Periodic Health Examinations</u>.

1.    The Director of Health Services or designee shall approve procedures and protocol for medical, dental and mental health exams.

2.    A health assessment shall include an evaluation of medical, mental and dental health as performed by qualified Health Services staff within 14 days of admission to the Department of Correction.  An intake health and mental health assessment of each inmate shall be completed and associated data shall be collected and recorded in the health record.  Upon intake admission or transfer to a Department of Correction facility, each inmate shall be provided with written information describing available dental services and procedures for accessing the services.

3.    Each female inmate sentenced to more than two (2) years shall receive a health assessment within 48 hours of admission.  The health assessment shall be completed by a physician, mid-level provider or specially trained Registered Nurse.  Each unsentenced female inmate shall receive the same type of health assessment by the same level of staff within 96 hours of admission.

4.    Each newly admitted inmate who claims to have or is believed to have HIV infection, shall receive a comprehensive health history and physical examination by a physician or mid-level provider, within 96 hours of admission.  In those Department of Correction facilities in which this staff is present two (2) or fewer times each week or during holiday weeks, the above examination shall be completed within seven (7) days of admission.

5.    A routine dental examination shall be provided to each HIV infected inmate within 10 weeks of admission and/or diagnosis of HIV infection and shall include a dental examination for abnormalities indicative of HIV infection.  An HIV infected inmate referred with a dental condition that is severe and painful shall have a dental examination by a dentist within 72 hours of referral.  An HIV infected inmate

referred with a dental condition that is severe but not painful shall have a dental examination within seven (7) days of referral.  The dental examination shall include a treatment plan.

6.   Each HIV infected inmate shall be made aware of the availability of mental health services and upon request shall be referred to a mental health staff member for further assessment.  When a referral for mental health assessment is clinically indicated, a referral shall be initiated and a mental health assessment shall be conducted by a qualified mental health professional within five (5) working days.

6.   Each inmate shall receive a periodic health assessment as determined by the responsible physician.

C.   Outpatient Services.

1.   The Director of Health Services or designee shall approve treatment protocols for routine and unscheduled sick call visits.

2.   Each Health Services unit shall conduct routine sick call within the facility.  Each facility's Health Services Unit shall develop procedures for daily and timely triage of inmate sick call requests in accordance with Unit Directives.

3.   Each facility shall develop health education programs consistent with the needs of the institution and the available health care personnel.  At the time of admission to each Department of Correction facility each inmate shall be educated both verbally and in writing as to the procedure for accessing routine and emergency health care.  At a minimum it is the responsibility of all health care providers to ensure that each inmate is fully informed of any specific health problems which may exist.  The inmate shall be oriented to the nature of the illness, the prognosis, and about the care of the illness, including medications and the need for periodic or follow-up care.

D.   Infirmary Services.

1.   Health Services shall maintain infirmaries which shall provide 24 hour skilled nursing care for inmates.  A Registered Nurse shall be responsible for planning, organizing and administering infirmary nursing services.  A physician shall be responsible for health care and shall make rounds at least every 48 hours.  An on-call physician shall be available 24 hours a day for telephone consultation.

2.   All admissions to or discharges from the infirmary shall be authorized by the appropriate health care professional.

E.   Ancillary Services.

1.   Each Health Services unit shall assure that appropriate laboratory and radiology services are available for the testing of inmates in a timely manner.

2.    The laboratory and radiology service shall verify each
      abnormal test result.  The laboratory and radiology service
      shall be directed to telephone the Health Services Unit when
      an abnormal result occurs.  A telephone advisory from the
      laboratory or radiology service shall be communicated
      immediately by the staff member receiving the call, to the
      physician for appropriate clinical intervention.
      The responsible physician shall review, evaluate, and sign
      each laboratory and/or x-ray report.  The report shall then
      be filed in the appropriate inmate health record.

F.    <u>Specialty Services</u>.

      1.    Each Health Services unit shall ensure access to specialty
            services for inmates when clinically indicated.
      2.    The Utilization Review Committee shall utilize accepted
            clinical criteria approved by the Director of Clinical
            Services to determine if off-site specialty services are
            appropriate on a case-by-case basis.
      3.    An inmate with a pending medical procedure or off-site
            health appointment shall be placed on Medical Hold Status
            until the scheduled health care has been provided.

G.    <u>Emergency Services</u>.

      1.    Health Services staff shall be trained in and familiar with
            Department and facility emergency plans.  Trained medical
            and non-medical staff shall provide life support for an
            acute illness or an unexpected health need, in the event of
            a health emergency.
      2.    The Director of Health Services or designee shall approve,
            implement and maintain a comprehensive, written emergency
            plan, which shall address plans for disasters and mass-
            casualties, in consultation with the Deputy Commissioner of
            Field and Security Operations.  Each responsible Health
            Services Administrator, in collaboration with the
            responsible facility physician and Unit Administrator, shall
            modify the plan for facility specific application, and
            ensure that a copy of the plan is secured in the Health
            Services Unit.  The health aspects of the prison's emergency
            plan are approved by the health authority and the Facility
            Administrator.  The Health Service Unit's emergency plan
            shall be practiced, documented, and critiqued at least
            annually, so that all health staff are familiar with
            emergency preparation.  Policy and procedures for health
            care services shall be coordinated with the security plan,
            incorporated into the institution's overall emergency plan,
            and made known to all personnel.
      3.    In the event of a health emergency, appropriate Health
            Services staff immediately report the nature of the
            emergency to a custody supervisor and shall complete an
            Incident Report and Medical Incident Report in accordance
            with Administrative Directive 6.6, Reporting of Incidents.

H.    <u>Pharmacy Services</u>.  The Department shall provide pharmacy services
      for each inmate as clinically appropriate in accordance with

Administrative Directive 8.3, Pharmacy Services.

I.   <u>Dental Services</u>.  The Department shall provide dental services for each inmate as clinically appropriate in accordance with Administrative Directive 8.4, Dental Services.

J.   <u>Mental Health Services</u>.  The Department shall provide mental health services for each inmate as clinically appropriate in accordance with Administrative Directive 8.5, Mental Health Services.


K.   <u>Sex Offender Programs</u>.  The Department shall provide sex offender programs for each inmate as clinically appropriate in accordance with Administrative Directive 8.13, Sex Offender Programs.

5.   <u>Continuity of Care</u>.  Continuity of care shall be provided from admission to discharge from the facility and shall include referral to community resources when indicated.

6.   <u>Reviews and Reports</u>. Communication shall occur routinely and frequently between Health Services and custody staff.  Routine incident reports shall be completed by Health Services staff in accordance with Administrative Directive 6.6, Reporting of Incidents. Each policy and procedure in the health care delivery system shall be reviewed at least annually and revised as necessary under the direction of the Director of Health Services.  The Director of Health Services shall be provided monthly statistical and narrative reports by each facility on health care delivery.

7.   <u>Exceptions</u>.  Any exception to the procedures in this Administrative Directive requires prior written approval from the Commissioner.