UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2004 MAY 18 P 5:48
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Luis Fernandez                :   PRISONER
                              :   Civil No. 3:02CV2252
V.                            :   (CFD) (WIG)
                              :
John Armstrong, et al         :   May 14, 2004

## PLAINTIFF'S MOTION OPPOSING STATEMENT TO DEFENDANTS' LOCAL RULE 56(A)(1) STATEMENT

The Plaintiff, Luis Fernandez, Pro Se and pursuant to Rule 56(A)(2), submits the following opposing statement disputing major facts and defendants conceded facts in local Rule 56(A)(1) statement that would be determined at trial.

1. The plaintiff is currently in custody of the Department of Corrections of MacDougall-W.C.I. in Suffield, CT after being transferred from Cheshire C.I. in Cheshire as defendants attempt to 'moot' the injunction relief requested in the Amended Complaint.

2. The plaintiff is serving a none violent crime sentence currently were after sentence he was transferred from Walker Correctional Ins. in Suffield, Conn. to Cheshire C.I. at Cheshire, CT on Nov. 9, 2001 approx. 9:00 PM Friday.

1 of 6

3. The plaintiff Amended Complaint consist of undisputed Attached marked Exhibits 'A' threw 'L' in the factual paragraphs '1' threw '10' in claim I and '1' threw '9' factual paragraphs in claim II. (see Plaintiff Amended Complaint).

4. The plaintiff is not a threat to the Departments of Correctional in Connecticut nor a safety or security problem to a staff or an inmate.

5. The plaintiff while currently at Cheshire D.O.C. in Cheshire CT. was deprived of the basic items of human need to keep a clean hygiene, denied access to the Courts and social letter depriving him for no reason at all of the minimal civilized measure of life's necessities, opportunity to shower, wash and brush his teeth by obstructing and barrier's placed denying and rejecting remedies. (see Plaintiff's Affidavit in opposition to defendant's Motion for Summary Judgment).

6. The Department of Correctional Cheshire where the plaintiff was held did not provided inmate's who cannot afford to purchase items in the Commissary with basic items of hygiene nor social letter or meaningful assistance for accessing the Courts. (see plaintiff Affidavit and Amended Complaint para 1).

7. The plaintiff requested 'care' package and life's

necessities for week's while holding in his spendable account balance of 0.16 ¢ which requests were not honored leaving the plaintiff without the minimal civilized measure of life's necessities and deprived of basic items of human need to keep a clean hygiene. (see plaintiff Affidavit and Amended Complaint).

8. Even after the plaintiff was moved from North Block 1 cell 18 on 8/12/02 to South Block 6 cell 03 no reasonable or meaningful assistance was provided to access the courts and deprived of the minimal civilized measure of life's necessities with no justification while holding in his inmate trust account spendable balance 0.16 ¢ acknowledged by defendant Grievance Coordinator AHMED. (see plaintiff Affidavit and Amended Complaint).

9. On About August 7, 2002, the plaintiff submitted an Grievance Form A, level 1 regarding the deprivation of basic items of hygiene while not able to purchase items in the commissary which disposition denied and reviewed by defendant WARDEN Hector Rodriguez on 8/9/02 were the plaintiff Appealed by submitting on 9/17/02 an inmate Grievance form B, level 2 & 3 but no Appeal disposition or review was provided or a Respond to the Inmate Grievance form B, level 2 & 3. (see plaintiff Affidavit and Amended Complaint).

10. There was no isolated reasons to deprived the plaintiff of basic elements of hygiene were defendants, C.T.O. Wanda Booker, H Rodriguez, and Ahmed did so arbitrarily when fair procedures that would have prevented arbitrariness were ignored. (See Plaintiff Affidavit and Amended Complaint).

11. The defendant Counselor Gallick intentionally obstructed and interfered with plaintiff meaningful access to the court and denied hygiene items for the purpose of punishing the plaintiff for filing love grievances which the plaintiff submitted on 8/19/02 an love Emergency Grievance Form A, level 1 return disposition rejected by the reviewer defendant Warden Hector Rodriguez and Appealed on 8/23/02 submitting an Inmate love Emergency Grievance Form B, level 2 & 3 but no disposition or respond was provided to this Administrative Procedure. (See Plaintiff Affidavit and Amended Complaint).

12. Furthermore, the plaintiff had petition the government for redress of grievances against the defendants who failed to act or provide meaningful reasonable assistance with basic elements of hygiene items and access to court and social lettering. (See plaintiff Affidavit and Amended Complaint).

13. Moreover, the defendant Grievance coordinator AHMED acknowledge plaintiff lack of basic hygiene items and without shower for weeks. (see Plaintiff Affidavit and Amended Complaint).

14. Also, defendant Warden Hector Rodriguez was aware or should have known of plaintiff's status without funds to purchase items in commissary and that weeks had passed where the plaintiff was not able to shower or brush his teeth which the Grievances submitted provided this information to the reviewer defendant Warden Hector Rodriguez. (see Plaintiff Affidavit and Amended Complaint).

RESPECTFULLY SUBMITTED

Luis Fernandez  pro se
M.W.C.I.
1153 East Street South,
Suffield, CT 06080

## CERTIFICATION

I hereby Certify that the foregoing, A Copy, was mailed to the following defendants Attorney on this 14 day of MAY, 2004.

Robert F. Vacchelli,
Ass. Att. Gen.
110 Sherman Street,
Hartford, CT 06105

_____
Luis Fernandez
Pro Se

6 of 6