UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez                          PRISONER

V.                          CASE NO. 3:02CV2252
                                  (CFD)(WIG)

JOHN ARMSTRONG, et al.      :    MAY 14, 2004

## PLAINTIFF NOTICE OF MANUAL FILING

Please take notice that Plaintiff, Luis Fernandez Pro Se, have manually filed the following documents:

1. Exhibits 1 thru 5 to Plaintiff Affidavit In opposition to Defendant's Motion for Summary Judgment.

2. Exhibits 6 thru 8 to Plaintiff's Brief in Opposition to Defendants' Memorandum in Support of Motion for Summary Judgment.

3. Exhibit 1 to Plaintiffs' Motion FOR Appointment of Counsel (renew motion).

4. Exhibits 'A' thru L to Plaintiff Amended Complaint undisputed.

1 of 2

RESPECTFULLY SUBMITTED

Luis Fernandez Pro SE
M.W.C.I.
1153 East Street South,
Suffield, CT 06080

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following defendants Attorney on 14th day of May, 2004.

Robert F. Vacchelli,
Ass. Att. Gen.
110 Sherman Street,
Hartford, CT 06105

Luis Fernandez
Pro Se

2 of 2