UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez

**FILED**
2004 MAY 18 P 5:48
U.S. DISTRICT COURT
BRIDGEPORT, CT

PRISONER

v.

Case 3:02CV2252
(CFD)(WIG)

John Armstrong, et. al.    :    MAY 14, 2004

## PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Plaintiff request this Court to deny the defendants' motion for Summary Judgment. The plaintiff disagree's with defendants' allegation of reason that there is no genuine issue as to any material fact, the plaintiff's evidence proof material facts left out by the defendants', and the evidence the plaintiff relys' on would be sufficient to support a verdic in plaintiff favor.

1. The eleventh Amendment <u>does not</u> bar either injunctive or damage suits against individual officials or Prison employees. Also, eleventh Amendment <u>does not</u> bar this action against the defendants in their official capacities for violation of Prison regulations which weigh against immunity.

2. Prospective Relief are not suits against the state permits the use of § 1983 when such relief is sought.

3. The Court may also grant injunctive relief if a real and immediate threat exists that the plaintiff will be the victim of an unconstitutional action.

4. The Plaintiff allegations in the Amended Complaint are clearly true and supported with attached marked Exhibits in the factual paragraphs which entitle the plaintiff of relief.

5. The defendants participation or responsibility are demostrated in action of inaction of wanton and reckless for the plaintiff right.

6. The defendants qualified immunity is inapplicable in this case.

7. The District Court has Jurisdiction in this case.

In support thereof, the Plaintiff has submitted opposing statement disputing major facts, Affidavit's and Exhibits and brief.

RESPECTFULLY SUBMITTED

Luis Fernandez Pro Se
M.W.C.I.
1153 East Street South,

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following defendants attorney on 14th day of May, 2004.

Robert F. Vacchelli,
Ass Att. Gen.
110 Sherman Street,
Hartford, CT 06105

Luis Fernandez
Pro Se