UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez                  :      PRISONER
Pro Se                          :      FILED
                                :      Case: 3:02CV2252
                                       2004 OCT 14 P 11:39 (CFD)(WIG)
v.                              :
                                       U.S. DISTRICT COURT
                                :      OCT. 11, 2004
Commissioner J. Armstrong, et al.

## MOTION FOR EXCEPTION

Now Comes, the plaintiff understanding the standards for PRO SE Complaints are held to less stringent standards, Hugh V. Poe, 453 F.2d 1971, viewed without regard for technicalities citing Jones V. Rundle, 453 F.2d 147, were the plaintiff Luis Fernandez files this MOTION FOR EXCEPTION since Luis Fernandez pleaded pro se for the protection of his civil rights, "this pleading must be viewed without regard for technicalities," Pro se less stringent standards than formal pleadings drafted by lawyers. see, (Haines V. Kerner) 92.

RESPECTFULLY SUB.,

_____
Luis Fernandez  Pro Se
1153 east St South,
Suffield, CT 06080

1 of 2

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following defendants attorney on this 11 day of Oct. 2004,

Robert F. Vacchelli,
Ass. Att. Gen.
110 Sherman St.,
Hartford, CT 06105

Luis Fernandez
Pro Se

2 of 2