UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ<br>PRO-SE     2004 NOV -4 P 3:48 | : | PRISONER<br>CASE NO. 3:02CV2252<br>(CFD)(WIG) |
| V. | : | |
| JOHN ARMSTRON, ET AL. | : | OCT. 27, 2004 |

## PLAINTIFF'S MOTION IN REPLY TO DEFENDANTS MEMORANDUM IN RESPONSE TO PLAINTIFF'S MOTION FOR EXCEPTION

Now comes the plaintiff pro se holding to "less stringent standards than formal pleading drafted by lawyers," Citing Hughes v. Rowe, 449 U.S. 5, 101 S.ct. 173 (1980), Requesting the Court to deny or overrule defendants Memorandum In response to Plaintiff's Motion For Exception which Memorandum is without merit.

### SPECIFIC FACTS

1) The plaintiff is currently incarcerated and the Right to proceed pro se is fundamental statutory Right that is Afforded highest degree of protection see Devine v. Indian River Country School B.D., 121 F.3d 576 (11th cir. 1997), which plaintiff pleaded pro-se in this

1 of 3

case, were for the protection of his civil rights request in The MOTION FOR EXCEPTION, this pleading must be viewed "without regard for technicalities", Citing Jones V. Rundle, 453 F.2d 147; And Hugh V. Poe, 453 F.2d 1471.

Most important, Courts will go to particular pains to protect Pro-se litigants against Consequences of technical errors if injustice would otherwise Result, Citing U.S. V. SANCHEZ, 88 F.3d 1243 (D.C. Cir. 1996) see, Also, Lipsky V. Commonwealth United Corp., 551 F.2d 887, 893 (2d Cir. 1976) "Courts should not tamper with the pleadings unless there is a strong reason for so doing," Where defendants did not provide A strong reason nor dispute the fact of Pro-se protection being a well established Right in the law.

## Conclusion

Wherefore, the plaintiff Pro-se Request this Court Accordingly should deny or overrule defendants "Memorandum In Response to plaintiff's MOTION FOR EXCEPTION" which is without Merit.

RESPECTFULLY SUBMITTED,

_Luis Fernandez_ Pro-se
M.C.I.
1153 east St. South, Suffield, CT 06080

2 of 3

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 27 day of OCT. 2004.

Robert F. Vacchelli,
Ass. Att. Gen.
110 Sherman St.,
Hartford, CT 06105

Luis Fernandez
Pro-SE

C.C.