UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER<br>CIVIL NO. 3:02CV2252 (CFD)(WIG) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | NOVEMBER 5, 2004 |

### DEFENDANTS' MEMORANDUM IN RESPONSE TO PLAINTIFF'S MOTION IN REPLY

By pleading dated October 27, 2004 titled "Plaintiff's Motion in Reply to Defendants' Memorandum in Response to Plaintiff's Motion for Exception", plaintiff objects to defendants' position against plaintiff's Motion for Exception in this case.

Because defendants are required to respond to the pro se inmate's pleading or risk that it may be granted absent objection, defendants herein reiterate that they are opposed to plaintiff's position on this topic for the reasons explained in their Memorandum in Response to Plaintiff's Motion for Exemption dated October 21, 2004.

DEFENDANTS
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____/s/_____
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct05222
E-Mail:  robert.vacchelli@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

2

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 5th day of November, 2004:

Luis Fernandez, Inmate No. 279900
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT  06080

_____/s/_____
Robert F. Vacchelli
Assistant Attorney General