

# The Jerome N. Frank Legal Services Organization

YALE LAW SCHOOL

January 13, 2003

Luis Fernandez   #279900
Cheshire CI
900 Highland Ave
Cheshire, CT   06410

Dear Mr. Fernandez:

    We received your letter dated November 17, 2002 requesting assistance with your pending federal civil rights complaint. Unfortunately, this office is unable to provide the assistance you request. This office is staffed primarily by law student interns and lacks the resources to accept additional cases of this nature at this time. We are returning the copy of the complaint you enclosed with your letter.

    We regret that we are unable to assist you and wish you the best of luck.

Sincerely,

Brett Dignam

BD/kld

Enclosure

## BRENNER, SALTZMAN & WALLMAN LLP

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

NEWTON D. BRENNER, P. C.
STEPHEN L. SALTZMAN, P. C.
MARC A. WALLMAN, P. C.
DAVID R. SCHAEFER, P. C.
STUART JAY MANDEL, P. C.
DONALD W. ANDERSON, P. C.
SAMUEL M. HURWITZ, P.C.
WAYNE A. MARTINO, P. C.
JOHN R. BASHAW
MITCHELL S. JAFFE, P. C.
ALICE J. MICK, P. C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV, P.C.
JENNIFER DOWD DEAKIN, P.C.

271 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06511

203-772-2600

FACSIMILE: 203-562-2098
E-MAIL: postmaster@bswlaw.com

MICHELLE S. GOGLIA
ROWENA A. MOFFETT

OF COUNSEL
SHARON KOWAL FREILICH

PLEASE REPLY TO:
POST OFFICE BOX 1746
NEW HAVEN, CT 06507-1746

January 31, 2003

Luis Fernandez
I.D. No. 279900
Cheshire C.I.
900 Highlan d Ave.
Cheshire, CT  06419

Dear Mr. Fernandez:

We have read your letter dated January 28, 2003.

I am very sorry that we are unable to represent you at this time.

Pursuant to your request, I am returning herein the paperwork that you sent to me.

Very truly yours,

Rowena A. Moffett

RAM:dwc
Enc.

document2

# Paul Hastings

Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard, Stamford, CT 06901-2216
telephone 203-961-7400 / facsimile 203-359-3031 / internet www.paulhastings.com

Atlanta
Beijing
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Stamford
Tokyo
Washington, D.C.

(203) 961-7413
charleslee@paulhastings.com

February 4, 2003

09001.01002

Mr. Luis Fernandez
# 279900
Cheshire Correctional Center
900 Highland Avenue
Cheshire, CT  06410

RE:   **REPRESENTATION**

Dear Mr. Fernandez:

This is in response to your correspondence dated January 22, 2003. Please be advised that Paul Hastings respectfully declines to accept the representation described in your letter.

Very truly yours,

Charles T. Lee
of PAUL, HASTINGS, JANOFSKY & WALKER LLP

CTL/slm

STM/243228.1

**ROME McGUIGAN SABANOSH, P.C.**
ATTORNEYS AT LAW

A. Ryan McGuigan
Direct Dial: 860-493-3596
E-Mail: rmcguigan@rms-law.com

RESPOND TO:

One State Street
Hartford, CT 06103-3101
860-549-1000
Fax 860-724-3921
www.rms-law.com

March 6, 2003

**PRIVILEDGED AND CONFIDENTIAL**

Luis Fernandez #279900
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

Dear Mr. Fernandez:

I do not handle these types of cases. I have returned the materials you forwarded to my office. I wish you the best of luck.

Sincerely,

A. Ryan McGuigan

ARM/cbj

350208

ALSO LOCATED:

1000 Lafayette Boulevard
Bridgeport, CT 06604-4700
203-382-8000
Fax 203-382-8005

## EVANS, FELDMAN & BOYER, L.L.C.
### ATTORNEYS AT LAW

JACK H. EVANS
RICHARD C. FELDMAN
PHOEBE B. BOYER*
KEITH R. AINSWORTH
JAMES P. BROCHIN

*RETIRED

261 BRADLEY STREET
P.O. BOX 1694
NEW HAVEN, CONNECTICUT 06507-1694

TELEPHONE
(203) 772-4900

TELECOPIER
(203) 782-1356

March 24, 2003

Mr. Luis Fernandez
Cheshire Correctional Institute
Id no. 279900
900 Highland Avenue
Cheshire, CT 06410

Dear Mr. Fernandez:

    We are returning herewith your letter of February 19, 2003. Unfortunately our firm does not handle this area of practice.

