Ex 5

HR501 REV.5/94

**CONNECTICUT DEPARTMENT OF CORRECTION**

# REQUEST FOR MENTAL HEALTH SERVICES

| INMATE NUMBER 279900 | | | DATE OF BIRTH |
|---|---|---|---|
| INMATE NAME (LAST, FIRST, INITIAL) Fernandez, Luiz | | | |

| DATE OF REQUEST 6 18 01 | INMATE REQUEST (Y) N | REFERRED BY/TITLE Self | SEX (M) F | RACE/ETHNIC B W H O | FACILITY |
|---|---|---|---|---|---|

**DESCRIBE REASON FOR REQUEST/REFERRAL:**

Depression. Paranoid

See attached

---

# MENTAL HEALTH SERVICES RESPONSE

| DATE REQUEST RECEIVED 6 18 01 | REFERRED TO M - H | DATE CLIENT SEEN | SERVICE PROVIDER/TITLE |
|---|---|---|---|

**SERVICE PROVIDED/RESPONSE:**

PR

**SCHEDULE DATE:**     YES ☐     NO ☐

MENTAL HEALTH PROVIDER'S SIGNATURE/TITLE

DATE