UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


LUIS FERNANDEZ

                                                    PRISONER
        v.                          CASE NO. 3:02cv2252 (CFD) (WIG)

JOHN ARMSTRONG
HECTOR RODRIGUEZ
GRIEVANCE COORDINATOR AHMED
WANDA BOOKER
COUNSELOR GALLICK
UNIT MANAGER HANNAH


J U D G M E N T

        This cause came on for consideration on the defendants' motion for summary judgment

before the Honorable Christopher F. Droney, United States District Judge.

        The Court has considered the motion and all the related papers.  On March 30, 2005, the

Court filed its Ruling granting defendants' motion and declining to exercise supplemental

jurisdiction over plaintiff's state law claims.

        Therefore it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the

defendants and the case is closed.

        Dated at Bridgeport, Connecticut this 30th  day of March, 2005.

                                        KEVIN F. ROWE, Clerk

                                        By /s/ Cynthia Earle_____

                                            Cynthia Earle
                                            Deputy Clerk



Entered on the Docket _____