UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez, pro-se   PRISONER

FILED
2005 MAY -6  A 4:23

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Case: 02CV2252
(CFD)(WIG)

V.

John J. Armstrong, et Al  :  April 8, 2005

## MOTION FOR CORRECTION OF JUDGMENT

Now comes the plaintiff, pro-se respectfully moves this Court to correct the Judgment entered on 3/31/05 were defendants John J. Armstrong, et Al failed to comply with Rule of Civil Procedure Rule 26(A)(1) and the Court did not provide the plaintiff who is pro-se with the Ruling on the Plaintiff opposition to defendants Motion for Summary Judgment.

As Ground therefore:

1. Federal Rules of Civil Procedure Rule 26(A)(1) Require an Answering party to provide the other side, even without a discovery request with names, I.D. Address, etc which defendants John J. Armstrong, et Al failed to provide the second level Grievance Coordinators SANTINI and CORNACCHIA from CHeshire Dept. of Correctional as to obstruct plaintiff pro-se civil Rights Complaint Process and presentation of fact while

1 of 3

Keeping out Names, I.D. of the Level 2 Grievance Coordinators in charge of review C/O SANTINI and CORNACCHIA.

2. The plaintiff pro-se received from this Court the Judgment entered on 3/31/05 on 4/7/05 granting defendants' Motion for Summary Judgment, but the Court did not provide its Ruling statement as to the reasons for granting Summary Judgment in behalf of the defendants J.J. Armstrong, et Al. where the plaintiff as pro-se party should be provide with such Notice of Rulings.

Wherefore, the plaintiff for these foregoing reasons moves this Court to Grant the Correction of the Judgment entered on 3/31/05 do to defendants failure to comply with Rule 26 (A)(1) F.R.Civ.P. and provide the plaintiff pro-se with the Court Ruling as to the reasons for granting Summary Judgment against him.

Respectfully Submitted,

Luis Fernandez, Pro-se
M.C.I.
1153 East St. South,
Suffield, CT 06080

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following defendants Attorney on this 8 day of April, 2005.

2 of 3

Robert F. Vacchelli,
Ass. Att. Gen.
110 Sherman St.,
Hartford, CT 06105

_[signature]_
Luis Fernandez
Pro-se

3 of 3