# ATTACHMENT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LUIS FERNANDEZ

     PRISONER
v.     CASE NO. 3:02cv2252 (CFD) (WIG)

JOHN ARMSTRONG
HECTOR RODRIGUEZ
GRIEVANCE COORDINATOR AHMED
WANDA BOOKER
COUNSELOR GALLICK
UNIT MANAGER HANNAH

## J U D G M E N T

This cause came on for consideration on the defendants' motion for summary judgment before the Honorable Christopher F. Droney, United States District Judge.

The Court has considered the motion and all the related papers. On March 30, 2005, the Court filed its Ruling granting defendants' motion and declining to exercise supplemental jurisdiction over plaintiff's state law claims.

Therefore it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the defendants and the case is closed.

Dated at Bridgeport, Connecticut this 30th day of March, 2005.

            KEVIN F. ROWE, Clerk

            By /s/ Cynthia Earle

             Cynthia Earle
             Deputy Clerk

Entered on the Docket 3/31/05

# ATTACHMENT B



**RICHARD BLUMENTHAL**
ATTORNEY GENERAL

MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

Office of The Attorney General
## State of Connecticut

Tel: (860) 808-5450
Fax: (860) 808-5591

May 11, 2005

Luis Fernandez #279900
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

Re: **Fernandez v. Armstrong, et al.**
  **No. 3:02CV2252 (CFD)**

Dear Mr. Fernandez:

    Enclosed please find a copy of the court's Ruling on Defendants' Motion for Summary Judgment dated March 30, 2001 in the above case.

                              Very truly yours,

                              Robert F. Vacchelli
                              Assistant Attorney General

RFV
enc.