# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**FILED**
2005 MAY 24 P 4:
U.S. DISTRICT COURTS
BRIDGEPORT, CONN.

Luis Fernandez, Pro-se : PRISONER

V. : CASE NO: 02 CV 2252
(CFD)(WIG)

John Armstrong, et al : May 18, 2005

## MOTION FOR AN EXTENSION OF TIME TO FILE A NOTICE OF APPEAL

Pursuant to F.R.A.P. 4(A)(5), the plaintiff Luis Fernandez pro-se respectfully requests leave to file the within notice of Appeal out of time. Plaintiff Luis Fernandez desires to Appeal the judgment in this Action entered on March 30, 2005 doc# 40 but Received by the plaintiff on May 13, 2005 as was mailed by defendants Attorney Robert F. Vacchelli see Attached letter enclosed as ex 1 hereon, but failed to file a Notice of Appeal within the required Number of days because:

There is still pending a Motion for Correction of Judgment filed April 8, 2005 which the Court has of yet <u>not</u> Ruled and also keeping in Mind that the plaintiff was <u>not</u> given Notice of the judgment entered on March 30, 2005 doc# 40 until May 13, 2005 as presented herein exhibit 1

1 of 2

Respectfully Submitted,

                                                     _____
                                                     Luis Fernandez
                                                     Pro-se
Date: May 18, 2005                                   M.C.I. 1153 east st. south,
                                                     Suffield, CT 06080

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following defendants Attorney on this 18 day of May, 2005.

Robert F. Vacchelli,
Ass. Attorney. Gen.                                  _____
110 Sherman St.,                                     Luis Fernandez
Hartford, CT 06105-2294                              Pro-se

2 of 2





RICHARD BLUMENTHAL
ATTORNEY GENERAL

MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

Office of The Attorney General
## State of Connecticut

Tel: (860) 808-5450
Fax: (860) 808-5591

May 11, 2005

Luis Fernandez #279900
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

Re: **Fernandez v. Armstrong, et al.**
 **No. 3:02CV2252 (CFD)**

Dear Mr. Fernandez:

    Enclosed please find a copy of the court's Ruling on Defendants' Motion for Summary Judgment dated March 30, 2001 in the above case.

                                          Very truly yours,

                                          Robert F. Vacchelli
                                          Assistant Attorney General

RFV
enc.