UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 MAY 24  P 4:19

LUIS FERNANDEZ          :          PRISONER

V.                      :          case:3:02cv2252(CFD)(WIG)   U.S. DISTRICT COURT
                                                                BRIDGEPORT, CONN

John J. Armstrong, et al    :      May 18, 2005

MOTION TO CORRECT DOCKET # 44 & 51

Now comes the plaintiff in protection of his civil rights under sec. 1983 requesting this court to correct the rulings # 44 & 51 were sufficent evidence has bin submitted on its face marked as exhibits attached to the complaint supporting the claims alleged meeting the requisite minimum of evidence to have the case go to the jury and appointment of counsel pursuant 42 U.S.C. § 1988.
In this case the plaintiff has been granted I.F.P. pursuant 28 U.S.C.§ 1915(d) demostrating to this court for considering appointment of counsel Pro Bono that he is unable to afford counsel and that he made enough efforts to obtain assistance of counsel with respect to this case.
The Conn. Inmates Legal Aid has denied assistance and repeat I.L.A.P. has denied the plaintiff assistance as I.L.A.P. attorney Jenna Edmunson decided not to assist the plaintiff in this case because and quote"I.L.A.P. cannot assist because the case does not meet the I.L.A.P. level necessary to establish a Prima Facie case", which the court's made such determination before granting IN FORMA PAUPERIS under law 28 U.S.C.§ 1915(d), were is enough evidence to prove I.L.A.P. does not provide the require adequate meaningful assistance toward a Prisoner's needs for accessing the courts. I.L.A.P. will be held liable in the coming futur regarding this case for denying assistance even after the court granted I.F.P. The Conn. I.L.A.P. is a fraud and one of many corrupt programs for obstructing Constitutional Rights under law of the United States of America.

Wherefore, this court for the foregoing reasons should correct DKT. # 44 and 51 were after reviewing the record as plaintiff meeting the exceptional circumstance standards this motion must be granted according to Fed.Civ.R.P. and 42 U.S.C. §1988.


RESPECTFULLY SUBMITTED,

_____

Luis Fernandez

M.C.I.

1153 east st. south,

sufiled, CT 06080

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to defendants attorney on this 18 day of May, 2005.

ASS.ATT.GEN.
Robert F. Vacchelli, 110 sherman st.,

Hartford, CT. 06105

_____
Luis Fernandez