UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez           :
                         :   FILED PRISONER
Vs.                      :   2005 MAY 24 P 4:19
                         :   CASE: 3:02CV2252
                         :   U.S. DISTRICT COURT
                         :   BRIDGEPORT CONN (WIG)

John J. Armstrong, et.al.   :   May 18, 2005

## Plaintiff Opposition & Objection to defendants Memorandum IN OPPOSITION TO PLAINTIFF MOTION FOR CORRECTION OF JUDGMENT

Now comes the plaintiff pro-se and in protection of his civil Rights opposing and obejecting to defendants Memorandum In opposition dated May 11, 2005 which is without merits.

A. The defendants John J. Armstrong et al misconduct raises out of failing to provide the names for the second level grievance Coordinator Santini and Cornacchia were plaintiff civil Rights Amended Complaint states as defendant Grievance Coordinator AHMED and Reviewer of Grievance level one defendant Hector Rodriguez both part of Grievance procedures and decision for which the plaintiff Civil Rights Amend Complaint based on and violation were stated in the Amended Complaint Attached with the level one grievances As exhibits

1 of 4

in support of Claims from the submitted Amended Complaint. In fact, dealing with exhaustion of Remedy which Grievances level one and two support plaintiff Claims violation of Constitutional Rights. The plaintiff did in fact made disclosures to the defendants J.J. Armstrong, et al, with the Amended Complaint Attached and Marked as Exhibits 'A' threw 'K' and defendants J.J. Armstrong, et al did <u>not</u> disputed these exhibits in support of the Claims. were Rule 26 F.R. Civ. P. Applies.

B. The plaintiff during the course of the Civil Right Amended Complaint has bin proceeding Pro-se which if defendants J.J. Armstrong, et al do not know of "Pro-se is fundamental statutory Right that is Afforded highest degree of protection" see, <u>Devine</u> V. <u>Indian River</u> County school B.V., 121 F.3d 576 (1997); this include to be provide with Ruling and orders of the Court's as the defendants. The plaintiff could not Asked for the Ruling enter on 3/31/05 earlier since this was received on 4/7/05, were the Court will need to go to particular pains to protect Pro-se litigants Against Consequences of technical error if injustice would otherwise Result. <u>U.S.</u> V. <u>Sanchez</u>, 88 F.3d 1243 (D.C. Cir. 1996).

C. The time to appeal is not suspended because there is a general rebuttable presumption that plaintiff pro-se properly mailed his MOTION FOR Correction of Judgment on April 8, 2005 as was deemed filed on April 8, 2005 was placed in prison's legal mailbox as opposed to date of its receipt by the defendants. <u>Caldwell v. Amend</u>, 30 F.3d 1199 (9th Cir. 1994) see Exhibit 1 proof of service attached.

Wherefore, the plaintiff opposition & objection to defendants J.J. Armstrong Memorandum in opposition to Plaintiff's Motion For Correction of Judgment can be granted for the foregoing reasons herein and deny defendants Memorandum. dated May 11, 2005.

Respectfully Submitted,

_____
Luis Fernandez
Pro-se
M.C.I., 1153 east st.
South, Suffield, CT 06080

<u>CERTIFICATION</u>

I hereby certify that a copy of the foregoing was mailed to the following defendants Attorney on this 18 day of May, 2005.

3 of 4

Robert F. Vacchelli,
Ass. Att. Gen.
110 Sherman St.,
Hartford, CT 06105

Luis Fernandez
Pro-se



Ex. 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez                    :    PRISONER
                                  :    Case: 3:02CV2252
vs.                               :    (CFD)(WIG)

John J. Armstrong, et al          :    April 8, 2005

## PROOF OF SERVICE

Luis Fernandez, states under the penalty of perjury that he mailed a copy of the Motion for Correction of Judgment to defendants Attorney Robert F. Vacchelli, 110 Sherman St., Hartford, CT 06105, by placing them in an envelope and placed them in the Main Hall legal mailbox at the Conn. MacDougall C.I., Suffield, CT 06080 on April 8, 2005.

Respectfully Submitted,

Luis Fernandez
Pro se
M.C.I.
1153 east st south,
Suffield, CT 06080

1 of 2

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following defendants attorney on this 8 day of April, 2005.

Robert F. Vacchelo,
Ass. Att. Gen.
110 Sherman St.,
Hartford, CT 06105

Luis Fernandez
Pro-se

2 of 2