UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2005 MAY 24 P 4:19
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Luis Fernandez, Pro-se

V.

J. J. Armstrong, et al

PRISONER
Case: 3:02 CV 2252
(CFD.) (WIG)

: May 18, 2005

PROOF OF SERVICE

Luis Fernandez, states under the penalty of perjury that he mailed a copy of the Motion for an Extension of Time to File a Notice of Appeal and Plaintiff Opposition & Objection to defendants Memorandum in Opposition to Plaintiff Motion for Correction of Judgment to defendants Attorney Robert F. Vacchelli, 110 Sherman St., Hartford, CT 06105 by placing them in an envelope and place them in the main hall legal mailbox at the Conn. Macdougall C.I., Suffield, CT on May 18, 2005.

Respectfully Submitted,

Luis Fernandez, pro-se

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following defendants Attorney on this 18 day of May 2005.

1 of 2

Robert F. Vacchello,
Ass. Att. Gen.
110 sherman st,
Hartford, CT 06105

Luis Fernandez
Pro-se