UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER |
| | : | NO. 3:02CV2252(CFD)(WIG) |
| VS. | : | |
| | : | |
| JOHN J. ARMSTRONG, ET AL. | : | MAY 27, 2005 |

### MEMORANDUM IN OPPOSITION TO PLAINTIFF'S
### MOTION FOR EXTENSION OF TIME TO FILE A NOTICE OF APPEAL

By pleading dated May 18, 2005, plaintiff pro se inmate seeks permission to file a Notice of Appeal out of time, alleging that he did not receive a copy of the Ruling of the court from the court.

Defendants oppose the request because plaintiff did receive a copy of the judgment. The judgment references the Ruling, putting him on notice of the existence of the Ruling. Moreover, his time to appeal runs from the date of entry of the Judgment, not from receipt of the Ruling. Rule 4(a)(1), F.R.App.P.

Also, there has been no finding yet as to whether any pleading, which would toll the time within which take an appeal, was timely filed.

Wherefore, we urge the court to deny the request.

DEFENDANTS,
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:_____/s/_____
Robert F. Vacchelli
Assistant Attorney General
Federal Bar No. ct05222
110 Sherman Street
Hartford, CT  06105
Telephone No.: (860) 808-5450
Fax No.: (860) 808-5591
E-mail:  robert.vacchelli@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 27th day of May, 2005:

Luis Fernandez, Inmate No. 279900
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT  06080

_____/s/_____
Robert F. Vacchelli
Assistant Attorney General

2