UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER |
| | : | NO. 3:02CV2252(CFD)(WIG) |
| VS. | : | |
| | : | |
| JOHN J. ARMSTRONG, ET AL. | : | MAY 27, 2005 |

## MEMORANDUM IN OPPOSITION TO PLAINTIFF'S
## MOTION TO CORRECT DOCKET # 44 AND 51

By Motion to Correct dated may 18, 2005, plaintiff pro se inmate complains that the court denied his requests for appointment of counsel. See Ruling, Docket # 52. In that Ruling, the court referred him to Inmate Legal Assistance to Prisoners. The Motion to Correct does not merit approval for the following reasons.

First, the issue is moot. The court entered judgment in this case on March 30, 2005. See Docket # 54.

Second, there is no right to appointment of counsel in civil litigation. "The court may request an attorney to represent any person unable to afford counsel." 28 U.S.C. § 1915(e)(1) (emphasis added); Hall v. Pease, 2000 U.S. App. LEXIS 25415 (2nd Cir 2000) citing Burgos v. Hopkins, 14 F.3d 787, 789 (2nd Cir 1994). Moreover, the merits of the claim must be considered before appointing counsel. Hodge v. Police Officers, 802 F.2d 58, 60-62 (2nd Cir. 1986). This case had none.

Third, a Motion to Correct is reserved for clerical errors. Sherrod v. American Airlines, 132 F.3d 1112, 1117 (5th Cir. 1998). This issue is not of that nature.

Wherefore, we urge the court to deny the motion.

DEFENDANTS,
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:_____/s/_____
Robert F. Vacchelli
Assistant Attorney General
Federal Bar No. ct05222
110 Sherman Street
Hartford, CT  06105
Telephone No.: (860) 808-5450
Fax No.: (860) 808-5591
E-mail:  robert.vacchelli@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 27th day of May, 2005:

Luis Fernandez, Inmate No. 279900
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT  06080

_____/s/_____
Robert F. Vacchelli
Assistant Attorney General