UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez,                    :         PRISONER FILED

                                    NO. 3:02 CV 2252 2005 JUN 23 P 5:22
VS.                                 :    (CFD) (WIG)
                                                      U.S. DISTRICT COURT
                                                      BRIDGEPORT, CONN

John J. Armstrong, et al    :    June 8, 2005

## PLAINTIFF PRO-SE OPPOSITION & OBJECTION TO DEFENDANTS MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO CORRECT DOC # 44 & 51

The plaintiff pro-se upholding his fundamental Rights And Civil Rights protection opposes & objects to defendants Memorandum in opposition to plaintiff's Motion to Correct Doc. # 44 & 51.

1. This issue cannot be moot because the district court still holds Jurisdiction over this case while several Motions Are pending in order to correct Judgment.

2. The plaintiff pro-se in this case has been granted In forma pauperis pursuant 28 U.S.C. § 1915 As A Merit for consideration before Appointing Counsel were undisputed exhibits in support of the Verified Amended Complaint Factual paragraphs Are Attached Marked As evidence.

1 of 2

3. The Connecticut Inmate Legal Assistance is a fraud and obstacle or obstruction use for denying Appointment of Counsel "citing Hodge V. Police Officer", because is fact that even After the district Court has granted I.F.P. pursuant 28 U.S.C. § 1915, the Conn. I.L.A.P. decline or deny to Assist inmates, the plaintiff pro-se with the preparing or filing of any motions and documents in order to Access the courts or even through discovery for which Appointment of Counsel is legaly necessary in this case.

Respectfully sub.,

Luis Fernandez
Pro-se / Plaintiff
1153 etst st. south,
Suffield, CT 06080

C.C.

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following defendants ATT. on this 8 day of June, 2005.

Robert F. Vacchelli,
Ass. ATT. Gen.
110 Sherman st,
Hartford, CT 06105

Luis Fernandez
Pro-se

2 of 2