UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Luis Fernandez | : PRISONER |
| | : NO: 3:02CV2252 |
| vs. | : (CFD)(WIG) |
| John J. Armstrong, et al | : June 8, 2005 |

## PLAINTIFF PRO-SE OBJECTION & OPPOSITION TO DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE A NOTICE OF APPEAL

The plaintiff pro-se upholding his fourteenth Rights and Civil Rights protection under §1983 pursuant to §1915, objects & opposes to defendants Memorandum IN opposition to plaintiff's Motion for Extension of time to file A Notice of Appeal.

1. The plaintiff pro-se has been granted in forma pauperis entitling him to five procedural protections:
A) Process issued and served.
B) Notice of any Motion thereafter made by defendant or the Court to dismiss the Complaint and the ground therefore which in this case was not provided until the plaintiff pro-se requested such.
C) An opportunity to at least submit A written Memorandum in opposition to such Motion.
D) In the event of dismissal, A statement of the grounds therefore

1 of 2

C) An opportunity to Amend the Complaint to overcome the deficiency unless it clearly appears from the Complaint that the deficiency cannot be overcome by Amendment.

2) In this case also the time period to file a Notice of Appeal should be extended after ruling on Plaintiff opposition & objections to defendants Memorandum in opposition to Plaintiff Motion for Correction of Judgment date May 18, 2005 filed for review pursuant 60, 59, without regards for technicality(...).

3. The district Court can reasonably read pleadings to state Valid claim on which the plaintiff pro-se could prevail, it should do so despite failure to cite proper legal Authority, Confusion of legal theories, poor syntax. And /or plaintiff pro-se unfamiliarity with pleading Requirements.

Wherefore, the Court should overrule and grant the extension of time Accordingly.

Respectfully Sub.,

Luis Fernandez Pro-se
1153 east st south,
Suffield, CT 06080.

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following defendants Att. on this 8 day of June, 2005

2 of 3

Robert F. Vacchelli,
Ass. Att. Gen.
110 Sherman St.,
Hartford, CT 06105

Luis Fernandez
Pro-se

3 of 3