UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

6/23/2005

Luis Fernandez,                    :    PRISONER

                                        3:02CV2252
V.                                 :    (CFD)(WIG)

John J. Armstrong, et al           :    June 8, 2005

## PROOF OF SERVICE

Luis Fernandez, states under the penalty of perjury that he mailed a copy of the plaintiff pro-se opposition & objection to defendants Memorandum in opposition to plaintiff's Motion to Correct Doc #44 and 51, and Plaintiff pro-se Objection & opposition to defendants Memorandum in opposition to plaintiff Motion for Extension of time to file a notice of Appeal, to defendants Attorney Robert F. Vacchelli, 110 Sherman St., Hartford, CT 06105, by placing them in an envelope and placed them in the main hall legal mailbox at the Conn. Medium, All C.I., Suffield, CT on June 8, 2005.

Respectfully Subm.,

Luis Fernandez, pro-se
1153 east st. south,
Suffield, CT 06080

C.C.

1 of 2

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following defendants attorney on this 8 day of June, 2005.

Att. Robert F. Vacchelli,
110 Sherman St,
Hartford, CT. 06105.

Lois Fernandez
Pro-se

2 of 2