UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Luis Fernandez : Case: 3:02CV02252

v.

Armstrong, et al : March 1, 2006

FILED
2006 MAR -9 P 12:54
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## NOTICE OF APPEAL

1. Pursuant to F.R.A.P. 4(a)(1) luis Fernandez hereby gives notice and appeals to the United States Court of Appeals for the second circuit from the following Jugment/Order: The final Judgment/Order in [55], [57], and [58]. The District Court granted [40] against the plaintiff pro-se.

2. The final Order/Judgment in this action was entered on 2/21/06

Respectfully Submitted,

Luis Fernandez, pro-se

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 1 day of March, 2006:

Att. Robert F. Vacchelli,

110 sherman st.,

Hartford, CT 06105-2294

Luis Fernandez, pro-se

1 of 1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Luis Fernandez | : | Case:3:02CV02252 |
| V. | | |
| Armstrong, et al | : | March 1, 2006 |

PROOF OF SERVICE

Luis Fernandez, states under the penalty of perjury that he mailed a copy of the Notice of appeal to defendants Attorney Robert F.Vacchelli, 110 sherman st., Hartford,CT06105-2294 by placing them in an envelope and place them in the main hall legal mail box at the Conn. Macdougall C.I., suffield,Ct on March 1,2006.

Respectfully Submitted,

_____
Luis Fernandez, pro-se

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the follwoing on this 1 day of March,2006.

Att.Robert F.Vacchelli,

110 sherman st.,

Hartford, CT 06105-2294

Luis Fernandez, pro-se

1 of 1