UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2006 MAY -2 P 2:33
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Luis Fernandez          :    case: 3:02CV2252(CFD)

v.                      :

J.J.Armstrong, et al    :    April 7,2006

MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS

The plaintiff pro-se moves pursuant to Rule 24(a)(c) requesting the district court to grant leave to proceed on appeal in forma pauperis case 06-1197pr and for the appeal to be heard on the full record including exhibits and parts therefore in any form. Authority to allow prosecution of an appeal in forma pauperis is vested in " Any court of the United States" by 28 U.S.C.§ 1915(a). The plaintiff specially in this case has bin granted permission to proceed in forma pauperis(I.F.P.) in the district court.

This court should grant an order permitting the plaintiff to proceed without prepayment of fees and costs or security for an appeal.

Wherefore, plaintiff moves for leave to proceed on appeal In Forma Pauperis.

Respectfully Submitted,

_____
L.Fernandez
1153 east st south,
suffield, Ct 06080

CERTIFICATION

This certifies that I have on this 7 day of April,2006, placed a true and exact copy of the:

1 of 2

MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS

in the U.S.mail, first class postage prepaid, addressed to:

Appellees-Attorney

Robert F.Vacchelli,

110 sherman st.,

Hartford, CT 06105

L.Fernandez