# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| Luis Fernandez | Case: 3:02 CV 2252 (CFD) |
| v. | |
| J.J. Armstrong, et al | April 7, 2006 |

## PROOF OF SERVICE

L. Fernandez, states under the penalty of perjury that he mailed a copy of the Motion for leave to Proceed on Appeal In forma Pauperis to opposing Counsel Robert F. Vacchelli, 110 Sherman St., Hartford, CT 06105 by placing them in an envelope and place them in the main hall legal mail box at the Conn. M.C.I, Suffield, CT 06080 on April 7, 2006.

Respectfully Submitted,

L. Fernandez

## CERTIFICATION

This certifies that I have on this 7 day of April, 2006 placed a true and exact copy of the:

Proof of Service

in the U.S. Mail, first class postage, addressed to:

Att. Robert F. Vacchelli,
110 Sherman St.,
Hartford, CT 06105

*Fernandez*