UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

L.Fernandez : Case: 3:02 CV 2252 (CFD)

V. :

J.J.Armstrong, et al : April 7, 2006

MOTION FOR LEAVE TO TAKE DEPOSITION PENDING APPEAL

Pursuant to Rule 27(4)(d)(c) of the Federal Rules of Civil Procedure, the undersigned plaintiff moves the court for an order granting leave to take the oral deposition of Grievance Coordinator Ahmed, Warden Hector Rodriguez, C.T.O. Wanda Booker, Counselor Gallick and U.M.Hannah, the defendants in the above captioned matter. Grievance Coordinator Ahmed, Warden Hector Rodriguez, C.T.O. Wanda Booker, Counselor Gallick, and U.M.HannaH who are presently working in the Connecticut Correctional Inst., at cheshire, CT.

The plaintiff of this action would like to depose Greivance Coordinator Ahmend, Warden Hector Rodriguez, Wanda Booker, Counselor Gallick and U.M.Hannah within sixty(60) days of the grantimng of this motion.

This is a stated action brought against Correctional officers , Warden and Commissioner for the violation of civil rights. The defendants have been granted summary judgment and plaintiff has filed for appeal which is pending. The plaintiff requires this deposition of these defendants in order to explore more facts and circumstances not disclosed in the case.

Wherefore, the undersigned plaintiff respectfully request this Motion for Leave to Take Deposition of Defendants Ahmed, Rodriguez, Booker, Gallick, and Hannah, be granted.

Oral Argument Requested

                                        Respectfully Submitted,

                                        L.Fernandez

                                        1153 east st south,

                                        suffield, CT 06080

CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed to the following defendants counsel on this 7 day of April,2006 at:


Robert F Vacchelli,

110 sherman st.,

Hartford, CT 06111

                                        L.Fernandez