**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

LUIS FERNANDEZ                    :          PRISONER
                                  :          NO. 3:02CV2252(CFD)(WIG)
    VS.                           :
                                  :
JOHN J. ARMSTRONG, ET AL.         :          MAY 9, 2006

### MEMORANDUM IN OPPOSITION TO PLAINTIFF'S
### MOTION FOR LEAVE TO TAKE DEPOSITIONS PENDING APPEAL

By pleading dated April 7, 2006 and received May 2, 2006, plaintiff pro se inmate seeks permission to take the depositions of five defendants, all present or former officials of the Connecticut Department of Correction.  We urge the court to deny the request because:

1.    Under the scheduling order, the parties were given until June 3, 2004, within which to complete discovery in this case.  Plaintiff's request is too late.  See First Scheduling Order, Docket No.16.

2.    Plaintiff pro se inmate displays no assurance of ability to conduct a deposition in accordance with the Rules of Civil Procedure.

3.    The Court entered Judgment in this case for all defendants on March 30, 2005, terminating all such pretrial discovery.  See Judgment, Docket No. 54.

4.    The plaintiff filed a Notice of Appeal in this case on March 9, 2006. See Notice of Appeal, Docket No. 65. Ordinarily, that action terminates jurisdiction in the District Court. Toliver v. County of Sullivan, 957 F.2d 47, 49 (2nd Cir. 1992).

Wherefore, we urge the court to deny the request.

DEFENDANTS,
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:_____/s/_____
Robert F. Vacchelli
Assistant Attorney General
Federal Bar No. ct05222
110 Sherman Street
Hartford, CT  06105
Telephone No.: (860) 808-5450
Fax No.: (860) 808-5591
E-mail:  robert.vacchelli@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 9th day of

May, 2006:

Luis Fernandez, Inmate No. 279900
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT  06080


_____/s/_____
Robert F. Vacchelli
Assistant Attorney General

2