UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez            :   Case: 3:02 CV 2252

V.                        :

J. J. Armstrong, et al    :   May 18, 2006

MOTION FOR A STIPULATION APPOINTMENT OF COUNSEL TO AID PLAINTIFF.

Now Comes, plaintiff L. Fernandez request for a Stipulation appointment of Counsel to aid plaintiff to Conduct the requested deposition since defendants Armstrong, et al has brought to the District Court Attencion it concerns regarding a Pro-se inmate ability to Conduct deposition. The plaintiff does stipulates that an attorney appointed Can explain the applicable legal principles to the Complainant and limit litigation to potentially Meritorious issues. In addition, appointment of a lawyer provides the unlettered inmate with an opportunity to obtain representation equally qualified with the professional Counsel usually provided by the State for the defendants.

1 of 2

Wherefore, this district Court should appoint Counsel in behalf of the Plaintiff Pro-se without ignoring the fact of deposition requested is pursuant to Rule 27 (4)(d)(c).

Respectfully Submitted,

_____
Luis Fernandez
1153 East St. South,
Suffield, CT 06080

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following defendants Attorney on this 18 day of May, 2006:

Att. Robert F. Vacchelli,
110 Sherman St.,
Hartford, CT 06105

_____
Luis Fernandez