**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER |
| | : | NO. 3:02CV2252(CFD)(WIG) |
| VS. | : | |
| | : | |
| JOHN J. ARMSTRONG, ET AL. | : | MAY 31, 2006 |

### MEMORANDUM IN OPPOSITION TO PLAINTIFF'S
### MOTION FOR STIPULATION APPOINTMENT OF COUNSEL TO AID PLAINTIFF

By pleading dated May 18, 2006, plaintiff asks the court to appoint an attorney to conduct a deposition for him pending appeal. For the same reasons advanced in their memorandum in opposition to plaintiff's request to conduct a deposition pending appeal, set forth in Docket No. 69, the defendants oppose plaintiff's request to have the court appoint an attorney for him to conduct said proposed deposition.

DEFENDANTS,
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:_____/s/_____
Robert F. Vacchelli
Assistant Attorney General
Federal Bar No. ct05222
110 Sherman Street
Hartford, CT  06105
Telephone No.: (860) 808-5450
Fax No.: (860) 808-5591
E-mail: robert.vacchelli@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 31st day of May, 2006:

Luis Fernandez, Inmate No. 279900
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT  06080

                                                                      /s/
                                                      Robert F. Vacchelli
                                                      Assistant Attorney General