# UNITED STATES DISTICT COURT
# DISTRICT OF CONNECTICUT

Luis Fernandez : Case: 3:02CV2252(CFD)

V. :

J. J. Armstrong, etal : June 6, 2006

## PLAINTIFFS' RESPOND & OBJECTION TO MEMO IN OPPOSITION TO STIPULATION APPOINTMENT OF COUNSEL

In this case the Court can consider to appoint an attorney to conduct the deposition pending appeal where the plaintiff pro-se has chance of success with the testimony of defendants whom did not comply with Rule 26, discovery. The Plaintiff eventhough he is incarcerated deposition can be arrange in D.O.C. with Counsel Assistance and Representation to investigate the crucial facts needed to prove the claims. This Court should also consider appointment of Counsel since the disputes will be complicated of substantial with a plaintiff pro-se incarcerated than with Counsel appointed, were the Complexity of the legal issues raised by the Complaint Counsel Can explain and question the applicable legal principle's and limit to potentially Meritorious issues.

1 of 2

Finally, the Court should appoint Counsel where question of Credibility of witnesses and serious allegations of fact exist in deposition proceeding.

Respectfully Submitted,

Luis Fernandez #279900
1153 East st. Sath,
Suffield, CT 06080

## CERTIFICATION

I hereby Certify that a copy of the foregoing was mailed to the following def. Attorney on this 6th day of June, 2006:

Att. Robert F. Vaccelli,
110 Sherman st,
Hartford, CT 06105

Luis Fernandez
# 279900

2 of 2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez　　　　　:　Case: 3:02CV2252
　　　　　　　　　　　　　　　　　(CFD)

V.　　　　　　　　　　　　:

J. J. Armstrong, et al　:　June 6, 2006

## PROOF OF SERVICE

Luis Fernandez, states under the penalty of perjury, that he mailed a copy of the Plaintiff Respond & Objection Motion to Memo in Opposition to stipulation Appointment of Counsel, to defendants Counsel Robert F. Vacchelli, 110 Sherman Street, Hartford, CT 06105, by placing them in an envelope and placed them in the main hall legal mailbox at the State Prison of Macdougall C.I, Suffield, CT on June 6, 2006.

Respectfully Submitted,

Luis Fernandez #279200
1153 East St. South,
Suffield, CT 06080

1 of 2

<u>CERTIFICATION</u>

I hereby certify that a copy of the foregoing was mailed to the following def. Attorney on this 6th day of June, 2006:

Attorney Robert F. Vacchelli,
110 Sherman St.,

_Fernandez_

2 of 2