UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LUIS FERNANDEZ
                                      PRISONER
    v.              CASE NO. 3:02CV2252 (CFD) (WIG)

JOHN J. ARMSTRONG, ET AL.

<u>RULING AND ORDER</u>

    Pending before the court is the plaintiff's motion for leave to proceed in forma pauperis on appeal and motions for appointment of counsel and for leave to take the depositions of Grievance Coordinator Ahmed, Warden Hector Rodriguez, C.T.O. Wanda Booker, Counselor Gallick and Unit Manager Hannah.

    On May 2, 2006, the plaintiff filed a notice to appeal the court's ruling granting defendants' motion for summary judgment. The plaintiff seeks to proceed in forma pauperis on appeal.

    The procedure for leave to proceed on appeal in forma pauperis from the District Court to the Court of Appeals is governed by Rule 24 of the Federal Rules of Appellate Procedure. Rule 24(a)(3) states in relevant part that:

> A party who was permitted to proceed in forma pauperis in the district-court action, . . . may proceed on appeal in forma pauperis without further authorization, unless:
>    (A) the district court-before or after the notice of appeal is filed-certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis and states in writing its reasons for the certification or finding; or

>      (B) a statute provides otherwise.

Rule 24(a)(3), Fed. R. App. P.

Because this Court previously granted plaintiff's in forma pauperis application when he commenced this action, and has not revoked that order, the plaintiff may proceed on appeal in forma pauperis without further authorization from this Court. Accordingly, the plaintiff's Motion for Leave to Proceed on Appeal In Forma Pauperis (**Doc. # 67**) is **DENIED** as moot.[1]

The plaintiff's Motion to Take Depositions [**doc. # 68**] is **DENIED**. Discovery closed in this case over two years ago. The court granted summary judgment in favor of the defendants in March 2005 and the case is closed and on appeal. The Motion for Appointment of Counsel **[doc. # 70**] to assist with the depositions of Grievance Coordinator Ahmed, Warden Hector Rodriguez, C.T.O. Wanda Booker, Counselor Gallick and Unit Manager Hannah is **DENIED** as moot.

SO ORDERED this ___8th___ day of February, 2007, at Bridgeport, Connecticut.

>                           /s/ William I. Garfinkel
>
>                           William I. Garfinkel
>                           United States Magistrate Judge

---

[1] Neither this ruling nor the prior granting of plaintiff's application to proceed in forma pauperis in any way prevents the Second Circuit from collecting the fees due it in light of the Prison Litigation Reform Act.