Connecticut Superior Court-Hartford
CV05-4026253-S
Hale, J.

3:01cv1804(JBA)
03cv2252(CFD)

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 6th day of September, two thousand seven,

Present:
  Hon. John M. Walker, Jr.,
  Hon. Guido Calabresi,
  Hon. Robert D. Sack,
    *Circuit Judges.*



*In re* Luis Fernandez,            07-2861-op

    *Petitioner.*

Petitioner, *pro se*, has filed a petition for a writ of mandamus and moves for leave to proceed *in forma pauperis* and appointment of counsel. Upon due consideration, it is hereby ORDERED that the motion for leave to proceed *in forma pauperis* is GRANTED for the purpose of filing the mandamus petition. It is further ORDERED that the mandamus petition is DISMISSED for lack of jurisdiction. *See* 28 U.S.C § 1651; *Aref v. United States*, 452 F.3d 202, 205 (2d Cir. 2006). It is further ORDERED that the motion for appointment of counsel is DENIED as moot.

        FOR THE COURT:
        Catherine O'Hagan Wolfe, Clerk

        By: *Lucille Carr*

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by [signature] DEPUTY CLERK

SAO-MZK

-Mandate: 09/06/07-