Very truly yours,

*Richard C. Feldman*

Richard C. Feldman

RCF:ja
Enclosure

# LAW OFFICE OF TODD A. BUSSERT
www.bussertlaw.com

Todd A. Bussert
Admitted in CT, DC and MD

87 MEADOW STREET
NAUGATUCK, CONNECTICUT 06770
(203) 723-2905 • FAX (203) 723-9250
tbussert@bussertlaw.com

October 10, 2003

LEGAL MAIL:
PRIVILEGED & CONFIDENTIAL

Luis Fernandez, #279-900
Chesire Correctional Institution I
900 Highland Avenue
Chesire, Connecticut 06410

RE: *Fernandez v. Warden*
Docket No. 03-3988

Dear Mr. Fernandez:

It was a pleasure to meet you this morning. I am happy that we were able to clarify the issues underlying your petition. Please note that the Habeas Corpus Unit of the Public Defender's Office advises that your ineffective assistance claim involving Attorney Ovian can proceed given that you filed the petition before your sentence in that case expired.

Following on our conversation, enclosed you will find a release directed to Attorney Ovian. I ask that you please sign it before a notary and return it to me at your earliest opportunity. It appears from Attorney Ovian's December 6, 2002 letter to the Grievance Panel that he may already possess many of the transcripts we require. If so, and assuming he has no objection to turning them over, that should help move the process along.

In addition to the release, I ask that you send me all documentation in your possession related to this matter, including the investigator's affidavit, correspondence with Attorney Ovian, FOIA statement and witness information of which you spoke. As you can see from the enclosed letter to the Records Center, I have requested a complete copy of the trial court file.

In closing, let me repeat that I am presently unable to represent you with respect to the § 1983 actions you mentioned. I am available, however, to speak with your mother about your case, should you wish. I simply ask that you provide written, signed authorization outlining the issues you would allow me to address with her; our dealings are confidential, and I will not disclose them to anyone without your express consent.

Sincerely,

Todd A. Bussert

Enclosures



# Koskoff Koskoff & Bieder PC

Law Offices

P.O. Box 1661
Bridgeport, CT 06601

350 Fairfield Avenue
Bridgeport, CT 06604

(203) 336-4421
FAX (203) 368-3244

e-mail: kkb@koskoff.com
www.koskoff.com

Theodore I. Koskoff
(1913-1989)
Michael P. Koskoff
Richard A. Bieder*
Joel H. Lichtenstein
John D. Jessep
Christopher D. Bernard*
Carey B. Reilly
James D. Horwitz
Joshua D. Koskoff
Regina M. Murphy
Antonio Ponvert III
Kathleen L. Nastri
William M. Bloss
Gertrude A. Kiaunis
J. Craig Smith
Cynthia C. Bott
Lillian C. Gustilo

*Certified Civil Trial Advocate
 National Board of Trial Advocacy

Of Counsel
James Wu, LLC
Neal A. DeYoung △
△ Also Admitted in New York

Paralegals
Linda Grossberg
Barbara Larocca
Beth Vogler
Diana V. Orozco
Patricia M. Harris
Marge Esposito
Wendy Grosso
Deborah A. Dinan
Diane C. Rivera
Diane L. Zalewski
Terri L. Beatty
Janet E. Mitchell
Evelyn McGrath

January 10, 2005

Legal Mail

Luis Fernandez
No. 279900
MacDougall C.I.
1153 East Street South
Suffield, CT  06080

Dear Mr. Fernandez:

I am in receipt of your letter dated December 30, 2004. Unfortunately, I will not be able to assist you with your matter.

I wish you the best of luck.

Sincerely,

Antonio Ponvert III

APIII:sc

# Jon L. Schoenhorn & Associates

**Attorneys At Law**

97 Oak Street ■ Hartford, CT ■ 06106-1515

Telephone: (860) 278-3500
Fax: (860) 278-6393
E-Mail: CIVLRIGHTS@AOL.COM

Jon L. Schoenhorn * †
Jennifer L. Bourn
* Also admitted in the District of Columbia
† National Board Certified Criminal Trial Specialist

January 25, 2005

**_Attorney-Client Mail_**

Luis Fernandez #27990
McDougal Correction
1153 East Street South
Suffield, CT 06080

Re:   Civil Rights Cases

Dear Mr. Fernandez:

    Thank you for your recent letter. As you might gather, I receive many letters from inmates such as yourself, describing civil rights cases such as violations by the State of Connecticut and the Department of Corrections. Although I am always angered by mistreatment, whether physical abuse or abuse of the system, please understand that I run a small office and must, unfortunately, decline to represent many of the people who need my help in these cases. Presently, my caseload is too heavy to take on an additional prison civil rights case.

    I hope you won't be discouraged by my response, and will be able to find an attorney interested in handling your case. If you are unsuccessful by your own efforts, I believe the clerk will make additional calls on your behalf if you produce evidence that you were unable to locate someone yourself. You might also try contacting the Connecticut Prison Legal Assistance to Prisoners office in Hartford (10 Grand St., Hartford, CT 06106) for additional suggestions in filing papers yourself.

    Good luck with your suit.

Very Truly Yours,

Jon L. Schoenhorn

JLS:mm
F:\SHARED\GENERAL\PRISONER\Fernandez.wpd



# CCLU

## Connecticut Civil Liberties Union Foundation

32 Grand Street • Hartford, CT 06106
860-247-9823 • Fax: 860-728-0287

December 9, 2004

Luiz Fernandez #279900
MacDougall Correctional Institution
1153 East Street South
Suffield, CT 06080

Dear Mr. Fernandez:

    I am in receipt of your recent letter. Unfortunately, we do not have enough staff or resources to help you with the assistance you requested. We are a private non-profit organization, funded by memberships, donations and fundraising. For this reason, we cannot take on litigation or furnish legal assistance to address the type of claims you

    I suggest you contact Michael Koskoff, Koskoff, Koskoff & Bieder, 350 Fairfield Avenue, Bridgeport, CT 06604, or Jon Schoenhorn, 97 Oak Street, Hartford, CT 06106. They may be able to assist you in your efforts. Good luck and I regret this organization cannot be of more help.

Sincerely,

Annette M. Lamoreaux
Legal Director

AML/scs





Ex. 3

Case 3:02-cv-02252-CFD    Document 51-2    Filed 02/23/2005    Page 12 of 13

# NOTICE TO THE INMATE POPULATION
# REGARDING ACCESS TO CONNECTICUT COURTS
## March 25, 2004

The Connecticut Department of Correction is not obligated to provide inmates with access to court by maintaining law libraries or legal forms in the various correctional institutions. Any such material that may be located in DOC facilities is not intended to serve as a method of providing inmates access to court.

Any inmate who wishes to seek assistance or advice concerning his or her criminal case(s) should contact the attorney or Public Defender's Office, which is representing or assisting you now or has represented or assisted you in the past.

The Department of Correction contracts for the provision of legal assistance to inmates in <u>civil</u> legal matters for issues arising from terms and conditions of confinement. For a description of the extent of such legal service and the format for its provision you should read that section of your Inmate Handbook which is entitled, "Access to Court." If you require assistance in reading or in understanding this section you should contact:

> Inmate's Legal Assistance
> P.O. Box 260237
> Hartford, CT 06126-0237
> 1-800-301-ILAP (4527)

These calls shall be deemed "privileged" in accordance with Administrative Directive 10.7 -- Inmate Communications.

Brian K. Murphy
Deputy Commissioner

Rev. 3/24/04